1  MARC E. MAYER (SBN 190969), mem@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
2  11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
3  Telephone: (310) 312-2000
   Facsimile: (310) 312-3100
4
5  Attorneys for Defendants Warner/Chappell Music, Inc.
   Word Music, LLC, Dayspring Music, LLC, Wordspring Music,
   LLC, Unichappell Music, Inc., Chappell & Co., Inc., Cotillion
6  Music, Inc., Rightsong Music, Inc., Walden Music, Inc.,
   Warner/Tamerlane Publishing Corp., and WB Music Corp.
7
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA

11 | MEDIOSTREAM, INC.,              | CASE NO. C 07 2127
12 |         Plaintiff,              | **CERTIFICATION AS TO INTERESTED PARTIES OR ENTITIES**
13 |    v.                           |
14 | PRIDDIS MUSIC, INC. AND         |
   | WARNER/CHAPPELL MUSIC, INC., et al., |
15 |                                 |
   |         Defendants.             |
16

17
18         Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendants
19  Warner/Chappell Music, Inc., Word Music, LLC, Dayspring Music, LLC, Wordspring Music,
20  LLC, Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc.,
21  Walden Music, Inc., Warner/Tamerlane Publishing Corp., and WB Music Corp. (the "Warner
22  Defendants"), certifies that the following listed persons, associations of persons, firms,
23  partnerships, corporations (including parent corporations) or other entities (i) have a financial
24  interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-
25  financial interest in that subject matter or in a party that could be substantially affected by the
26  outcome of this proceeding:
27
28

Mitchell Silberberg & Knupp LLP
1340956.1

CASE NO. C 07 2127
CERTIFICATION AS TO INTERESTED PARTIES OR ENTITIES

1. Warner Music Group Corp., a publicly traded company, is the ultimate parent of the Warner Defendants.

DATED: July 16, 2007

MARC E. MAYER
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Marc E. Mayer
    Marc E. Mayer
    Attorneys for the Warner Defendants