MARC E. MAYER (SBN 190969), mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants Warner/Chappell Music, Inc. Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC, Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., and WB Music Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEDIOSTREAM, INC.,

Plaintiff,

v.

PRIDDIS MUSIC, INC. AND WARNER/CHAPPELL MUSIC, INC., et. al.

Defendants.

CASE NO. C 07 2127

**JOINT STIPULATION OF THE PARTIES REQUESTING A 60-DAY CONTINUANCE OF THE JULY 26, 2007 CASE MANAGEMENT CONFERENCE**

Plaintiff Mediostream, Inc. ("MedioStream") and Defendants Priddis Music, Inc. ("Priddis"), Warner/Chappell Music, Inc. ("WCM"), Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC, Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., and WB Music Corp. (the defendants other than Priddis collectively are referred to hereafter as the "Warner Defendants") through their respective counsel, hereby jointly submit this Stipulation and Proposed Order seeking to continue the Case Management Conference currently scheduled for July 26, 2007 until September 27, 2007 (approximately 60 days). This Stipulation is made and entered into by the parties based on the following facts:

Dockets.Justia.com

1.     On April 17, 2007, MedioStream filed its Complaint for Declaratory Relief (against WCM and Priddis) and Indemnity (against Priddis) in the above-entitled action.

2.     On May 8, 2007, ten (10) affiliates/subsidiaries of Warner/Chappell Music, Inc. ("Nashville Plaintiffs"), but not Warner/Chappell Music, Inc., filed a lawsuit in the United States District Court for the Middle District of Tennessee against MedioStream, Priddis, Prosound Karaoke, Ltd., Richard L. Priddis, DJ Miller Music Distributors, Inc. and Dale S. Miller, individually, for copyright infringement, Word Music, LLC et al. v. Priddis Music et al., Case No. 3:07-0502 (M.D. Tenn.) (the "Tennessee Action"). In the Tennessee Action, the Nashville Plaintiffs allege that the defendants therein infringed their rights in musical compositions in certain karaoke recordings.

3.     On May 14, 2007, MedioStream filed its First Amended Complaint, naming the ten (10) Plaintiffs in the Nashville litigation (the "Nashville Plaintiffs") as additional Defendants herein. MedioStream's claim for Declaratory Relief sought a declaration concerning allegations made by the Nashville Plaintiffs/Warner Defendants that Mediostream had infringed their rights in certain musical compositions as used in Mediostream's karaoke sound recordings. Mediostream's claim for Indemnity sought indemnification from Priddis in connection with the Warner Defendants' infringement claims.

4.     Priddis will be filing its response to the Complaint on July 16, 2007. On June 4, 2007, MedioStream sent to the Warner Defendants' counsel, and the Warner Defendants' counsel executed, a request for waiver of service of summons. Accordingly, the Warner Defendants' response to the First Amended Complaint is due to be filed on or before August 3, 2007.

5.     On June 1, 2007, Priddis filed a Motion to Dismiss the Tennessee Action for lack of personal jurisdiction, or alternatively, to transfer to the Northern District of California. On July 2, 2007, the Nashville Plaintiffs filed a motion for a preliminary injunction in the Tennessee

Action. Both the Motion to Dismiss/Transfer and Motion for a Preliminary Injunction are under submission. On July 9, 2007, a case management conference was held in the Tennessee Action. That same day, the Nashville Plaintiffs and two other defendants in the Tennessee Action, DJ Miller Music Distributors, Inc., and Dale S. Miller, individually, filed a joint motion and agreed order for a preliminary injunction and agreed to submit the Nashville Plaintiffs' claims to Mediation in Nashville. Also on July 9, 2007, the District Court in Nashville denied the Priddis Defendants' request to extend the time for serving Rule 26(a) Initial Disclosures.

6. On July 13, 2007, the Court in Nashville entered the Agreed Order for Preliminary Injunction against the Defendants DJ Miller Music Distributors, Inc., and Dale S. Miller, individually. The agreed order also required the Nashville Plaintiffs and DJ Miller Music Distributors, Inc., and Dale S. Miller, individually, to submit to mediation within 60 days.

7. Because of the parallel proceedings in the Tennessee Action, including the Priddis' Defendants' pending motion to dismiss or transfer that action and the Nashville Plaintiffs' pending motion for injunctive relief, there currently is uncertainty concerning where the parties' dispute is to be venued. The Nashville Plaintiffs/Warner Defendants and MedioStream have engaged in ongoing discussions concerning this issue. (WCM is not a party to the dispute between MedioStream and Priddis, and is not a party to the Nashville litigation). If the parties are unable to resolve the venue issue by stipulation, the Warner Defendants will file a motion to dismiss or to transfer this action to be consolidated with the Tennessee Action. In the meantime, the parties are awaiting a decision on the Priddis Defendants' motion to dismiss or transfer the Tennessee Action. The outcome of that motion also could impact the venue issue.

8. In light of the current uncertainty concerning venue, and with the express reservation that the entry into this Stipulation shall not prejudice any party's rights or be raised as a defense to Defendants' objections to the jurisdiction/venue of this Court, including in any ensuing motion to dismiss/transfer/stay these proceedings, the parties believe that at this time it is

premature to attend a case management conference, prepare a case management statement, and exchange initial disclosures in this action. In the event that the parties are able to resolve the issue of venue, then this is likely to fundamentally impact the content of the case management conference and of the parties' case management statement. (Indeed, in the event that the Warner Defendants' motion to dismiss is granted or the parties decide to litigate the claims in Tennessee, then the case management conference may not be necessary at all).

9. The parties believe that the requested 60-day extension of the case management conference would enable the parties to resolve (either informally or by court order) the venue issues. Such an extension thus would enable the parties to have a more productive case management conference (to the extent one is necessary).

10. This is the parties' first request for a continuance of the case management conference (or for any deadlines) in this case. The parties believe that such a continuance would not impact the overall schedule for this case. No trial date has yet been set for this case.

11. The parties collectively have agreed that they are available for a Case Management Conference on September 27, 2007, at 2:30 p.m. Accordingly, they jointly respectfully request that the Case Management be re-set for that date.

DATED: July 16, 2007

MARC E. MAYER
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Marc E. Mayer
Marc E. Mayer
Attorneys for the Warner Defendants

DATED: July 16, 2007

FREAR STEPHEN SCHMID
ATTORNEY AT LAW

By: /s/ Frear Stephen Schmid___________
Frear Stephen Schmid
Attorneys for Plaintiff Mediostream, Inc.

DATED: July 16, 2007

DANIEL R. RICHARDSON
LAW OFFICES OF DANIEL RICHARDSON

By: /s/ Daniel R. Richardson__________
Daniel R. Richardson
Attorneys for Defendant
Priddis Music, Inc.