```
 1  MARC E. MAYER (SBN 190969), mem@msk.com
    MITCHELL SILBERBERG & KNUPP LLP
 2  11377 West Olympic Boulevard
    Los Angeles, California 90064-1683
 3  Telephone: (310) 312-2000
    Facsimile: (310) 312-3100
 4
    Attorneys for Defendants Warner/Chappell Music, Inc.
 5  Word Music, LLC, Dayspring Music, LLC, Wordspring Music,
    LLC, Unichappell Music, Inc., Chappell & Co., Inc., Cotillion
 6  Music, Inc., Rightsong Music, Inc., Walden Music, Inc.,
    Warner/Tamerlane Publishing Corp., and WB Music Corp.
 7
 8
 9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11  MEDIOSTREAM, INC.,                  CASE NO. C 07 2127
12         Plaintiff,                   PROOF OF SERVICE
13         v.
14  PRIDDIS MUSIC, INC. AND
    WARNER/CHAPPELL MUSIC, INC., et al.,
15
           Defendants.
16
```

Mitchell Silberberg & Knupp LLP

340956.1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On July 16, 2007, I served a copy of the foregoing document(s) described as follows:

**JOINT STIPULATION OF THE PARTIES REQUESTING A 60-DAY CONTINUANCE OF THE JULY 26, 2007 CASE MANAGEMENT CONFERENCE;**

**[PROPOSED] ORDER RE CONTINUANCE OF THE JULY 26, 2007 CASE MANAGEMENT CONFERENCE; and**

**CERTIFICATION AS TO INTERESTED PARTIES OR ENTITIES**

on the interested parties in this action at their last known address as set forth below by taking the action described below:

Daniel Richardson, Esq.
Law Offices of Daniel Richardson
870 Market Street, Suite 612
San Francisco, CA 94102

*Attorneys for Priddis Music, Inc.*

☒ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on July 16, 2007, at Los Angeles, California.

/s/ Sunni Donmoyer
Sunni Donmoyer