Mediostream Inc. v. Priddis Music Inc. et al  Doc. 9 Att. 2
Trademark Electronic Search System (TESS) Page 1 of 2
Case 3:07-cv-02127-PJH   Document 9-3   Filed 07/16/2007   Page 1 of 2

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Sat Jul 14 04:09:25 EDT 2007

**TESS HOME** | **NEW USER** | **STRUCTURED** | **FREE FORM** | **BROWSE DICT** | **SEARCH OG** | **BOTTOM** | **HELP**

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

**TARR Status** | **ASSIGN Status** | **TDR** | **TTAB Status**   ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | PRIDDIS |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Prerecorded audio tapes and CDs featuring music and booklets containing words to songs, sold together as a unit. FIRST USE: 19900000. FIRST USE IN COMMERCE: 19900000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.02 - Men depicted as shadows or silhouettes of men; Silhouettes of men<br>02.01.31 - Men, stylized, including men depicted in caricature form<br>26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved<br>26.17.13 - Letters or words underlined and/or overlined by one or more strokes or lines; Overlined words or letters; Underlined words or letters |
| **Serial Number** | 78026471 |
| **Filing Date** | September 18, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 16, 2002 |
| **Registration Number** | 2591615 |
| **Registration Date** | July 9, 2002 |
| **Owner** | (REGISTRANT) Priddis Music, Inc. CORPORATION NEVADA 200 East 790 North Lindon UTAH 84042 |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY