1   MARC E. MAYER (SBN 190969), mem@msk.com
    MITCHELL SILBERBERG & KNUPP LLP
2   11377 West Olympic Boulevard
    Los Angeles, California 90064-1683
3   Telephone: (310) 312-2000
    Facsimile: (310) 312-3100
4
    Attorneys for Defendants Warner/Chappell Music, Inc.
5   Word Music, LLC, Dayspring Music, LLC, Wordspring Music,
    LLC, Unichappell Music, Inc., Chappell & Co., Inc., Cotillion
6   Music, Inc., Rightsong Music, Inc., Walden Music, Inc.,
    Warner/Tamerlane Publishing Corp., and WB Music Corp.
7

8

9                   UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11   MEDIOSTREAM, INC.,                    CASE NO.  C 07 2127

12              Plaintiff,                 **[PROPOSED] ORDER RE
                                           CONTINUANCE OF THE JULY 26, 2007
13         v.                              CASE MANAGEMENT CONFERENCE**

14   PRIDDIS MUSIC, INC. AND
     WARNER/CHAPPELL MUSIC, INC.,
15
                Defendants.
16

17

18         The Court has read and considered the Parties' Joint Stipulation and Request for A 60-Day

19   Continuance of the July 26, 2007, Case Management Conference.

20

21         Good cause appearing, the Court hereby GRANTS the Parties' request.  The July 26, 2007,

22   Case Management Conference is re-set for September 27, 2007, at 2:30 p.m.

23

24   DATED:                        By: _____
                                        Judge, United States District
25                                      Northern District of California

26

27

28

Mitchell
Silberberg &
Knupp LLP

1457392.1

                                                    CASE NO.  C 07 2127
          [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE

Dockets.Justia.com