1  MARC E. MAYER (SBN 190969), mem@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
2  11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
3  Telephone: (310) 312-2000
   Facsimile: (310) 312-3100
4
   Attorneys for Defendants Warner/Chappell Music, Inc.
5  Word Music, LLC, Dayspring Music, LLC, Wordspring Music,
   LLC, Unichappell Music, Inc., Chappell & Co., Inc., Cotillion
6  Music, Inc., Rightsong Music, Inc., Walden Music, Inc.,
   Warner/Tamerlane Publishing Corp., and WB Music Corp.
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 | MEDIOSTREAM, INC.,                | CASE NO. C 07 2127
12 |     Plaintiff,                    | [~~PROPOSED~~] ORDER RE CONTINUANCE OF THE JULY 26, 2007
13 |     v.                            | CASE MANAGEMENT CONFERENCE
14 | PRIDDIS MUSIC, INC. AND           |
   | WARNER/CHAPPELL MUSIC, INC.,      |
15 |                                   |
   |     Defendants.                   |
16

17

18     The Court has read and considered the Parties' Joint Stipulation and Request for A 60-Day

19 Continuance of the July 26, 2007, Case Management Conference.

20

21     Good cause appearing, the Court hereby GRANTS the Parties' request. The July 26, 2007,

22 Case Management Conference is re-set for September 27, 2007, at 2:30 p.m.

23

24 DATED: 7/23/07                       By: _____
                                          Judge, United States District
25                                        Northern District of California

26                                        IT IS SO ORDERED
                                          Judge Phyllis J. Hamilton
27

28

Mitchell
Silberberg &
Knupp LLP

1457392.1
                                          CASE NO. C 07 2127
[PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE

Dockets.Justia.com