1  MARC E. MAYER (SBN 190969), mem@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
2  11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
3  Telephone: (310) 312-2000
   Facsimile: (310) 312-3100
4
   Attorneys for Defendants Warner/Chappell Music, Inc.
5  Word Music, LLC, Dayspring Music, LLC, Wordspring Music,
   LLC, Unichappell Music, Inc., Chappell & Co., Inc., Cotillion
6  Music, Inc., Rightsong Music, Inc., Walden Music, Inc.,
   Warner/Tamerlane Publishing Corp., and WB Music Corp.
7

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11  MEDIOSTREAM, INC.,                    CASE NO. C 07 2127

12              Plaintiff,                **[PROPOSED] ORDER GRANTING MOTION OF THE WARNER PUBLISHERS TO DISMISS AMENDED COMPLAINT OR, ALTERNATIVELY, TO TRANSFER OR STAY THE ACTION**

13       v.

14  PRIDDIS MUSIC, INC. AND
    WARNER/CHAPPELL MUSIC, INC., et al.

15                                        Date:  September 19, 2007
                Defendants.               Time:  9:00 a.m.
16                                        Ctrm:  3, 17th Floor

17

18
        The Court has read and considered the Motion of the Warner Publishers to Dismiss the
19
   Amended Complaint, or Alternatively to Transfer or Stay the Action, and the arguments,
20
   declarations and documentary evidence in support of and in opposition to the Motion.
21

22
        For the reasons set forth in the Motion of the Warner Publishers and in deference to the
23
   pending action in the United States District Court for the Middle District of Tennessee entitled
24
   <u>Word Music, LLC et al. v. Priddis Music et al.</u>, Case No. 3:07-0502 (M.D. Tenn.) (the "Tennessee
25
   Action"), in furtherance of interests in equity, judicial economy, efficiency, and wise judicial
26
   administration, and in order to avoid conflicting rulings between this Court and the United States
27
   District Court for the Middle District of Tennessee, this Court hereby GRANTS the Motion of the
28
   Warner Publishers.

Pursuant to Rule 12(b)(3) and this Court's inherent authority, this action hereby is DISMISSED without prejudice to its re-filing in the Middle District of Tennessee.

[Alternatively:] [Pursuant to 28 U.S.C. § 1404, this action hereby is TRANSFERRED to the United States District Court for the Middle District of Tennessee].

[Alternatively:] [This Action hereby is STAYED pending the outcome of the Tennessee Action].

DATED:                                By: _____
                                          Judge, United States District Court
                                          Northern District of California