# EXHIBIT "A"

### To

## DECLARATION OF PAUL HARRISON STACEY

### COMPLAINT FOR INJUNCTION AND DAMAGES

(Filed May 8 , 2007 in the case of *WORD MUSIC, LLC. et al. vs PRIDDIS MUSIC, INC. et al.,* Case No. 3:07-cv-502 in the
United States District Court for the Middle District of Tennessee (Nashville)

*MEDIOSTREAM, INC..*
vs.
*PRIDDIS MUSIC, INC., et al.*

**Case No. C 07 2127**

**Judge Phyllis J. Hamilton**

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

WORD MUSIC, LLC., a Tennessee Limited Liability )
company, DAYSPRING MUSIC, LLC, a Tennessee )
Limited Liability Company, WORDSPRING MUSIC, )
LLC., a Tennessee Limited Liability company, )
UNICHAPPELL MUSIC, INC., a Delaware corporation, )
CHAPPELL & CO., INC., a Delaware corporation, )
COTILLION MUSIC, INC., a Delaware Corporation, )    Case No.
RIGHTSONG MUSIC, INC., a Delaware Corporation, )
WALDEN MUSIC, INC., a New York Corporation, )
WARNER/TAMERLANE PUBLISHING CORP., a )
California corporation, and WB MUSIC CORP., a )
California corporation, )
)
                    Plaintiffs, )
)
    vs. )
)
PRIDDIS MUSIC, INC., a Nevada corporation, )
RICHARD L. PRIDDIS, individually, PROSOUND )
KARAOKE LTD., a United Kingdom corporation, )
MEDIOSTREAM, INC., a California corporation, )
d/b/a "K SUPERSTAR," D.J. MILLER MUSIC )
DISTRIBUTORS, INC., a Colorado corporation, )
d/b/a "PROSING," and DALE S. MILLER, )
Individually )
)
                  Defendants. )

## COMPLAINT FOR INJUNCTION AND DAMAGES

NOW COMES the Plaintiffs, WORD MUSIC, LLC., a Tennessee Limited Liability

Company, DAYSPRING MUSIC, LLC, a Tennessee Limited Liability Company,

WORDSPRING MUSIC, LLC., a  Tennessee Limited Liability company, UNICHAPPELL

MUSIC, INC., a Delaware corporation, CHAPPELL & CO., INC., a Delaware corporation,

COTILLION MUSIC, INC., a Delaware Corporation, RIGHTSONG MUSIC, INC., a Delaware

Corporation, WALDEN MUSIC, INC., a New York Corporation, WARNER/TAMERLANE

PUBLISHING CORP., a California corporation, and WB MUSIC CORP., a California

corporation, ("Plaintiffs"), by and through their attorneys, Paul Harrison Stacey, Law Offices of

Paul Harrison Stacey, P.C. and Timothy L. Warnock, Bowen, Riley, Warnock & Jacobson, PLC,

and for its **COMPLAINT FOR INJUNCTION AND DAMAGES** against Defendants,

PRIDDIS MUSIC, INC., a Nevada corporation, RICHARD L. PRIDDIS, individually,

PROSOUND KARAOKE LTD.,  a United Kingdom corporation, MEDIOSTREAM, INC., a

California corporation, d/b/a "K SUPERSTAR," D.J. MILLER MUSIC DISTRIBUTORS, INC.,

a Colorado corporation, d/b/a "PROSING," and DALE S. MILLER, individually (hereinafter,

collectively, "Defendants") for copyright infringement, state as follows:

### Jurisdiction and Venue

1.      This is an action for copyright infringement arising under the Copyright Act of

1976, 17 U.S.C. §§ 101 *et seq.*  This Court has jurisdiction of this action under 28 U.S.C. §§

1331, 1338(a) and 1338(b), and under its supplemental jurisdiction.

2.      Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(a) and 1400

(b).

### The Parties

3.      Plaintiffs WORD MUSIC, LLC, is a Tennessee Limited Liability company, with

its principal place of business located at 25 Music Square West, Nashville, Tennessee, 37203.

4.      Plaintiff DAYSPRING MUSIC, LLC, is a Tennessee Limited Liability

company, with its principal place of business located at 25 Music Square West, Nashville,

Tennessee, 37203.

2

5.    Plaintiff WORDSPRING MUSIC, LLC., a Tennessee Limited Liability company, with its principal place of business located at 25 Music Square West, Nashville, Tennessee, 37203.

6.    Plaintiff UNICHAPPELL MUSIC, INC., is a Delaware corporation, with its principal place of business located at 10585 Santa Monica Blvd., Los Angeles, California, 90025.

7.    Plaintiff CHAPPELL & CO., INC., is a Delaware corporation, with its principal place of business located at 10585 Santa Monica Blvd., Los Angeles, California, 90025.

8.    Plaintiff COTILLION MUSIC, INC., is a Delaware corporation, with its principal place of business located at 10585 Santa Monica Blvd., Los Angeles, California, 90025.

9.    Plaintiff RIGHTSONG MUSIC, INC., is a Delaware corporation, with its principal place of business located at 10585 Santa Monica Blvd., Los Angeles, California, 90025.

10.    Plaintiff WALDEN MUSIC, INC., is a New York Corporation, with its principal place of business located at 10585 Santa Monica Blvd., Los Angeles, California, 90025.

11.    Plaintiff WARNER/TAMERLANE PUBLISHING CORP., is a California corporation, with its principal place of business located at 10585 Santa Monica Blvd., Los Angeles, California, 90025.

12.    Plaintiff WB MUSIC CORP., is a California corporation with its principal place of business located at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

13.    Defendant, PRIDDIS MUSIC, INC., is a Nevada corporation, with its principal place of business is 790 N. 200 East, Lindon, Utah, 84042.

3

14.    Defendant RICHARD L. PRIDDIS, individually, is, on information and belief, the President of Co-Defendant, PRIDDIS MUSIC, INC., (hereinafter collectively "PRIDDIS Defendants").

15.    The PRIDDIS Defendants are doing business, including the manufacture, distribution, advertising and sale of the infringing karaoke recordings that are the subject of this suit, throughout the United States, including in the Middle District of Tennessee.    Upon information and belief, the PRIDDIS Defendants manufactured and participated in the advertising and sale of unauthorized recordings of the Plaintiffs' music copyrights on the interactive internet website commonly known as "K SUPERSTAR."    As well, and upon information and belief, the PRIDDIS Defendants have manufactured, distributed, advertised, promoted and sold unlicensed recordings of the Plaintiffs' music copyrights in conjunction with the MILLER Defendants, through the MILLER Defendants interactive internet website commonly known as "PROSING" Karaoke.

16.    Upon information and belief, Defendant PROSOUND KARAOKE LTD., (hereinafter "PROSOUND") is a United Kingdom corporation that is owned and/or controlled by Co-Defendant, RICHARD L. PRIDDIS.  Also upon information and belief, the United States address for PROSOUND is c/o the Co-Defendant, DJ MILLER MUSIC DISTRIBUTORS, INC., a Colorado Corporation, d/b/a "PROSING" at 6365 53rd Street N., Suite B, Pinellas Park, Florida, 33781.  Unlicensed karaoke recordings bearing the "PROSOUND KARAOKE" brand have been distributed, advertised, promoted and sold over the "PROSING" interactive internet website throughout the United States, including the Middle District of Tennessee.

17.    Defendant, MEDIOSTREAM, INC., is a California corporation, d/b/a "K SUPERSTAR," which is an interactive internet website with principal offices at 4962 El Camino

Real, Suite 201, Los Altos, California 94022-1455. Utilizing the unlicensed recordings provided by the PRIDDIS Defendants, MEDIOSTREAM has operated the "K SUPERSTAR interactive internet website as both a subscription service for visitors/participants to purchase the use of music, make personal recordings and share their recordings with other subscribers. MEDIOSTREAM has also used the "K SUPERSTAR" website to advertise, promote, and facilitate the sale of unlicensed karaoke recordings of the Plaintiffs' music copyrights which have been manufactured by the PRIDDIS Defendants and PROSOUND.

18.     Defendant DJ MILLER MUSIC DISTRIBUTORS, INC., is a Colorado Corporation, d/b/a "PROSING" with its principal offices located at 6365 53rd Street N., Suite B, Pinellas Park, Florida, 33781. "PROSING" operates an interactive internet website which distributes, advertises, promotes and sells various karaoke recordings and hardware including, but not limited to, many of the unlicensed karaoke recordings manufactured by the PRIDDIS Defendants and PROSOUND.

19.     Defendant DALE S. MILLER is, on information and belief, the founder and President of DJ MILLER MUSIC DISTRIBUTORS, INC. (hereinafter collectively "MILLER Defendants") On information and belief, DALE S. MILLER is a resident of the State of Colorado and resides in Nederland, Colorado.

20.     This Court has jurisdiction over each Defendant because the acts alleged herein have occurred and caused injury within the jurisdiction of this Court and because of Defendants' systematic and continuous advertising, distribution and sale of infringing recordings of one or more of Plaintiffs' musical copyrights within this jurisdiction. Specifically, Defendants are doing business in the Middle District of Tennessee through the distribution, advertising, and

offering for sale of infringing karaoke recordings for interactive internet purchase in the Middle District of Tennessee.

## FACTUAL BACKGROUND

21.     Karaoke, which means "empty orchestra" in Japanese, is a multi-million dollar business. Most of its revenue derived in the United States is from sales of recordings of popularized music through various national distributors and "authorized dealers", ultimately to primarily consumers for home use.  Defendants PRIDDIS and PROSING are among the leading competitors in the business.

22.     Karaoke "CD+G" and "SCD+G"recordings are actually re-recordings of hit songs, with the lead vocal tracks either omitted (instrumental) so that the consumer can "sing along" as if he/she were the lead singer or, in the alternative, with a vocal track sung by sound-alike artists (learning track) which in some formats can be muted upon playback so that the karaoke recording may be listened to either with or without a lead vocal accompaniment.  These products are recorded and encoded to provide a contemporaneous video display of the lyrics to the song for the consumer to sing along.

23.     Interactive internet websites like those utilized by the named Defendants have used "samples" of unlicensed recordings of the Plaintiffs' music copyrights in the form of "buffered" and "MP-3" files on their websites which may be played as streaming audio files by visitors to their websites.  The "samples" are used by Defendants to stimulate or induce the purchase of a subscription (in the case of MEDIOSTREAM) or, in the alternative, a "CD+G" or "SCD+G" disc to be shipped to the purchaser (in the case of all Defendants).

24.     A fundamental legal requirement for recording copyrighted material for purposes of producing a karaoke record is a license for exploitation of the song, which must be obtained

6

from the songwriter or his agent, generally called a "musical publisher," "publisher" or "administrator." Plaintiffs are music publishers that own or control, in whole or in part, the copyrights in thousands of well known and popular music compositions that have been recorded, reproduced, distributed, marketed, advertised, "sampled" and sold without Plaintiffs' authorization by the various Defendants' karaoke businesses. Plaintiffs are in the business of licensing the rights to record, reproduce, distribute, advertise and otherwise exploit such copyrighted musical works, in exchange for the payment of royalties. Plaintiffs have not licensed the Defendants to engage in the activities complained of herein. To the extremely limited extent that the Plaintiffs, through the Mechanical-Copyright Protection Society Limited, commonly referred to as "MCPS," have licensed the PROSOUND Defendant for the manufacturing of karaoke recordings in the United Kingdom, Plaintiffs are complaining herein with regard to the actions of PROSOUND which constitute copyright infringement nevertheless to the extent that such actions by PROSOUND have exceeded the scope of any such licenses.

     25.     Karaoke recordings, unlike typical musical recordings, require "synchronization" licenses for the graphic display of lyrics that appear on a monitor in a synchronized presentation with the recorded music. The synchronization license typically grants rights for a mechanical reproduction of the musical composition, the use of the lyrics in synchronized graphic display, the "sampling" or other advertising and/or promotional use of the composition, and may include a "print" permission for reproduction of the song's lyrics on lyric booklets or inserts in the karaoke package.

     26.     Pursuant to the synchronization and product licenses, karaoke companies are required to pay fixing fees, advances against future royalties, and account and pay royalties based upon the total number of units manufactured, usually on a quarterly basis. The customary

7

rates for synchronization licenses are fairly standardized; the rates for product licenses vary considerably.

## ALLEGATIONS COMMON
## TO ALL CAUSES OF ACTION

27.    Plaintiffs are the owners/administrators of the copyrights which are original musical compositions listed on the schedule attached hereto as Exhibit "A" and either own and/or administer a percentage of the copyright as indicated on that schedule. For the purposes of Plaintiffs' claims, the list of musical compositions identified on the attached Exhibit "A" shall be referred to as the "Subject Works." True and correct copyright registration numbers relative to each of the Subject Works are included in Exhibit "A."

28.    All of the Subject Works identified herein contain material wholly original and are copyrightable subject matter under the laws of the United States.

29.    Plaintiffs are informed and believe, and on that basis allege, since *at least* as early 2001, Defendants and each of them have been participating in the manufacture, reproduction, distribution, advertising, promotion and offering for sale for the purpose of inducing purchases of illegal and unauthorized copies of one or more of the Subject Works, in the form of "karaoke" type recordings, to the extent that such works have been in existence from time to time. Such recordings largely have been in either the "CDG," "CD+G," "SCDG," or "SCD+G" format for discs and internet downloads.

30.    The Defendants, as a separate and additional course of infringement, have been manufacturing music "samples" of the Subject Works in a form capable of being played over their interactive internet website and listened to by prospective purchasers. The "samples" of music advertise, promote and offer for sale for the purpose of inducing the purchase of the full

8

recordings of illegal and unauthorized copies of one or more of the Subject Works, in the form of "karaoke" type recordings. These "samples" of the full recordings are believed to be what is called "buffered" files in the "MP-3" format.

31. The Defendants, as a separate and yet additional course of infringement, have been advertising, promoting, and selling unlicensed recordings of the Plaintiffs' music copyrights via internet download sales over their various interactive internet websites. Such exploitation customarily requires an internet download license and in the case of downloads utilizing a streaming graphic video of the lyrics, a synchronization license permitting internet download sales.

32. The varied conduct of the Defendants constitutes direct, contributory and vicarious infringement, depending upon the specific conduct in question, of Plaintiffs' music copyrights. The natural, probable and foreseeable result of Defendants' wrongful conduct has been and will continue to be to deprive Plaintiffs of the benefits of selling the Subject Works, to deprive Plaintiffs of the usual and customary royalties to which they would be entitled if the Subject Works were properly licensed with synchronization licenses, internet download licenses or advertising/promotional licenses, and to deprive Plaintiffs of goodwill.

## FIRST CLAIM FOR RELIEF
## COPYRIGHT INFRINGEMENT
## 17 U.S.C. §§ 101, *ET SEQ.*

### (Direct Copyright Infringement vs. All Defendants)

33. Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 32, inclusive, as though fully set forth herein, as and for this paragraph 33, and incorporates them herein by this reference.

9

34.     By their actions alleged above, Defendants have infringed and will continue to infringe Plaintiffs' copyright interests in and relating to the Subject Works #1 through #345 by producing, distributing, advertising and placing upon the market products which contain unauthorized recordings of the songs and graphic displays of the lyrics of the copyrighted Subject Works.

35.     Plaintiffs are entitled to an injunction restraining Defendants, their officers, agents and employees, and all persons acting in concert with them, from engaging in any further such acts in violation of the copyright laws.

36.     Plaintiffs are further entitled to recover from Defendants the damages, including attorneys' fees, they have sustained and will sustain, and any gains, profits and advantages obtained by Defendants as a result of Defendants' acts of infringement alleged above.  At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by Plaintiffs.

WHEREFORE, Plaintiffs, WORD MUSIC, LLC., a Tennessee Limited Liability Company, DAYSPRING MUSIC, LLC, a Tennessee Limited Liability Company, WORDSPRING MUSIC, LLC., a Tennessee Limited Liability company, UNICHAPPELL MUSIC, INC., a Delaware corporation, CHAPPELL & CO., INC., a Delaware corporation, COTILLION MUSIC, INC., a Delaware Corporation, RIGHTSONG MUSIC, INC., a Delaware Corporation, WALDEN MUSIC, INC., a New York Corporation, WARNER/TAMERLANE PUBLISHING CORP., a California corporation, and WB MUSIC CORP., a California corporation, pray for judgment against the Defendants, PRIDDIS MUSIC, INC., a Nevada corporation, RICHARD L. PRIDDIS, individually, PROSOUND KARAOKE LTD.,  a United Kingdom corporation, MEDIOSTREAM, INC., a California corporation, d/b/a "K

SUPERSTAR," D.J. MILLER MUSIC DISTRIBUTORS, INC., a Colorado corporation, d/b/a "PROSING," and DALE S. MILLER, individually, jointly and severally, as follows:

      a.    That the Court finds that Defendants have infringed Plaintiffs' copyright interests in the Subject Works #1 through #345.

      b.    That the Court finds a substantial likelihood that Defendants will continue to infringe Plaintiffs' copyright interests in the Subject Works #1 through #345, unless enjoined from doing so.

      c.    That Defendants, their directors, officers, agents, servants, employees and all other persons in act of concert or privity or in participation with them, be enjoined from directly or indirectly infringing Plaintiffs' copyrights in the Subject Works or continuing to market, offer, sell, dispose of, license, lease, transfer, display, advertise, reproduce, develop or manufacture any works derived or copied from the Subject Works or participate or assist in any such activity.

      d.    That Defendants, their directors, officers, agents, servants, employees and all other persons in act of concert or privity or in participation with them, be enjoined to return to Plaintiffs any and all originals, copies, facsimiles, or duplicates of the Subject Works in their possession, custody or control.

      e.    That Defendants, their directors, officers, agents, servants, employees and all other persons in act of concert or privity or in participation with them, be enjoined to recall from all distributors, wholesalers, jobbers, dealers, retailers and distributors, and all others known to Defendants, any originals, copies, facsimile, or duplicates of any works shown by the evidence to infringe any copyright in the Subject Works.

f.     That Defendants be enjoined to deliver upon oath, to be impounded during the pendency of this action and destroyed pursuant to judgment herein, all originals, copies, facsimiles, or duplicates of any work shown by the evidence to infringe any copyright in the Subject Works.

g.     Defendants be required to file with the Court and to serve on Plaintiffs, within 30 days after service of the Court's order as herein prayed, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the Court's order.

h.     That judgment be entered for Plaintiffs and against Defendants for Plaintiffs' actual damages according to proof, and for any profits attributable to infringements of Plaintiffs' copyrights, in accordance with proof.

i.     Alternatively, and upon Plaintiffs' election, that judgment be entered for Plaintiffs and against Defendants for statutory damages based upon Defendants' acts of infringement, pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.*

j.     That Defendants be required to account for all gains, profits, and advantages derived from their acts of infringement and for their other violations of law.

k.     That all gains, profits and advantages derived by Defendants from their acts of infringement and other violations of law be deemed to be held in constructive trust for the benefit of Plaintiffs.

l.     That Plaintiffs have judgment against Defendants for Plaintiffs' costs and attorneys' fees.

m.     That the Court grant such other, further, and different relief as the Court deems proper under the circumstances.

12

## SECOND CLAIM FOR RELIEF
## COPYRIGHT INFRINGEMENT
### 17 U.S.C. §§ 101, *ET SEQ.*

### (Contributory Infringement)

37.    Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 36, inclusive, as though fully set forth herein, as and for this paragraph 37, and incorporates them herein by this reference.

38.    By their actions alleged above, Defendants' knew or had reason to know of the infringing activites of each other and materially contributed to each of the other Defendants' infringement of Plaintiffs' copyright interests in and relating to the Subjects Works #1 through #345 by variously producing, distributing, advertising and placing upon the market products which contain recordings of the songs and printed lyrics of Plaintiffs' copyrighted Subject Works, while failing to secure licenses for such uses.

39.    Plaintiffs are entitled to an injunction restraining Defendants, their officers, agents and employees, and all persons acting in concert with them, from engaging in any further such acts in violation of the copyright laws.

40.    Plaintiffs are further entitled to recover from Defendants the damages including attorneys' fees they have sustained and will sustain, and any gains, profits and advantages obtained by Defendants as a result of Defendants' acts of contirbutory infringement alleged above. Alternatively, Plaintiffs may elect the statutory penalties provided for in 17 U.S.C. § 504(c)(1) and (2), not to exceed $150,000.00 per copyright, per Defendant. At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by Plaintiffs and Plaintiffs reserves the right to make such election to have the Court impose the statutory penalties.

13

WHEREFORE, Plaintiffs, WORD MUSIC, LLC., a Tennessee Limited Liability Company, DAYSPRING MUSIC, LLC, a Tennessee Limited Liability Company, WORDSPRING MUSIC, LLC., a Tennessee Limited Liability company, UNICHAPPELL MUSIC, INC., a Delaware corporation, CHAPPELL & CO., INC., a Delaware corporation, COTILLION MUSIC, INC., a Delaware Corporation, RIGHTSONG MUSIC, INC., a Delaware Corporation, WALDEN MUSIC, INC., a New York Corporation, WARNER/TAMERLANE PUBLISHING CORP., a California corporation, and WB MUSIC CORP., a California corporation, pray for judgment against the Defendants, PRIDDIS MUSIC, INC., a Nevada corporation, RICHARD L. PRIDDIS, individually, PROSOUND KARAOKE LTD., a United Kingdom corporation, MEDIOSTREAM, INC., a California corporation, d/b/a "K SUPERSTAR," D.J. MILLER MUSIC DISTRIBUTORS, INC., a Colorado corporation, d/b/a "PROSING," and DALE S. MILLER, individually, jointly and severally, as follows:

    a.    That the Court finds that Defendants have contributorily infringed Plaintiffs' copyright interests in the Subject Works #1 through #345.

    b.    That the Court finds a substantial likelihood that Defendants will continue to infringe Plaintiffs' copyright interests in the Subject Works #1 through #345, unless enjoined from doing so.

    c.    That Defendants, their directors, officers, agents, servants, employees and all other persons in act of concert or privity or in participation with them, be enjoined from directly or indirectly infringing Plaintiffs' copyrights in the Subject Works or continuing to market, offer, sell, dispose of, license, lease, transfer, display, advertise,

reproduce, develop or manufacture any works derived or copied from the Subject Works or participate or assist in any such activity.

       d.      That Defendants, their directors, officers, agents, servants, employees and all other persons in act of concert or privity or in participation with them, be enjoined to return to Plaintiffs any and all originals, copies, facsimiles, or duplicates of the Subject Works in their possession, custody or control.

       e.      That Defendants, their directors, officers, agents, servants, employees and all other persons in act of concert or privity or in participation with them, be enjoined to recall from all distributors, wholesalers, jobbers, dealers, retailers and distributors, and all others known to Defendants, any originals, copies, facsimile, or duplicates of any works shown by the evidence to infringe any copyright in the Subject Works.

       f.      That Defendants be enjoined to deliver upon oath, to be impounded during the pendency of this action and destroyed pursuant to judgment herein, all originals, copies, facsimiles, or duplicates of any work shown by the evidence to the contributory infringement of any copyright in the Subject Works.

       g.      Defendants be required to file with the Court and to serve on Plaintiffs, within 30 days after service of The Court's order as herein prayed, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the Court's order.

       h.      That Defendants be required to account for all gains, profits, and advantages derived from their contributory acts of infringement and for their other violations of law.

i.      That all gains, profits and advantages derived by Defendants from their

acts of infringement and other violations of law be deemed to be held in constructive

trust for the benefit of Plaintiffs.

j.      Alternatively, that judgment be entered for Plaintiffs and against

Defendants for statutory damages based upon Defendants' contributory acts of

infringement, pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.,* including

statutory penalties for willful infringement provided for in 17 U.S.C. § 504(c)(1) and (2),

not to exceed $150,000 per copyright per Defendant.

k.      That judgment be entered for Plaintiffs and against Defendants for

Plaintiffs' actual damages according to proof, and for any profits attributable to

contributory infringements of Plaintiffs' copyrights, in accordance with proof.

l.      That Plaintiffs have judgment against Defendants for Plaintiffs' costs and

attorneys' fees.

m.      That the Court grant such other, further, and different relief as the Court

deems proper under the circumstances.


### THIRD CLAIM FOR RELIEF

### COPYRIGHT INFRINGEMENT
### 17 U.S.C. §§ 101, *ET SEQ.*

### (Vicarious Infringement)

41.      Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 36,

inclusive, as though fully set forth herein, as and for this paragraph 37, and incorporates them

herein by this reference.

42.     By their actions alleged above, Defendants were financially interested in and possessed the asbility to control the infringing activites of each others' infringement of Plaintiffs' copyright interests in and relating to the Subjects Works #1 through #345 by variously producing, distributing, advertising and placing upon the market products which contain recordings of the songs and printed lyrics of Plaintiffs' copyrighted Subject Works, while failing to secure licenses for such uses.

43.     Plaintiffs are entitled to an injunction restraining Defendants, their officers, agents and employees, and all persons acting in concert with them, from engaging in any further such acts in violation of the copyright laws.

44.     Plaintiffs are further entitled to recover from Defendants the damages including attorneys' fees they have sustained and will sustain, and any gains, profits and advantages obtained by Defendants as a result of Defendants' acts of vicarious infringement alleged above. Alternatively, Plaintiffs may elect the statutory penalties provided for in 17 U.S.C. § 504(c)(1) and (2), not to exceed $150,000.00 per copyright, per Defendant. At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by Plaintiffs and Plaintiffs reserves the right to make such election to have the Court impose the statutory penalties.

WHEREFORE, Plaintiffs, WORD MUSIC, LLC., a Tennessee Limited Liability Company, DAYSPRING MUSIC, LLC, a Tennessee Limited Liability Company, WORDSPRING MUSIC, LLC., a Tennessee Limited Liability company, UNICHAPPELL MUSIC, INC., a Delaware corporation, CHAPPELL & CO., INC., a Delaware corporation, COTILLION MUSIC, INC., a Delaware Corporation, RIGHTSONG MUSIC, INC., a Delaware Corporation, WALDEN MUSIC, INC., a New York Corporation, WARNER/TAMERLANE

PUBLISHING CORP., a California corporation, and WB MUSIC CORP., a California

corporation, pray for judgment against the Defendants, PRIDDIS MUSIC, INC., a Nevada

corporation, RICHARD L. PRIDDIS, individually, PROSOUND KARAOKE LTD., a United

Kingdom corporation, MEDIOSTREAM, INC., a California corporation, d/b/a "K

SUPERSTAR," D.J. MILLER MUSIC DISTRIBUTORS, INC., a Colorado corporation, d/b/a

"PROSING," and DALE S. MILLER, individually, jointly and severally, as follows:

     a.     That the Court finds that Defendants have vicariously infringed Plaintiffs'

copyright interests in the Subject Works #1 through #345.

     b.     That the Court finds a substantial likelihood that Defendants will continue

to infringe Plaintiffs' copyright interests in the Subject Works #1 through #345, unless

enjoined from doing so.

     c.     That Defendants, their directors, officers, agents, servants, employees and

all other persons in act of concert or privity or in participation with them, be enjoined

from directly or indirectly infringing Plaintiffs' copyrights in the Subject Works or

continuing to market, offer, sell, dispose of, license, lease, transfer, display, advertise,

reproduce, develop or manufacture any works derived or copied from the Subject Works

or participate or assist in any such activity.

     d.     That Defendants, their directors, officers, agents, servants, employees and

all other persons in act of concert or privity or in participation with them, be enjoined to

return to Plaintiffs any and all originals, copies, facsimiles, or duplicates of the Subject

Works in their possession, custody or control.

     e.     That Defendants, their directors, officers, agents, servants, employees and

all other persons in act of concert or privity or in participation with them, be enjoined to

18

recall from all distributors, wholesalers, jobbers, dealers, retailers and distributors, and all others known to Defendants, any originals, copies, facsimile, or duplicates of any works shown by the evidence to infringe any copyright in the Subject Works.

   f.  That Defendants be enjoined to deliver upon oath, to be impounded during the pendency of this action and destroyed pursuant to judgment herein, all originals, copies, facsimiles, or duplicates of any work shown by the evidence to the vicarious infringement of any copyright in the Subject Works.

   g.  Defendants be required to file with the Court and to serve on Plaintiffs, within 30 days after service of The Court's order as herein prayed, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the Court's order.

   h.  That Defendants be required to account for all gains, profits, and advantages derived from their acts of vicarious infringement and for their other violations of law.

   i.  That all gains, profits and advantages derived by Defendants from their acts of infringement and other violations of law be deemed to be held in constructive trust for the benefit of Plaintiffs.

   j.  Alternatively, that judgment be entered for Plaintiffs and against Defendants for statutory damages based upon Defendants' vicarious acts of infringement, pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.*, including statutory penalties for willful infringement provided for in 17 U.S. C. § 504(c)(1) and (2), not to exceed $150,000 per copyright per Defendant.

19

k.    That judgment be entered for Plaintiffs and against Defendants for Plaintiffs' actual damages according to proof, and for any profits attributable to vicarious infringements of Plaintiffs' copyrights, in accordance with proof.

l.    That Plaintiffs have judgment against Defendants for Plaintiffs' costs and attorneys' fees.

m.    That the Court grant such other, further, and different relief as the Court deems proper under the circumstances.


## FOURTH CLAIM FOR RELIEF
## WILLFUL COPYRIGHT INFRINGEMENT
## 17 U.S.C. § 504(c)(2)

45.    Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 36, inclusive, as though fully set forth herein, as and for this paragraph 37, and incorporates them herein by this reference.

46.    By their actions alleged above, Defendants and each of them have knowingly and willfully infringed and will continue to knowingly and willfully infringe Plaintiffs' copyright interests in and relating to the Subjects Works #1 through #345 by producing, distributing, advertising and placing upon the market products which contain recordings of the songs and printed lyrics of Plaintiffs' copyrighted Subject Works, while deliberately failing to secure licenses for such uses.

47.    Plaintiffs are entitled to an injunction restraining Defendants, their officers, agents and employees, and all persons acting in concert with them, from engaging in any further such willful acts in violation of the copyright laws.

48.    Plaintiffs are further entitled to recover from Defendants the damages including attorneys' fees they have sustained and will sustain, and any gains, profits and advantages obtained by Defendants as a result of Defendants' acts of willful infringement alleged above. Alternatively, Plaintiffs may elect the statutory penalties provided for in 17 U.S.C. § 504(c)(1) and (2), not to exceed $150,000.00 per copyright, per Defendant. At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by Plaintiffs and Plaintiffs reserves the right to make such election to have the Court impose the statutory penalties.

WHEREFORE, Plaintiffs, WORD MUSIC, LLC., a Tennessee Limited Liability Company, DAYSPRING MUSIC, LLC, a Tennessee Limited Liability Company, WORDSPRING MUSIC, LLC., a Tennessee Limited Liability company, UNICHAPPELL MUSIC, INC., a Delaware corporation, CHAPPELL & CO., INC., a Delaware corporation, COTILLION MUSIC, INC., a Delaware Corporation, RIGHTSONG MUSIC, INC., a Delaware Corporation, WALDEN MUSIC, INC., a New York Corporation, WARNER/TAMERLANE PUBLISHING CORP., a California corporation, and WB MUSIC CORP., a California corporation, pray for judgment against the Defendants, PRIDDIS MUSIC, INC., a Nevada corporation, RICHARD L. PRIDDIS, individually, PROSOUND KARAOKE LTD., a United Kingdom corporation, MEDIOSTREAM, INC., a California corporation, d/b/a "K SUPERSTAR," D.J. MILLER MUSIC DISTRIBUTORS, INC., a Colorado corporation, d/b/a "PROSING," and DALE S. MILLER, individually, jointly and severally, as follows:

a.    That the Court finds that Defendants have willfully infringed Plaintiffs' copyright interests in the Subject Works #1 through #345.

b.     That the Court finds a substantial likelihood that Defendants will continue to willfully infringe Plaintiffs' copyright interests in the Subject Works #1 through #345, unless enjoined from doing so.

c.     That Defendants, their directors, officers, agents, servants, employees and all other persons in act of concert or privity or in participation with them, be enjoined from directly or indirectly willfully infringing Plaintiffs' copyrights in the Subject Works or continuing to market, offer, sell, dispose of, license, lease, transfer, display, advertise, reproduce, develop or manufacture any works derived or copied from the Subject Works or participate or assist in any such activity.

d.     That Defendants, their directors, officers, agents, servants, employees and all other persons in act of concert or privity or in participation with them, be enjoined to return to Plaintiffs any and all originals, copies, facsimiles, or duplicates of the Subject Works in their possession, custody or control.

e.     That Defendants, their directors, officers, agents, servants, employees and all other persons in act of concert or privity or in participation with them, be enjoined to recall from all distributors, wholesalers, jobbers, dealers, retailers and distributors, and all others known to Defendants, any originals, copies, facsimile, or duplicates of any works shown by the evidence to willfully infringing any copyright in the Subject Works.

f.     That Defendants be enjoined to deliver upon oath, to be impounded during the pendency of this action and destroyed pursuant to judgment herein, all originals, copies, facsimiles, or duplicates of any work shown by the evidence to the willful infringement of any copyright in the Subject Works.

g.      Defendants be required to file with the Court and to serve on Plaintiffs, within 30 days after service of The Court's order as herein prayed, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the Court's order.

h.      That Defendants be required to account for all gains, profits, and advantages derived from their willful acts of infringement and for their other violations of law.

i.      That all gains, profits and advantages derived by Defendants from their acts of willful infringement and other violations of law be deemed to be held in constructive trust for the benefit of Plaintiffs.

j.      Alternatively, that judgment be entered for Plaintiffs and against Defendants for statutory damages based upon Defendants' willful acts of infringement, pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.,* including statutory penalties for willful infringement provided for in 17 U.S. C. § 504(c)(1) and (2), not to exceed $150,000 per copyright per Defendant.

k.      That judgment be entered for Plaintiffs and against Defendants for Plaintiffs' actual damages according to proof, and for any profits attributable to willful infringements of Plaintiffs' copyrights, in accordance with proof.

l.      That Plaintiffs have judgment against Defendants for Plaintiffs' costs and attorneys' fees.

m.      That the Court grant such other, further, and different relief as the Court deems proper under the circumstances.

## FIFTH CLAIM FOR RELIEF
## UNFAIR COMPETITION

41.    Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 40, inclusive, as though fully set forth herein, as and for this paragraph 41, and incorporate them herein by this reference.

42.    Plaintiffs have expended many millions, if not hundreds of millions, of dollars in their business endeavors for the purpose of creating, developing, promoting and otherwise commercializing the copyrights at issue in this lawsuit. Alternatively, Plaintiffs have expended such monies on the purchase of countless catalogs of music copyrights, which are then further developed, promoted and otherwise commercialized, all of which vastly contributes to the value of the copyrights. While some of the copyrights are ultimately successful in varying degrees, many others (the vast majority) are not successful.

43.    The Defendants are engaged in unfair competition with Plaintiffs because they have no rights to the music copyrights being exploited in the various "karaoke" products being manufactured, advertised, distributed and sold by them. Most unfair is that the Defendants have the benefit of exploiting the proven success of Plaintiffs' investment of time and money to develop the successful copyrights, i.e., ones which have already been proven "hits" with the consuming public, without the burden of financial losses which are incurred relative to copyrights which the public has either rejected or not received well.

44.    Plaintiffs are damaged by this unfair competition.

WHEREFORE, Plaintiffs, WORD MUSIC, LLC., a Tennessee Limited Liability Company, DAYSPRING MUSIC, LLC, a Tennessee Limited Liability Company, WORDSPRING MUSIC, LLC., a Tennessee Limited Liability company, UNICHAPPELL

24

MUSIC, INC., a Delaware corporation, CHAPPELL & CO., INC., a Delaware corporation,

COTILLION MUSIC, INC., a Delaware Corporation, RIGHTSONG MUSIC, INC., a Delaware

Corporation, WALDEN MUSIC, INC., a New York Corporation, WARNER/TAMERLANE

PUBLISHING CORP., a California corporation, and WB MUSIC CORP., a California

corporation, individually, jointly and severally, as follows:

      a.    That the Court find that Defendants have unfairly competed against the

Plaintiffs in the commercialization of the Plaintiffs' copyright interests in the Subject

Works #1 through #345.

      b.    That the Defendants be awarded compensatory and punitive damages in an

amount to be determined at trial by the jury.

### JURY DEMAND

Plaintiffs hereby demand trial by jury on all issues triable to a jury.

RESPECTFULLY SUBMITTED,

By: _Timothy L. Warnock_ civ
Timothy L. Warnock (BPR #12844)
Bowen, Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Ph.:  615-320-3700

and

Paul Harrison Stacey
Law Offices of Paul Harrison Stacey, P.C.
Wyoming Bar No. 5-2615
7225 N. Spring Gulch Road
P.O. Box 4157
Jackson, WY 83001
Ph:    307-733-7333
Fax:   307-733-7360

*Illinois Office:
202 W. Willow Avenue, Suite 103
Wheaton, Illinois 60187
Ph:    630-462-1949
Fax:    630-462-9293

***Attorneys for Plaintiffs Famous Music, LLC***

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| 1. | All I Want For Christmas Is My Two Front Teeth | WB MUSIC | 100.000% | EU 54554 Date: 01/27/46 EP 15127 Date: 06/3/47 R 571699 Date: 03/1/74 R 587595 Date: 10/11/74 |
| 2. | All My Life | WB MUSIC | 40.000% | PA 856 240 Date: 07/23/97 |
| 3. | All Star | W-T PC | 100.000% | PA 960-262 Date: 06/08/99 |
| 4. | All That Jazz | UNICHAPPELL MUSIC | 100.000% | EU 419274 Date: 07/16/93 EP 339550 Date: 06/12/75 RE 839248 Date: 01/2/01 RE874352 Date: 12/31/02 |
| 5. | All The Man That I Need | W-T PC | 100.000% | PAU 349957 Date: 01/19/81 PAU 132-224 Date: 01/11/82 |
| 6. | Am I The Same Girl | UNICHAPPELL MUSIC INC. | 100.000% | EP 254306 Date: 12/11/1968 |
| 7. | Amazed | W-T PC | 33.330% | PA 985472 Date: 06/01/1999 |
| 8. | And Still | WB MUSIC | 100.000% | PAU1858488 Date: 04/25/94 |
| 9. | Angel | WB MUSIC | 50.000% | PA245-848 Date: 10/31/1984 |
| 10. | Angel Of Mine | WB MUSIC | 50.000% | PA 1201042 Date: 7/14/1998 |
| 11. | Angels In Waiting | WB MUSIC | 33.330% | PA 1060864 Date: 5/01/2001 |
| 12. | Another Sad Love Song | W-T PC | 25.000% | PA 713887 Date: 12/02/1994 |
| 13. | Anyone Can Whistle | CHAPPELL & CO., INC | 100.000% | EP 184249 Date: 02/14/1964 RE 576-893 Date: 02/03/1992 |
| 14. | Anything But Ordinary | 50.000 W-T PC 25.000 WB MUSIC | 75.000% | PA 1094639 Date: 7/08/2002 |
| 15. | Anything Goes | WB MUSIC | 100.000% | EP 44877 Date: 11/19/1934 R 285605 Date: 11/21/1961 |
| 16. | Anytime You Need A Friend | WB MUSIC | 50.000% | PA 669-969 Date: 08/27/1993 |
| 17. | As Time Goes By | WB MUSIC | 100.000% | E 24416 Date: 07/28/1931 R 224326 Date: 09/19/1958 |
| 18. | Ayer | WB MUSIC | 33.330% | PA 670-115 Date: 06/22/1993 |
| 19. | Baby Come Back | UNICHAPPELL MUSIC INC | 16.660% | EU 813415 Date: 08/12/1977 PA 12-030 Date: 05/08/1978 |
| 20. | Baby Now That I've | 50.000 CHAPPELL & | 100.000% | |



| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| | Found You | CO., INC. 50.000 UNICHAPPELL MUSIC INC. | | EU 25034 Date: 11/20/1967 EP 34567 Date: 02/12/1968 |
| 21. | Be A Clown | CHAPPELL & CO., INC. | 100.000% | EU 51990 Date: 11/04/1946 EP 24246 Date: 03/02/1948 R 562249 Date: 11/05/1973 R 599592 Date: 03/03/1975 |
| 22. | Be Careful (Cuidado Con Mi Corazon) | WB MUSIC | 50.000% | PA 962 150 Date: 05/11/1999 |
| 23. | Begin The Beguine | WB MUSIC | 100.000% | EU 109769 Date: 09/11/1935 EP 550931 Date: 10/16/1935 R 300905 Date: 09/11/1962 R 303090 Date: 10/18/1962 |
| 24. | Begin The Beguine (Version 2) | WB MUSIC | 100.000% | EU 109769 Date: 9/11/1935 EP 550931Date: 10/16/1935 R 300905 Date: 09/11/1962 R 303090 Date: 10/18/1962 |
| 25. | Believe In You | WB MUSIC | 50.000% | PA#932-788 Date: 10/01/1998 |
| 26. | Best I Ever Had, The | WB MUSIC | 100.000% | PA 982-398 Date: 06/15/1999 |
| 27. | Betcha By Golly Wow | W-T PC | 100.000% | EP 279163 Date: 10/03/1970 RE 782123 Date: 02/06/1998 |
| 28. | Better Class Of Losers | WB MUSIC | 50.000% | PA 539-181 Date: 09/16/1991 |
| 29. | Blueberry Hill | CHAPPELL & CO., INC. | 33.330% | EP 86125 Date: 06/06/1940 R 411734 Date: 06/09/1967 |
| 30. | Blurry | WB MUSIC | 75.000% | PA 1311759 Date: 08/28/2001 |
| 31. | Breakaway | WB MUSIC | 45.000% | PA 1253000 Date: 08/03/2004 |
| 32. | Bring It All To Me | W-T PC | 12.500% | PA 1044112 Date: 05/18/1999 |
| 33. | Broken Hearted Me | CHAPPELL & CO., INC | 100.000% | PA 30-616 Date: 03/14/1979 |
| 34. | Button Up Your Overcoat | CHAPPELL & CO., INC. | 50.000% | EU 1793  Date: 12/04/1928 EP 2063  Date: 12/28/1928 R 160462  Date: 12/06/1955 R 161636  Date: 12/28/1955 |
| 35. | Call On Jesus | WORDSPRING MUSIC, LLC | 100.000% | PA 1059945 Date: 08/14/2001 |
| 36. | Can't Get | | 100.000% | EU 505518 Date: |

2

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| | Enough Of Your Love | UNICHAPPELL MUSIC INC. | | 07/22/1974 EP 327846 Date: 08/13/1974 RE 857937 Date: 01/03/2002 RE 858125 Date: 01/03/2002 |
| 37. | Can't Let Go | WB MUSIC | 50.000% | PA 583-812 Date: 09/13/1991 |
| 38. | Carrying Your Love With Me | W-T PC | 100.000% | PA 849 801 Date: 05/29/1997 |
| 39. | Caught Up In The Rapture | WB MUSIC | 100.000% | PA320-695  Date: 03/02/1987 |
| 40. | Celebration | 93.750 W-T PC 6.250 WB MUSIC | 100.000% | PAU321956 Date: 10/27/1980 PA 411-606 Date: 09/20/1980 |
| 41. | Change Inside Of Me, The | WORDSPRING MUSIC, LLC | 25.000% | PA 1150023 Date: 09/17/2002 |
| 42. | Chariot | W-T PC | 100.000% | PA 1189723 Date: 07/22/2003 |
| 43. | Chattahoochee | WB MUSIC | 50.000% | PA 587-430 Date: 10/13/1992 |
| 44. | Cherish | WB MUSIC | 50.000% | PA429535 Date: 03/21/1989 |
| 45. | Christmas Waltz | 50.000 CHAPPELL & CO., INC. 50.000 WB MUSIC | 100.000% | EP 84951 Date: 11/04/1954 RE 118854 Date: 01/04/1982 |
| 46. | Come Clean | WB MUSIC | 50.000% | PA 1192375 Date: 08/26/2003 |
| 47. | Come Rain Or Come Shine | WB MUSIC | 50.000% | EU 8647  Date:  02/27/1946 EP 1893  Date: 03/09/1946 R 546871 Date:  02/27/1973 R 547891 Date:  03/12/1973 |
| 48. | Complicated | 50.000 W-T PC. 25.000 WB MUSIC | 75.000% | PA 1094639 Date: 07/08/2002 |
| 49. | Couldn't Get It Right | WB MUSIC | 100.000% | EU774374 Date: 04/07/1997 EP378926 Date: 12/13/1977 RE 909467 Date: 12/31/2004 |
| 50. | Could've Been Me | W-T PC | 50.000% | PA 602-143 Date: 05/19/1992 |
| 51. | Cry Me A River | CHAPPELL & CO., INC. | 100.000% | EU 322794 Date: 07/06/1953 EP 94728 Date: 10/24/1955 RE 84677 Date: 02/21/1981 RE 152354 Date: |

3

|  | Title | Publisher | % | Registration # |
|---|---|---|---|---|
|  |  |  |  | 01/10/1983 |
| 52. | Crying In The Chapel | W-T PC | 100.000% | EP 70187 Date: 03/26/1953 RE 84-813 Date: 02/03/1981 |
| 53. | Daddy's Money | WB MUSIC | 16.670% | PAU2144031 Date: 12/06/1996 |
| 54. | Days Of Wine & Roses | WB MUSIC | 100.000% | EU 747453 Date: 12/04/1962 EP 171099 Date: 12/28/1962 RE 474881 Date: 02/12/1990 RE 519975 Date: 01/22/1991 |
| 55. | Deep Enough To Dream | WORD MUSIC, LLC | 100.000% | 2-162-747 Date: 02/05/1997 |
| 56. | Desperately Wanting | W-T PC | 100.000% | PA 815 730 Date: 10/09/1996 |
| 57. | Didn't I Blow Your Mind This Time | W-T PC | 100.000% | EP 277453 Date: 01/08/1970 RE 782120 Date: 02/06/1998 |
| 58. | Does Anybody Really Know What Time It Is | WB MUSIC | 80.000% | EU 117486 Date: 05/26/1969 EP 285833 Date: 09/28/1970 RE-756-215 Date: 03/10/1997 RE-782-927 Date: 02/19/1998 |
| 59. | Don't Cry Baby | WB MUSIC | 100.000% | EU 8951 Date: 07/17/1929 R 175062 Date: 07/27/1956 |
| 60. | Don't Make Me Over | WB MUSIC | 50.000% | EU 738960 Date: 09/28/1962 RE 469-234 Date: 02/21/1990 |
| 61. | Don't Rock The Jukebox | WB MUSIC | 33.340% | PA 525-633 Date: 04/12/1991 |
| 62. | Don't Sit Under The Apple Tree | WB MUSIC | 33.334% | EU 283597 Date: 01/13/1942 EP 101947 Date: 02/02/1942 R 453385 Date: 01/13/1969 R 455153 Date: 02/03/1969 |
| 63. | Don't Take The Girl | W-T PC | 12.500% | PA 675-193 Date: 11/12/1992 |
| 64. | Don't Tell Me | WB MUSIC | 66.660% | PA 1024577 Date: 09/19/2000 |
| 65. | Don't Wanna Fall In Love | W-T PC | 100.000% | PA 456709 Date: 10/03/1989 |
| 66. | Dreamlover | WB MUSIC | 50.000% | PA 663 978 Date: 12/21/1993 |

4

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| 67. | Drowning | W-T PC | 33.330% | PA 1065910 Date: 10/30/2001 |
| 68. | Ease On Down The Road | W-T PC | 100.000% | EU 511982 Date: 08/13/1974<br>EP 332949 Date: 11/27/1974<br>RE 857955 Date: 01/03/2002<br>RE 854428 Date: 01/03/2002 |
| 69. | Eastern Gate, The | WORD MUSIC, LLC | 100.000% | PA 588-945 Date: 01/01/1991 |
| 70. | El Beso Del Final | W-T PC | 50.000% | PA 1020-334 Date: 09/12/2000 |
| 71. | El Shaddai | WORD MUSIC, LLC | 100.000% | PA 130-693 Date: 02/01/1982 |
| 72. | Entre Tu Y Yo | WB MUSIC | 100.000% | PA1011-091 Date: 03/02/2000 |
| 73. | Escape (The Pina Colada Song) | WB MUSIC | 100.000% | PA 50-962 Date: 09/21/1979 |
| 74. | Evergreen | WB MUSIC | 100.000% | EU 664036 Date: 03/25/1976<br>EP 361619 Date: 11/19/1976<br>RE 895094 Date: 01/06/2004 |
| 75. | Everybody Loves A Clown | W-T PC | 100.000% | EU 890084 Date: 06/25/1965<br>EP 215444 Date: 09/29/1965<br>RE 615772 Date: 01/11/1993<br>RE 630457 Date: 05/07/1993 |
| 76. | Everything | W-T PC | 60.000% | PA 438-062 Date: 03/27/1989 |
| 77. | Everything U R | W-T PC | 100.000% | PA 1056053 Date: 08/28/2001 |
| 78. | Everywhere | WB MUSIC | 70.125% | PA 1055448 Date: 08/14/2001 |
| 79. | Expressway To Your Heart | W-T PC | 100.000% | EU 9375 Date: 08/11/1967<br>EP 248371 Date: 10/20/1967<br>RE 690 498 Date: 01/17/1995<br>RE 696 667 Date: 02/21/1995 |
| 80. | Fabulous | 58.340 W-T PC<br>8.340 WB MUSIC | 66.680% | PA 1269883 Date: 11/05/2002 |
| 81. | Family Affair | WB MUSIC | 22.000% | PA 1075337 Date: 08/28/2001 |

5

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| 82. | Farther Along | UNICHAPPELL MUSIC, INC. | 100.000% | EU 252020 Date: 05/19/1971 |
| 83. | Fire & Rain | W-T PC | 50.000% | PA 773 812 Date: 02/26/1996 |
| 84. | First Noel, The | UNICHAPPELL MUSIC, INC. | 100.000% | EU 282180 Date: 10/18/1971 |
| 85. | Fly | WB MUSIC | 50.000% | PA 1262033 Date: 09/28/2004 |
| 86. | Follow Through | W-T PC | 100.000% | PA 1189723 Date: 07/22/2003 |
| 87. | For Always | W-T PC | 18.750% | PA 1090250 Date: 06/25/2002 |
| 88. | For My Broken Heart | WB MUSIC | 100.000% | PA 536 696 Date: 10/01/1991 |
| 89. | For You I Will | WB MUSIC | 12.500% | PA 844 839 Date: 05/01/1997 |
| 90. | Forever Love | 41.680 WB MUSIC 33.330 W-T | 75.000% | PAU2281657 Date: 06/02/1998 |
| 91. | Found Out About You | WB MUSIC | 100.000% | PA 668-618 Date: 08/04/1992 |
| 92. | From Here To Eternity | W-T PC | 50.000% | PA 853-066 Date: 08/08/1997 |
| 93. | Frosty The Snowman | CHAPPELL & CO., INC. | 100.000% | EU 205542 Date: 05/15/1950 EP 47036 Date: 06/02/1950 R 666007 Date: 06/30/1977 R 667494 Date: 07/14/1977 |
| 94. | Full Moon | W-T PC | 100.000% | PA 1084416 Date: 03/05/2002 |
| 95. | Funny Honey | UNICHAPPELL MUSIC, INC. | 100.000% | EU 433182 Date: 09/17/1973 EP 341410 Date: 08/05/1975 RE 839404 Date: 01/02/2001 RE 874 355 Date: 12/31/2002 |
| 96. | Gangsta's Paradise | WB MUSIC | 8.335% | PA1221305 Date: 11/21/1995 |
| 97. | Get Here | WB MUSIC | 100.000% | PAU 681318 Date: 12/10/1984 PA 368-349 Date: 03/14/1988 |
| 98. | Girl I Mean To Be, The | WB MUSIC | 100.000% | PA 561-108 Date: 03/31/1992 |
| 99. | God Gave Me You | 33.340 WB MUSIC | 33.340% | PA 1006293 Date: 08/21/2000 |

6

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| 100. | God Loves You | W-T PC | 40.000% | PA 932-791 Date: 11/03/1998 |
| 101. | Good Ol' Boys (Theme From The Dukes of Hazzard) | W-T PC | 100.000% | PAU 76-007 Date: 01/12/1979 PA 46-830 Date: 01/25/1979 |
| 102. | Good Stuff, The | W-T PC | 50.000% | PA 1088016 Date: 04/23/2002 |
| 103. | Goodbye To You | WB MUSIC | 100.000% | PA 1055447 Date: 08/14/2001 |
| 104. | Greater Is He | 50.000 WORD MUSIC, LLC 50.000 WB MUSIC | 100.000% | PA 1143588 Date: 11/05/2002 |
| 105. | Happy Face | WB MUSIC | 12.500% | PA 1071601 Date: 05/01/2001 |
| 106. | Hard To Say I'm Sorry | W-T PC | 50.000% | PA 142-242 Date: 05/19/1982 |
| 107. | Harden My Heart | WB MUSIC | 100.000% | PA 77629 Date: 05/27/1980 |
| 108. | Harper Valley P.T.A. | UNICHAPPELL MUSIC, INC. | 100.000% | EP 30104 Date: 12/26/1967 RE 713-352 Date: 12/11/1995 |
| 109. | Have You Forgotten | W-T PC | 50.000% | PA 1113981 Date: 04/15/2003 |
| 110. | Heart Of Stone | W-T PC | 25.000% | PA 497-532 Date: 10/31/1990 |
| 111. | Heartland | 12.500 W-T PC 50.000 WB MUSIC | 62.500% | PA 643-056 Date: 09/15/1992 |
| 112. | Heirlooms | WORD MUSIC, LLC | 33.330% | PA 539-351 Date: 10/01/1983 |
| 113. | Hero | W-T PC | 50.000% | PA 1104423 Date: 04/30/2002 |
| 114. | Home | WB MUSIC | 33.330% | PA 1290871 Date: 02/08/2005 |
| 115. | Home On The Range | CHAPPELL & CO. | 100.000% | EU 598856 Date: 10/21/1959 RE 337827 Date: 04/20/1987 |
| 116. | Hope Is Born Again | WB MUSIC | 25.000% | PA 864 216 Date: 10/17/1997 |
| 117. | Hopelessly Devoted To You | UNICHAPPELL -STIGWOOD MUSIC | 100.000% | PAU36-049 Date: 04/28/1978 |
| 118. | Hot Fun In The Summertime | W-T PC | 100.000% | EU 146 667 Date: 10/27/1969 EP 300 215 Date: 10/14/1969 RE 761 423 Date: 07/24/1997 RE 750 436 Date: 04/25/1997 |
| 119. | House Of Love | WB MUSIC | 33.340% | PA 752494 Date: 02/27/1995 |

7

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| 120. | How Could I Ever Know | WB MUSIC | 100.000% | PA 561118 Date: 03/31/1992 |
| 121. | How Excellent Is Thy Name | WORD MUSIC, LLC | 25.000% | PA 248-991 Date: 05/03/1985 |
| 122. | How You Remind Me | W-T PC | 100.000% | PA 1103818 Date: 09/11/2001 |
| 123. | I Could Have Danced All Night | CHAPPELL & CO., INC. | 100.000% | EP 98795 Date: 03/23/1956 RE 198928 Date: 01/03/1984 |
| 124. | I Cross My Heart | W-T PC | 50.000% | PAU215840 Date: 04/21/1989 PA 593 349 Date: 11/20/1992 |
| 125. | I Do Now | W-T PC | 50.000% | PA 952-826 |
| 126. | I Don't Wanna Cry | WB MUSIC | 50.000% | PA 583-899 DATE: 05/31/1990 |
| 127. | I Got You Babe | COTILLION MUSIC INC. | 100.000% | EU 893024 Date: 07/15/1965 EP 207669 Date: 08/24/1965 RE 618037 Date: 01/11/1993 RE 614577 Date: 01/11/1993 |
| 128. | I Have Decided | WORD MUSIC, LLC | 50.000% | PA 131-648 Date: 01/15/1982 PA 275-001 Date: 08/17/1983 |
| 129. | I Have Nothing | W-T PC | 62.500% | PAU1594862 Date: 01/09/1992 PA 629-301 Date: 11/17/1992 |
| 130. | I Honestly Love You | W-T PC | 50.000% | EU 457885 Date: 01/28/1974 EP 333238 Date: 08/01/1974 RE 870650 Date: 11/06/2002 RE 870648 Date: 11/06/2002 |
| 131. | I Knew I Loved You | WB MUSIC | 100.000% | PA 985-715 Date: 09/09/1999 |
| 132. | I Love You | CHAPPELL & CO., INC. | 100.000% | EP 119122 Date: 12/24/1943 R 497126 Date: 12/28/1970 |
| 133. | I Need You To Love Me | WORD MUSIC, LLC | 100.000% | 1299476 Date: 08/27/2005 |
| 134. | I Only Have Eyes For You | WB MUSIC | 100.000% | EP 42238 Date: 05/31/2934 R 276816 Date: 06/01/1961 |
| 135. | I Pledge Allegiance To The Lamb | WORD MUSIC, LLC | 100.000% | PA 707-961 Date: 02/18/1994 |
| 136. | I Shall Believe | W-T PC | 70.000% | PA 669-880 Date: 08/03/1993 |
| 137. | I Stand All | 75 000 W-T PC | 100.000% | |

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| | Alone | 25.000 WB MUSIC | | PA 910-788 Date: 05/05/1998 |
| 138. | I Walk The Line | UNICHAPPELL MUSIC, INC. | 100.000% | EU 435121 Date: 04/26/1956<br>EP 100135 Date: 06/11/1956<br>RE 196375 Date: 02/13/1984<br>RE 196286 Date: 02/13/1984 |
| 139. | I Wanna Be Loved By You | WB MUSIC | 100.000% | E 699183 Date: 08/24/1928<br>R 154991 Date: 08/25/1955 |
| 140. | I Will Be There For You | W-T PC | 66.660% | PAU2347757 Date: 09/02/1998<br>PA 937 633 Date: 11/17/1998 |
| 141. | If It Makes You Happy | W-T PC | 50.000% | PA 815 033 Date: 10/10/1996 |
| 142. | If You Don't Know Me By Now | W-T PC | 100.000% | EP 306868 Date: 11/29/1972<br>RE 820300 Date: 01/05/2000 |
| 143. | I'll Be Your Everything | 15.000 W-T PC 85.000 WB MUSIC | 100.000% | PA 458-877 Date: 01/31/1990 |
| 144. | I'll Remember | WB MUSIC | 50.000% | PA 706-352 Date: 05/24/1994 |
| 145. | I'll Still Be Loving You | W-T PC | 50.000% | PA 318-811 Date: 02/09/1987 |
| 146. | I'm A Man | W-T PC | 50.000% | EFO 119564 Date: 02/21/1967 |
| 147. | I'm Gonna Love You Just A Little More Baby | UNICHAPPELL MUSIC, INC. | 100.000% | EU 387551 Date: 01/08/1973<br>EP 311362 Date: 05/07/1973<br>RE 841799 Date: 01/05/2001<br>RE 840933 Date: 01/05/2001 |
| 148. | I'm In Love With A Capital "U" | W-T PC | 37.500% | PA 717-950 Date: 01/01/1994 |
| 149. | Independent Woman Part 1 | WB MUSIC | 32.000% | PA 1104061 Date: 05/01/2001 |
| 150. | Is It Love | 75.000 WB MUSIC 25.000 W-T PC | 100.000% | PA 257-566 Date: 04/19/1985 |
| 151. | Is There Life Out There | WB MUSIC | 16.250% | PA 602-555 Date: 10/01/1991 |
| 152. | It Matters To Me | WB MUSIC | 25.000% | PAU1966659 Date: 03/04/1995 |
| 153. | It Will Be Me | W-T PC | 50.000% | PA 988 177 Date: 11/09/1999 |

9

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| 154. | It's Been Awhile | WB MUSIC | 100.000% | PA 1060039 Date: 03/21/2001 |
| 155. | It's De-Lovely | CHAPPELL & CO., INC. | 100.000% | EP 57754 Date: 09/30/1936 R 323015 Date: 09/30/1963 |
| 156. | It's Raining Men | WB MUSIC | 50.000% | PA 155-624 Date: 09/17/1982 |
| 157. | It's Your Call | WB MUSIC | 66.670% | PA 609-043 Date: 12/15/1992 |
| 158. | I've Got A Crush On You | WB MUSIC | 100.000% | EP 13658 Date: 02/25/1930 R 187390 Date: 02/26/1957 |
| 159. | I've Got You Under My Skin | CHAPPELL & CO., INC. | 100.000% | EP 57888 Date: 10/02/1936 R 326252 Date: |
| 160. | Jingle Bell Rock | CHAPPELL & CO., INC. | 100.000% | EP 113915 Date: 10/25/1957 RE 234391 Date: 01/07/1985 |
| 161. | Just What I Do | W-T PC | 12.500% | PA 1071646 Date: 03/13/2001 |
| 162. | Karma | W-T PC | 50.000% | PA 1050599 Date: 02/27/2001 |
| 163. | Kiss On My List | UNICHAPPELL MUSIC, INC. | 50.000% | PA 77-327 Date: 07/29/1980 |
| 164. | La Bamba | W-T PC | 100.000% | PA 353-520 Date: 11/25/1987 |
| 165. | Lady Is A Tramp, The | CHAPPELL & CO., INC. | 100.000% | EP 61862 Date: 04/29/1937 R 336839 Date: 04/29/1964 |
| 166. | Lady Willpower | W-T PC | 100.000% | EU 54315 Date: 05/13/1968 EP 379105 Date: 09/21/1977 RE 720 402 Date: 01/03/1996 |
| 167. | Leona | 50.000 W-T PC 50.000 WB MUSIC | 50.000% | PA 224-892 Date: 08/31/1984 |
| 168. | Lesson In Leavin', A | CHAPPELL & CO., INC. | 50.000% | PA 50-727 Date: 11/12/1979 |
| 169. | Let It Snow! Let It Snow! Let It Snow! | 50.000 CHAPPELL & CO., INC. 50.000 WB MUSIC | 50.000% | EP 136755 Date: 11/09/1945 R 542523 Date: 01/08/1973 |
| 170. | Let's Do It (Let's Fall In Love) | WB MUSIC | 100.000% | E 698968 Date: 10/13/1928 R 157960 Date: 10/13/1955 |
| 171. | Let's Misbehave | WB MUSIC | 100.000% | E 665639 Date: 06/21/1927 R 132686 Date: 06/22/1954 |
| 172. | Letting Go | W-T PC | 50.000% | PA 560-975 Date: 09/17/1991 |
| 173. | Light Of The World | WORD MUSIC, LLC | 100.000% | 1347458 Date: 05/19/2006 |
| 174. | Light The Fire Within | W-T PC | 50.000% | PA 1123330 Date: 02/08/2002 |

10

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| 175. | Lighthouse, The | DAYSPRING MUSIC, LLC | 100.000% | EP 295732 Date: 09/08/1971 |
| 176. | Listen To The Music | W-T PC | 100.000% | EU 355082 Date: 09/01/1972 EP 304554 Date: 09/26/1972 RE 820437 Date: 01/05/2000 RE 820293 Date: 01/05/2000 |
| 177. | Live For You | DAYSPRING MUSIC, LLC | 12.500% | PA 1011976 Date: 07/19/2000 |
| 178. | Love By Grace | WB MUSIC | 50.000% | PA 813 176 Date: 07/23/1996 |
| 179. | Love Is | 50.000 WB MUSIC 12.500 W-T PC | 50.000% | PA 602-543 Date: 10/20/1992 |
| 180. | Love Power | WB MUSIC | 50.000% | PAU 960785 Date: 05/04/1987 |
| 181. | Lucky Star | WB MUSIC | 100.000% | PAU 509382 Date: 05/23/1983 PA 183 020 Date: 06/01/1983 |
| 182. | Macarena | W-T PC | 100.000% | PA 820-996 Date: 08/01/1995 |
| 183. | Make Someone Happy | CHAPPELL & CO., INC. | 100.000% | EU 636572 Date: 08/19/1960 PE 146192 Date: 11/10/1960 |
| 184. | Mary Did You Know | WORD MUSIC, LLC | 50.000% | PA 600-716 Date: 09/09/1991 |
| 185. | Meanwhile Back At The Ranch | W-T PC | 50.000% | PA 1013559 Date: 06/07/2000 |
| 186. | Midnight In Montgomery | WB MUSIC | 50.000% | PA 533-558 Date: 06/21/1991 |
| 187. | Miss You | W-T PC | 50.000% | PA 1114010 Date: 12/10/2002 |
| 188. | Music Box | WB MUSIC | 50.000% | PA 669-969 Date: 08/27/1993 |
| 189. | My Sweet Lady | WB MUSIC | 33.340% | EU 210593 Date: 10/07/1970 |
| 190. | Night & Day | WB MUSIC | 100.000% | EP 33357 Date: 11/18/1932 R 246169 Date: 11/18/1959 |
| 191. | No Matter What | WB MUSIC | 100.000% | EU 212237 Date: 10/08/1970 EP 283210 Date: 10/15/1970 RE 812326 Date: 12/20/1999 |
| 192. | Now That I Found You | WB MUSIC | 33.340% | PA 905-904 Date: 04/21/1998 |
| 193. | Oh Girl | | 100.000% | EU 251656 Date: |

11

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| | | UNICHAPPELL MUSIC, INC. | | 05/14/1971 PA 232879 Date: 07/14/1982 RE 803425 Date: 01/21/1999 |
| 194. | Oklahoma | 50.000 WB MUSIC 50.000 W-T PC | 100.000% | PA 1033040 Date: 06/20/2000 |
| 195. | On My Father's Wings | W-T PC | 100.000% | PA 910-789 Date: 05/05/1998 |
| 196. | On My Knees | WORD MUSIC, LLC | 60.000% | PA 926-920 Date: 05/07/1996 |
| 197. | Once In A Lifetime | WB MUSIC | 33.330% | PA 747 846 Date: 02/27/1995 |
| 198. | One Moment In Time | WB MUSIC | 50.000% | PAU966569 Date: 06/22/1987 PA 387-276 Date: 11/07/1988 |
| 199. | One More Chance | WB MUSIC | 50.000% | PA 774 356 Date: 01/05/1996 |
| 200. | One On One | UNICHAPPELL MUSIC, INC. | 100.000% | PA 155539 Date: 10/04/1982 |
| 201. | One Voice | W-T PC | 50.000% | PAU2509394 Date: 06/12/2000 PA 1033038 Date: 06/20/2000 |
| 202. | One Way Ticket (Because I Can) | 50.000 W-T PC 50.000 WB MUSIC | 100.000% | PA 801 238 Date: 10/9/1996 |
| 203. | Only Grace | WORD MUSIC, LLC | 50.000% | 1350639 Date: 06/21/2005 |
| 204. | Our Love | CHAPPELL & CO., INC. | 100.000% | EU 853091 Date: 12/9/1977 PA 1-456 Date: 02/27/1978 RE 909-556 Date: 01/03/2005 |
| 205. | Over You | W-T PC | 100.000% | EU 62678 Date: 07/11/1968 EP 249315 Date: 08/28/1968 RE 720 374 Date: 01/03/1996 RE 720 151 Date: 01/03/1996 |
| 206. | P.S. I Love You | WB MUSIC | 50.000% | EP 44027 Date: 09/24/1934 R 300575 Date: 07/24/1962 |
| 207. | People | CHAPPELL & CO , INC. | 100.000% | EU 801013 Date: 11/22/1963 EP 183238 Date: 01/15/1964 RE 535617 Date: 07/02/1991 |

12

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| | | | | RE 589722 Date: 02/05/1992 |
| 208. | People Get Ready | W-T PC | 100.000% | EU 853989 Date: 11/18/1964<br>PA 40-028 Date: 03/15/1977<br>RE 576-776 Date: 02/05/1992 |
| 209. | People Like Us | WB MUSIC | 12.500% | PA 1017396 Dater: 07/25/2000 |
| 210. | Photograph | W-T PC | 100.000% | PA 1298634 Date: 10/04/2005 |
| 211. | Piece Of My Heart | UNICHAPPELL MUSIC, INC. | 50.000% | EU 19125 Date: 10/12/1967<br>RE 695041 Date: 07/17/1995 |
| 212. | Pieces Of Me | WB MUSIC | 33.330% | PA 1253756 Date: 06/29/2004 |
| 213. | Pinch Me | WB MUSIC | 100.000% | PA 1082091 Date: 09/12/2000 |
| 214. | Pour Me | 43.750 W-T PC 25.000 WB MUSIC | 68.750% | PA 1060223 Date: 12/05/2000 |
| 215. | Power Of The Dream, The | W-T PC | 33.340% | PA 830 101 Date: 02/03/1997 |
| 216. | Praise You In This Storm | WORD MUSIC, LLC | 33.340% | 1301680 Date: 08/30/2005 |
| 217. | Prayer, The | W-T PC | 100.000% | PA 910-789 Date: 05/05/1998 |
| 218. | Private Emotion | WB MUSIC | 100.000% | PA 962 151 Date: 05/11/1999 |
| 219. | Rain | WB MUSIC | 50.000% | PA 608 539 Date: 10/20/1992 |
| 220. | Raindrops Keep Falling On My Head | WB MUSIC | 62.500% | EU 149932 Date: 09/18/1969<br>EP 280285 Date: 12/23/1969<br>RE 751876 Date: 01/31/1997<br>RE 763944 Date: 01/31/1997 |
| 221. | Redeemer | WORDSPRING MUSIC, LLC | 100.000% | PA 1001767 Date: 04/05/2000 |
| 222. | Redneck Woman | WB MUSIC | 50.000% | PA 1224618 Date: 05/11/2004 |
| 223. | Remember Me This Way | W-T PC | 37.500% | PA 705 185 Date: 08/15/1995 |
| 224. | Rhythm Of The Rain | W-T PC | 100.000% | EU 746121 Date: 11/23/1962<br>EP 171590 Date: 01/29/1963<br>R 485-353 Date: 07/20/1990<br>RE523-952 Date: 01/28/1991 |

13

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| 225. | Rose, The | W-T PC | 100.000% | EU 792236 Date: 06/08/1977<br>PA 48-029 Date: 10/02/1979<br>RE 909302 Date: 01/03/2005 |
| 226. | Roxie | UNICHAPPELL MUSIC INC. | 100.000% | EU 529020 Date: 10/21/1974<br>EP 338975 Date: 06/05/1975<br>RE 858075 Date: 01/03/2002<br>RE 874351 Date: 12/31/2002 |
| 227. | Run To Me | WB MUSIC | 33.330% | PA 1198435 Date: 10/14/2003 |
| 228. | Sara Smile | UNICHAPPELL MUSIC, INC. | 100.000% | EU 603889 Date: 08/04/1975<br>EP 346103 Date: 12/05/1975<br>RE 875 338 Date: 12/31/2002 |
| 229. | Satin Doll | WB MUSIC | 33.334% | EU 549089 Date: 11/04/1958<br>EP 144736 Date: 04/13/1960<br>RE 300012 Date: 01/31/1986<br>RE 373689 Date: 01/11/1988 |
| 230. | Savin' Me | W-T PC | 100.000% | PA 1298634 Date: 10/04/2005 |
| 231. | Say Once More | WORD MUSIC, LLC | 75.000% | PA 539-347 Date: 06/30/1988 |
| 232. | Send In The Clowns | WB MUSIC | 100.000% | EU 394972 Date: 03/28/1973<br>RE 842-739 Date: 01/05/2001 |
| 233. | Shake It Off | WB MUSIC | 25.000% | PA 1289346 Date: 04/12/2005 |
| 234. | She Couldn't Change Me | WB MUSIC | 50.000% | PA 1095336 Date: 06/21/2001 |
| 235. | She Hates Me | WB MUSIC | 50.000% | PA 1075312 Date: 08/28/2001 |
| 236. | She's A Beauty | W-T PC | 33.320% | PA 172 104 Date: 03/11/1983 |
| 237. | She's Gone | UNICHAPPELL MUSIC, INC. | 100.000% | EU 436141 Date: 09/27/1973<br>EP 322307 Date: 03/15/1974<br>RE 841628 Date: 01/05/2001 |
| 238. | She's In Love With The Boy | W-T PC | 100.000% | PA 533 137 Date: 08/13/1991 |
| 239. | Ships That | W-T PC | 50.000% | PA 558 044 Date: |

14

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| | Don't Come In | | | 03/02/1992 |
| 240. | Since I Fell For You | WB MUSIC | 100.000% | EP 22181 Date: 01/19/1948<br>R 602379 Date: 04/04/1975 |
| 241. | Singin' In The Rain | WB MUSIC | 100.000% | PAU1000559 Date:<br>07/20/1987 |
| 242. | Sixteen Candles | 50 000 W-T PC<br>50.000 UNICHAPPELL MUSIC, INC. | 100.000% | EU 547541 Date: 10/27/1958<br>EP 126256 Date: 12/29/1958<br>RE 275-235 Date: 01/30/1986<br>RE 275-205 Date: 01/30/1986 |
| 243. | Sk8er Boi | 50.000 W-T PC<br>25.000 WB MUSIC | 75.000% | PA 1094639 Date: 07/08/2002 |
| 244. | So Much Like My Dad | RIGHTSONG MUSIC, INC. | 50.000% | PA 225 775 Date: 07/01/1984 |
| 245. | Soak Up The Sun | W-T PC | 50.000% | PA 1087054 Date: 04/16/2002 |
| 246. | Somebody Like You | WB MUSIC | 50.000% | PA 1146316 Date: 06/18/2002 |
| 247. | Somebody Loves Me | WB MUSIC | 87.500% | E 589785 Date: 07/07/1924<br>E 120797 Date: 07/07/1924<br>R 80740 Date: 07/09/1951<br>R 82334 Date: 07/09/1951 |
| 248. | Somebody Touched Me | UNICHAPPELL MUSIC INC. | 100.000% | EU 378778 Date: 10/13/1954 |
| 249. | Somebody's Out There Watching | W-T PC | 41.680% | PA 932-790 Date: 932-790 |
| 250. | Someone To Call My Lover | WB MUSIC | 37.500% | PA 846 545 Date: 04/24/2001 |
| 251. | Someone To Watch Over Me | WB MUSIC | 100.000% | E 651512 Dater: 11/03/1926<br>R 120150 Date: 11/03/1953 |
| 252. | Something Like That | W-T PC | 31.250% | PA 974 426 Date: 05/04/1999 |
| 253. | Sometimes Love Just Ain't Enough | WB MUSIC | 37.500% | PA 587 996 Date: 10/23/1992 |
| 254. | Soul Man | WALDEN MUSIC, INC. | 25.000% | EU 16237 Date: 09/25/1967<br>EP 246261 Date: 06/03/1968<br>RE 688-918 Date: 09/25/1967 |
| 255. | Speak Low | WB MUSIC | 50.000% | EP 116783 Date: 09/17/1943<br>R 509754 Date: 07/15/1971 |
| 256. | Spoken For | WORDSPRIN | 10.000% | |

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| 276. | That's What Friends Are For | 50.000 WB MUSIC 50.000 W-T PC | 100.000% | PA 279 452 Date: 10/28/1985 |
| 277. | They Can't Take That Away From Me | WB MUSIC | 100.000% | EU 139056 Date: 11/14/1936 EP 187189 Date: 05/01/1964 R 327846 Date: 11/19/1963 RE 606530 Date: 12/28/1992 |
| 278. | Things Change | W-T PC | 25.000% | PA 1046450 Date: 04/15/2001 |
| 279. | This Good Day | WORD MUSIC, LLC | 50.000% | 1-282-567 Date: 02/16/2000 |
| 280. | This Guy's In Love With You | WB MUSIC | 50.000% | EU 461 Date: 06/15/1967 EP 247456 Date: 04/15/1968 RE 696130 Date: 02/06/1995 RE 740601 Date: 03/15/1996 |
| 281. | This Is The Night | WB MUSIC | 33.340% | PA 1198436 Date: 10/14/2003 |
| 282. | This Kiss | W-T PC | 8.330% | PA 740-882 Date: 02/10/1998 |
| 283. | This Used To Be My Playground | WB MUSIC | 50.000% | PA 590 259 Date: 11/09/1992 |
| 284. | Thy Word | WORD MUSIC, LLC | 50.000% | PA 209 869 Date: 01/31/1984 |
| 285. | Time After Time | WB MUSIC | 50.000% | PA 238 686 Date: 10/12/1983 |
| 286. | To Where You Are | W-T PC | 50.000% | PA 1115855 Date: 10/21/2002 PA 1103868 Date: 08/19/2002 |
| 287. | Too Marvelous For Words | WB MUSIC | 100.000% | EP 60065 Date: 01/25/1937 R 330861 Date: 01/27/1964 |
| 288. | True Love | CHAPPELL & CO., INC. | 100.000% | EP 100044 Date: 05/22/1956 |
| 289. | Trust In Me | WB MUSIC | 66.660% | EP 41933 Date: 05/14/1934 RE 275915 Date: 05/15/1961 |
| 290. | Try Again | WB MUSIC | 50.000% | PA 1015022 Date: 03/28/2000 |
| 291. | Tu | W-T PC | 50.000% | PA 938 661 Date: 08/29/1998 |
| 292. | Turn The Beat Around | UNICHAPPELL MUSIC INC. | 100.000% | EU 586537 Date: 06/06/1975 RE 875450 Date: 12/31/2002 |
| 293. | U Got It Bad | WB MUSIC | 25.000% | PA 1248726 Date: |

17

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| | | | | 08/07/2001 |
| 294. | Un Lugar Celesial | WORD MUSIC, LLC | 10.000% | PA 801 862 Date: 05/13/1996 |
| 295. | Unbreakable Heart | WB MUSIC | 100.000% | PAU1673213 Date: 08/27/1992 PA 668-749 Date: 06/22/1993 |
| 296. | Unbroken | WB MUSIC | 50.000% | PA 1046452 Date: 04/15/2001 |
| 297. | Undeniably You | DAYSPRING MUSIC, LLC. | 25.000% | PA 1087194 Date: 05/22/2001 |
| 298. | Unpretty | W-T PC | 26.250% | PA 1040243 Date: 08/24/1999 |
| 299. | Vogue | WB MUSIC | 100.000% | PA 471140 Date: 03/30/1990 |
| 300. | Voices That Care | W-T PC | 33.340% | PA 537 163 Date: 03/07/1991 |
| 301. | Walk On By | WB MUSIC | 50.000% | EU 817 199 Date: 03/23/1964 EP 188 279 Date: 04/30/1964 RE 574 448 Date: 01/06/1992 RE 574 436 Date: 01/06/1992 |
| 302. | Walkaway Joe | 37.500 W-T PC 50.000 WB MUSIC | 37.500% | PA 597-309 Date: 09/01/1992 |
| 303. | Walkin' On The Sun | W-T PC | 100.000% | PA 871 197 Date: 12/11/1997 |
| 304. | Way You Love Me, The | WB MUSIC | 18.750% | PA 977 102 Date: 11/09/1999 |
| 305. | Way, The | 17.500 W-T PC | 17.500% | PA 1198433 Date: 10/14/2003 |
| 306. | We Are Family | W-T PC | 50.000% | PA 1062014 Date: 12/26/2001 |
| 307. | We Belong Together | W-T PC | 98.500% | PA 1289348 Date: 04/12/2005 |
| 308. | We Can Make A Difference | WORD MUSIC, LLC | 30.000% | PA 854 605 Date: 05/07/1996 |
| 309. | What About Now | WB MUSIC | 33.340% | PA 985 473 Date: 06/01/1999 |
| 310. | What If I Said | W-T PC | 100.000% | PAU1885326 Date: 07/15/1994 PA 848 490 Date: 05/27/1997 |
| 311. | When I Think About Angels | 33.340 WB MUSIC 33.340 W-T PC | 33.340% | PA 1013754 Date: 10/03/2000 |

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| | | G MUSIC, LLC | | PA 1150023 Date: 09/17/2002 |
| 257. | Stay For Awhile | WORD MUSIC, LLC | 20.000% | PA 296 222 Date: 07/22/1986 |
| 258. | Stay The Same | WB MUSIC | 85.000% | PA 952-799 Date: 06/21/1999 |
| 259. | Step That Step | WB MUSIC | 100.000% | PAU 570 495 Date: 12/20/1983 PA 262-023 Date: 01/18/1985 |
| 260. | Still On Your Side | W-T PC | 28.340% | PA 1032244 Date: 05/16/2000 |
| 261. | Strange Way | W-T PC | 75.000% | PA 20 678 Date: 10/12/1978 |
| 262. | Strong Enough | W-T PC | 33.330% | PA 669 879 Date: 08/03/1993 |
| 263. | Stuck | WB MUSIC | 50.000% | PA 1136611 Date: 03/25/2003 |
| 264. | Summer Me, Winter Me | WB MUSIC | 100.000% | EU 123596 Dater: 06/26/1969 RE 763 428 Date: 06/05/1997 |
| 265. | Sunny Afternoon | UNICHAPPELL MUSIC INC. | 75.000% | EFO 116035 Date: 06/16/1966 RE 649234 Date: 01/24/1994 |
| 266. | Sunny Came Home | WB MUSIC | 50.000% | PA 839 381 Date: 10/01/1996 |
| 267. | Sunshine Of Your Love | 66.66 CHAPPELL & CO, 33.34 UNICHAPPELL | 100.000% | EP 334754 Date: 09/25/1973 RE 851018 Date: 12/19/2001 |
| 268. | Take A Bow | WB MUSIC | 50.000% | PA 818 494 Date: 09/05/1996 |
| 269. | Take My Breath Away | WB MUSIC | 75.000% | PA 292409 Date: 05/07/1986 |
| 270. | Take My Hand, Precious Lord | W-T PC | 100.000% | EU 180605 Date: 11/02/1938 EP 44710 Date: 12/12/1938 R 372714 Date: 11/02/1965 R 376798 Date: 12/16/1965 |
| 271. | Talk About It | WORDSPRING MUSIC, LLC | 90.000% | PA 1059946 Date: 08/14/2001 |
| 272. | Tell Him | W-T PC | 33.340% | PA 877 894 Date: 12/11/1997 |
| 273. | Tell It To My Heart | CHAPPELL & CO | 50.000% | PA 360239 Date: 02/26/1988 |
| 274. | Tennessee Christmas | WORD MUSIC, LLC | 50.000% | PA 902 713 Date: 08/21/1998 |
| 275. | That's The Way | WB MUSIC | 50.000% | PA 974 427 Date: 08/15/2000 |

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| 312. | When Irish Eyes Are Smiling | WB MUSIC | 25.000% | E 292131 Date: 08/12/1912 R 78644 Date: 08/12/1939 |
| 313. | When It's Over | W-T PC | 90.000% | PA 1066558 Date: 06/12/2001 |
| 314. | When You Lie Next To Me | WB MUSIC | 100.000% | PA 1088012 Date: 05/07/2002 |
| 315. | When You're Good To Mama | UNICHAPPELL MUSIC, INC. | 100.000% | EP 341411 Date. 08/05/1975 RE 906680 Date: 12/31/2002 |
| 316. | Where I Come From | WB MUSIC | 100.000% | PA 1013750 Date: 11/07/2000 |
| 317. | Where My Girls At | WB MUSIC | 50.000% | PA 988 277 Date: 04/27/1999 |
| 318. | Where Would You Be | W-T PC | 31.250% | PA 1189779 Date: 09/15/2001 |
| 319. | Why Don't You & I | W-T PC | 100.000% | PA 1149568 Date: 10/22/2002 |
| 320. | Why Not | WB MUSIC | 50.000% | PA 1192376 Date: 08/26/2003 |
| 321. | Why They Call It Falling | WB MUSIC | 50.000% | PA 1032265 Date: 05/23/2000 |
| 322. | Wick | WB MUSIC | 100.000% | PA 561-112 Date: 03/31/1992 |
| 323. | Wild One | 33.340 WB MUSIC 8.330 W-T PC | 33.340% | PA 743685 Date: 03/11/1994 |
| 324. | Wildfire | W-T PC | 100.000% | EP 341139 Date: 06/24/1975 RE 874 354 Date: 12/31/2002 |
| 325. | Wind Beneath My Wings | 50.000 WB MUSIC 50.000 W-T PC | 50.000% | PAU506091 Date: 05/17/1991 PA 154 386 Date: 05/01/1982 |
| 326. | Wishing On A Star | W-T PC | 100.000% | EU 820269 Date: 08/29/1977 PA 7-546 Date: 01/25/1978 RE 909-503 Date: 01/03/2005 |
| 327. | Without You | WB MUSIC | 100.000% | EU 2122227 Date: 10/08/1970 RE 812332 Date: 12/20/1999 |
| 328. | Word Of God Speak | WORDSPRING MUSIC, LLC | 50.000% | PA 1150025 Date: 09/17/2002 |
| 329. | Wrapped Up In You | W-T PC | 100.000% | PA 1041737 Date: 05/16/2000 |
| 330. | Wrong Side Of Memphis | W-T PC | 79.160% | PA 587 998 Date: 10/23/1992 |

19

| | Title | Publisher | % | Registration # |
|---|---|---|---|---|
| 331. | www.memory | WB MUSIC | 100.000% | PA 1013750 Date: 11/07/2000 |
| 332. | Year Of The Cat, The | UNICHAPPELL MUSIC, INC. | 50.000% | EU 726276 Date: 10/22/1976<br>EP 374545 Date: 10/03/1977<br>RE 895605 Date: 01/06/2004<br>RE 909438 Date: 12/31/2004 |
| 333. | Yellow Bird | WB MUSIC | 50.000% | EU 478222 Date: 05/20/1957<br>EP 11526 Date: 08/21/1957<br>RE 251-117 Date: 06/12/1985<br>RE 251-105 Date: 06/12/1985 |
| 334. | Yes | W-T PC | 33.340% | PAU2480381 Date: 03/06/2000<br>PA 1068217 Date: 05/02/2000 |
| 335. | You Do Something To Me | WB MUSIC | 100.000% | EP 11138 Date: 11/27/1929<br>R 181860 Date: 11/27/1956 |
| 336. | You Mean The World To Me | W-T PC | 66.670% | PA 683 564 Date: 07/13/1993 |
| 337. | You Must Have Been A Beautiful Baby | WB MUSIC | 100.000% | EP 72202 Date: 10/10/1938<br>R 369936 Date: 10/13/1965 |
| 338. | You Needed Me | CHAPPELL & CO., INC. | 100.000% | EU 630670 Date: 11/17/1975<br>PA 104869 Date: 01/16/1978<br>RE 875 260 Date: 12/31/2002 |
| 339. | You Will Never Walk Alone | WORD MUSIC, LLC | 100.000% | PA 1046104 Date: 04/17/2001 |
| 340. | You'll See | WB MUSIC | 50.000% | PA 774 356 Date: 01/05/1996 |
| 341. | Your Love Is Driving Me Crazy | WB MUSIC | 100.000% | PA 160-327 Date: 12/17/1982 |
| 342. | You're Still You | W-T PC | 45.000% | PA 1115854 Date: 10/21/2002<br>PA 1103867 Date: 08/19/2002 |
| 343. | You're The First, The Last, My Everything | 40.000 CHAPPELL & CO., INC. 60.000 | 40.000% | EU 519194 Date: 09/12/1974<br>EP 334596 Date: 02/06/1975 |

| | | Title | Publisher | % | Registration # |
|---|---|---|---|---|---|
| | | | UNICHAPPELL MUSIC, INC. | | RE   857993   Date: 01/03/2002 RE 897354  Date: 12/31/2002 |
| 344. | | You're The Top | WB MUSIC | 100.000% | EP 44879 Date: 11/23/1934 R 285602 Date: 11/21/1961 |
| 345. | | You're The Top (Version 2) | WB MUSIC | 100.000% | EP 44879 Date: 11/23/1934 R 285602 Date: 11/21/1961 |