# EXHIBIT "B"

To

## DECLARATION OF PAUL HARRISON STACEY

Cease and Desist Correspondence dated January 26, 2007

*MEDIOSTREAM, INC.,*
vs.
*PRIDDIS MUSIC, INC., et al.*

Case No. C 07 2127

Judge Phyllis J. Hamilton

LAW OFFICES OF

# PAUL HARRISON STACEY, P.C.

P.O. BOX 4157
7225 N. SPRING GULCH RD.
JACKSON, WYOMING 83001

ILLINOIS OFFICE
202 W. WILLOW AVE.-SUITE 103
WHEATON, ILLINOIS 60187-5239
OFFICE: (630) 462-1949
FAX: (630) 462-9293
EVENINGS: (630) 462-0840

OFFICE: (307) 733-7333
FAX: (307) 733-7360

January 26, 2007
Via Facsimile and Regular Mail

Cheng C. Kao, Registered Agent
Mediostream, Inc.
4962 El Camino Real, Suite 201
Los Altos, CA 94022-1455

Dale Miller
c/o ProSing
6365 53rd Street • Suite B
Pinellas Park, FL 33781

Keith A. Shandalow,
Caplan and Earnest LLC,
1800 Broadway, Suite 200
Boulder, Colorado 80302

Richard L. Priddis
Priddis Music, Inc.
790 N 200 E
Lindon, UT 84042

RE:   Warner Chappell Music, Inc., *et al.* v. Mediostream, Inc., Priddis Music, Inc., ProSound Karaoke, D.J. Miller Music Distributors, Inc., Richard L. Priddis, Individually, and Dale S. Miller, Individually

Gentlemen:

This letter is written to inform you that I have been retained by Warner/Chappell Music, Inc., Warner/Tamerlane Publishing Corp., and WB Music Corp., ("Warner"), to represent them relative to their claims for copyright infringement and related matters against the above-listed entities. My initial information indicates the infringement of (at least) the songs identified on the attached two schedules, though the total number of songs ultimately being infringed by the Priddis defendants is certainly much larger and continues to be compiled.

Cease and Desist 1-26-07

-Page 2-
1/26/2007
Cease and Desist

    The infringing activities include, but are not necessarily limited to, the unlawful replication of these compositions and their printed lyrics, in various Karaoke musical products including, but not necessarily limited to, CDG, CD+G, DVD and internet downloaded recordings. Most of the compositions were infringed with no license at all; others have been infringed by exceeding the scope of licenses issued to ProSound in the United Kingdom.

    Based upon the foregoing matters which have come to our attention, please consider this a formal demand that you cease and desist any and all infringing activities and fully account forthwith for any and all uses made of any of the copyrights which are now the subject of my clients' claims for infringement. Kindly confirm in writing, by 5:00 p.m. Mountain Time on Wednesday, January 31, 2007, that each of you will immediately cease and desist your infringing activities and will, in fact, render a full accounting within 14 days from the date of this letter.

    If I do not hear from you with such a confirmation by the close of business on Wednesday, your silence shall be construed as a refusal; as well, your actions will be deemed *willful* copyright infringement subject to the maximum statutory penalty of $150,000.00 per copyright, plus any and all legal expenses incurred by my clients including, but by no means limited to, all attorney's fees and costs. Additionally, I shall take all steps necessary and appropriate to protect their interests by placing this matter in suit and seeking immediate injunctive relief.

    I must also point out to you that if you possess Commercial General Liability Insurance for these claims, including coverage for advertising injury, you should immediately contact your carrier. Also, please provide my offices with the name of your insurance company and any adjuster/supervisor assigned to the file. In this manner, it is possible these claims may be resolved amicably and I need not necessarily disturb you directly in the future. If you have any questions whatsoever about any of the matters contained herein, please feel free to contact my office at your earliest convenience.

                                        Very truly yours,

                                        Paul Harrison Stacey

PHS:lb

cc:  Ed Pierson
      Kelly Isenberg

2

-Page 3-
1/26/2007
Cease and Desist

# K SUPERSTAR SONG LIST
# (MEDIOSTREAM, INC.)

| | Song Title | Percentage |
|---|---|---|
| 1. | (They Long To Be) Close To You | 50% |
| 2. | All My Life (Style of Kenny Rogers) Robbins/Elbair/Stephenson) | 100% |
| 3. | All My Life (Style of K-Ci & JoJo) Bennett/Hailey | 40% |
| 4. | All Star | 100% |
| 5. | And All That Jazz | 100% |
| 6. | All The Man That I Need | 100% |
| 7. | All You Wanted | 100% |
| 8. | Am I The Same Girl | |
| 9. | And Still | 100% |
| 10. | Angel of Mine | 50% |
| 11. | Angels In Waiting | 33.34% |
| 12. | Another Sad Love Song | 25% |
| 13. | Another Time Another Place | 100% |
| 14. | Anytime You Need a Friend | 50% |
| 15. | As Time Goes By | |
| 16. | Beat It | 100% |
| 17. | Begin The Beguine | 100% |
| 18. | Believe | 65% |
| 19. | Best I Ever Had (Grey Sky Morning) | 100% |
| 20. | Betcha By Golly Wow | 100% |
| 21. | Billie Jean | 100% |
| 22. | Blueberry Hill | |
| 23. | Blurry | 75% |
| 24. | Breakaway | 45% |
| 25. | Bring On The Rain | 50% |
| 26. | Broken Hearted Me | 100% |
| 27. | Call On Jesus | 100% |

-Page 4-
1/26/2007
Cease and Desist

| | | |
|---|---|---|
| 28. | Can't Get Enough Of Your Love | 100% |
| 29. | Careless Whisper | 100% |
| 30. | Carrying Your Love With Me | 100% |
| 31. | Caught Up In The Rapture | 100% |
| 32. | Celebration | 100% |
| 33. | Chain Of Fools | 100% |
| 34. | Chariot | 100% |
| 35. | Chattahoochee (CDG Only)* | 50% |
| 36. | Cherish* | 50% |
| 37. | Christmas Shoes | 50% |
| 38. | Christmas Waltz | 100% |
| 39. | Come Clean | 50% |
| 40. | Come Rain Or Come Shine | 50% |
| 41. | Come Unto Me | 100% |
| 42. | Complicated | 75% |
| 43. | Crazy | 35% |
| 44. | Cry Me A River | 100% |
| 45. | Cuddle Up A Little Closer | 100% Ex.T<br>50% US/Brts |
| 46. | Cup Of Life | 46% |
| 47. | Didn't I (Blow Your Mind This Time) | |
| 48. | Don't Rock The Jukebox (CDG Only)* | 33.34% |
| 49. | Don't Take The Girl | 12.5% |
| 50. | Don't Tell Me* | 66.66% |
| 51. | Dreams* | 100% |
| 52. | Ease On Down The Road | 100% |
| 53. | El Shaddai | 100% |
| 54. | Emotions | 50% |
| 55. | End Of The Road | 27.5% |
| 56. | Endless Love | 100% |
| 57. | Evergreen | 100% |
| 58. | Every Little Kiss | 100% |
| 59. | Everyday Is A Winding Road* | |
| 60. | Everything's Coming Up Roses | 100% |
| 61. | Everywhere | 85% |
| 62. | Faith | 100% |
| 63. | Family Affair | 22% |
| 64. | Fast As You | 100% |
| 65. | Fast Cars and Freedom | 33.34% |
| 66. | Follow Through | 100% |
| 67. | For My Broken Heart | 100% |

-Page 5-
1/26/2007
Cease and Desist

| | | |
|---|---|---:|
| 68. | Forever Love | 75.01% |
| 69. | Forever Young | 16.67% |
| 70. | Frosty The Snowman | 100% |
| 71. | Full Moon | 100% |
| 72. | Funny Honey | 100% |
| 73. | Get Here* | 100% |
| 74. | Getting' Jiggy Wit It | 25% |
| 75. | Good Ol' Boys | 100% |
| 76. | Goodbye To You | 100% |
| 77. | Graduation (Friends Forever) | 50% |
| 78. | Grease* | 100% |
| 79. | Great Balls of Fire | 100% |
| 80. | Greater Is He | 100% |
| 81. | Grown-Up Christmas List | 50% |
| 82. | Happy Birthday | 100% |
| 83. | Harden My Heart | 100% |
| 84. | Harper Valley P.T.A. | 100% |
| 85. | Have You Forgotten | 100% |
| 86. | Heal The World | 100% |
| 87. | Heartland | 62.5% |
| 88. | Heirlooms | 33.33% |
| 89. | Here For The Party | 33.34% |
| 90. | Here I Go Again | 50% |
| 91. | Hero (Style of Mariah Carey) | 50% |
| 92. | Hero (Style of Chad Kroeger, Josey Scott) | 100% |
| 93. | Hold On I'm Coming | 25% |
| 94. | Home | 33.33% |
| 95. | Hopelessly Devoted To You | 100% |
| 96. | House Of Love | 33.34% |
| 97. | How Can I Help You Say Goodbye | 50% |
| 98. | How Forever Feels | 100% |
| 99. | How Will I Know | 17.5% |
| 100. | How You Remind Me | 100% |
| 101. | I Could've Danced All Night | 100% |
| 102. | I Cross My Heart | 50% |
| 103. | I Do Now | 50% |
| 104. | I Don't Want To Be | 100% |
| 105. | I Don't Wanna Cry | 50% |
| 106. | I Got You Babe | 100% |
| 107. | I Have Decided | 50% |
| 108. | I Honestly Love You | 50% |

-Page 6-
1/26/2007
Cease and Desist

| | | |
|---|---|---|
| 109. | I Just Can't Stop Loving You | 100% |
| 110. | I Knew I Loved You* | 100% |
| 111. | I Love You | 25% |
| 112. | I Never Loved A Man (The Way I Loved You) | 100% |
| 113. | I Only Have Eyes For You | 100% |
| 114. | I Shall Believe | 70% |
| 115. | I Will Be There For You | 66.66% |
| 116. | I'll Still Be Loving You | 50% |
| 117. | I'm Gonna Be (500 miles) | |
| 118. | I'm Gonna Love You Just A Little More, Babe | 100% |
| 119. | I'm Not A Girl, Not Yet A Woman | 30% |
| 120. | I've Got A Crush On You | 100% |
| 121. | I've Got Love On My Mind | 100% |
| 122. | I've Got You Under My Skin | 100% |
| 123. | If Ever I Would Leave You | 100% |
| 124. | If It Makes You Happy | |
| 125. | If My Friends Could See Me Now | |
| 126. | If You Don't Know Me By Now | 100% |
| 127. | Invisible | 66.67% |
| 128. | Islands In The Stream* | 33.33% |
| 129. | It Had To Be You | 100% |
| 130. | It Matters To Me | 25% |
| 131. | It's Been Awhile | 100% |
| 132. | It's De-Lovely | 100% |
| 133. | It's Raining Men | 50% |
| 134. | Jacob's Ladder | 37.5% |
| 135. | Jingle Bell Rock | 100% |
| 136. | Just What I Do | 12.5% |
| 137. | Kiss Me | 100% |
| 138. | La Bamba | |
| 139. | La Copa De La Vida | |
| 140. | La Isla Bonita* | |
| 141. | La Negra Tiene Tumbao | 100% |
| 142. | Lesson In Leavin' | 50% |
| 143. | Let It Snow! Let It Snow! Let It Snow! | 100% |
| 144. | Listen to the Music | 100% |
| 145. | Little Girl | 50% |
| 146. | Live For You | 50% |
| 147. | Live Like You Were Dying | 50% |
| 148. | Looking Through Your Eyes | 100% |
| 149. | Love By Grace | 50% |

-Page 7-
1/26/2007
Cease and Desist

| # | Title | % |
|---|---|---|
| 150. | Love In The First Degee | 100% |
| 151. | Love Power | 50% |
| 152. | Love's Got a Hold On You | 50% |
| 153. | Love, Me | 50% |
| 154. | Lucky 4 You (Tonight I'm Just Me) | |
| 155. | Macarena | |
| 156. | Mack The Knife | 100% |
| 157. | Main In The Mirror | 100% |
| 158. | Midnight in Montgomery (CDG Only)* | 50% |
| 159. | Missing You | 30% |
| 160. | Mother's Pride | 100% |
| 161. | Music* | |
| 162. | My Funny Valentine | 100% (Ex. T) 50% US/Can |
| 163. | Next Time I Fall | 50% |
| 164. | Nowadays | 100% |
| 165. | Nuttin' For Christmas | 100% |
| 166. | Oh Girl | 100% |
| 167. | On The Street Where You Live | 100% |
| 168. | One Moment In Time | 50% |
| 169. | One-Way Ticket (Because I Can) | 100% |
| 170. | People | 100% |
| 171. | People Get Ready | 100% |
| 172. | Photograph | 100% |
| 173. | Piece Of My Heart | 50% |
| 174. | Pieces of Me | 33.34% |
| 175. | Pinch Me | 100% |
| 176. | Pour Me | 68.75% |
| 177. | Praying For Time | 100% |
| 178. | Rain* | 50% |
| 179. | Raindrops Keep Falling On My Head | 62.5% |
| 180. | Redeemer | 100% |
| 181. | Redneck Woman | 50% |
| 182. | Rhythm Of The Rain | 100% |
| 183. | Roxie | 100% |
| 184. | Savin' Me | 100% |
| 185. | Send In The Clowns | 100% |
| 186. | She Hates Me | 50% |
| 187. | She's A Beauty | 33.32% |
| 188. | She's In Love With The Boy | 100% |
| 189. | Since I Fell For You | 100% |

-Page 8-
1/26/2007
Cease and Desist

| | | |
|---|---|---|
| 190. | Sixteen Candles | 100% |
| 191. | Smooth | 60% |
| 192. | Smooth Criminal | 100% |
| 193. | Soak Up The Sun* | |
| 194. | Somebody Loves Me | 87.5% US/ 50% Brts. 100% Row |
| 195. | Someone To Watch Over Me | 100% |
| 196. | Something Like That | 37.5% |
| 197. | Soul Man | 25% |
| 198. | Strong Enough* | |
| 199. | Stuck | 50% |
| 200. | Sunny Came Home | 50% |
| 201. | Take A Bow* | 50% |
| 202. | Take Me Away | 75% |
| 203. | Take My Breath Away | 75% |
| 204. | Talk About It | 90% |
| 205. | Tantita Pena | 100% |
| 206. | Tears In Heaven* | 100% |
| 207. | Tell Him | 33.34% |
| 208. | Tell It To My Heart | 50% |
| 209. | Tennessee Christmas | 50% |
| 210. | Thank You | 60% |
| 211. | That's What Friends Are For | 100% |
| 212. | The Grease Megamix (You're The One That I Want) | |
| 213. | The Lady Is A Tramp | 100% World 50% US |
| 214. | The Prayer | 100% |
| 215. | The Reason | 100% |
| 216. | The Rose | 100% |
| 217. | The Way | 23.75% |
| 218. | The Way You Make Me Feel | 100% |
| 219. | The Wedding Song (There Is Love) | 100% |
| 220. | They Can't Take That Away From Me | 100% |
| 221. | This Guy's In Love With You | 50% |
| 222. | This Kiss | 33.34% |
| 223. | This Used To Be My Playground | 50% |
| 224. | Thy Word | 50% |
| 225. | To Love You More | 50% |
| 226. | To Where You Are | 50% |
| 227. | Truly Madly Deeply* | |

8

-Page 9-
1/26/2007
Cease and Desist

| # | Title | % |
|---|---|---|
| 228. | Try To Remember | 100% |
| 229. | Turn The Beat Around | 100% |
| 230. | U Got It Bad | 25% |
| 231. | Unbreakable Heart | 100% |
| 232. | Unbroken | 50% |
| 233. | Vogue | |
| 234. | Waiting For Tonight | 100% |
| 235. | Wanna Be Startin' Somethin' | 100% |
| 236. | We Are Family | 50% |
| 237. | We Are The World | 50% |
| 238. | We Belong Together | .0985% |
| 239. | What About Now | 33.34% |
| 240. | What If I Said | 100% |
| 241. | What The World Needs | 50% |
| 242. | When A Man Loves A Woman | 100% |
| 243. | Heaven (aka When Heaven Calls) | 100% |
| 244. | When I Fall In Love | 100% |
| 245. | When I Think About Angels | 66.68% |
| 246. | When I Think About Cheatin' | 66.68% |
| 247. | When It's Over | 90% |
| 248. | When You Lie Next To Me | 100% |
| 249. | When You're Good To Mama | 100% |
| 250. | Where Would You Be | 31.25% |
| 251. | Wild One | 41.67% |
| 252. | Wind Beneath My Wings | 100% |
| 253. | Winter Wonderland | 100% |
| 254. | Word Of God Speak | 50% |
| 255. | Wrapped Up In You | 100% |
| 256. | www.memory (CDG only)* | 100% |
| 257. | Y Tu Te Vas | 100% |
| 258. | Yes! | 33.34% |
| 259. | You | 66.67% |
| 260. | You Must Have Been A Beautiful Baby | 100% |
| 261. | You Needed Me | 100% |
| 262. | You Rock My World | 20% |
| 263. | You Spin Me Round (Like A Record) | 73.34% |
| 264. | You'll See* | 50% |
| 265. | You're Still You | 45% |
| 266. | You're The First The Last My Everything | 100% |
| 267. | You're The Top | 100% |

-Page 10-
1/26/2007
Cease and Desist

# PROSOUND SONG LIST

| | Song Title | Product # |
|---|---|---|
| 1. | A Wink & A Smile | 2105 |
| 2. | All You Wanted | 2109 |
| 3. | Amazed | 2124 |
| 4. | Angel of Mine | 2101 |
| 5. | At Last | 2116 |
| 6. | Blessed | 2122 |
| 7. | Breakaway | 2110 |
| 8. | Bring Him Home | 2135 |
| 9. | Candy | 2112 |
| 10. | Castle On a Cloud | 2135 |
| 11. | Chain Of Fools | 2116 |
| 12. | Chariot | 2103 |
| 13. | Complicated | 2109 |
| 14. | Do Re Mi | 2134 |
| 15. | Evergreen | 2136 |
| 16. | Everywhere | 2109 |
| 17. | Fast Cars and Freedom | 2106 |
| 18. | Follow Through | 2103 |
| 19. | For You I Will | 2101 |
| 20. | Girl I Mean To Be (The) | 2134 |
| 21. | Good Ol' Boys (Theme from Dukes of Hazzard) | 2120 |
| 22. | Goodbye to You | 2109 |
| 23. | Guilty | 2138 |
| 24. | Here For The Party | 2121 |
| 25. | How Could I Ever Know | 2134 |
| 26. | How You Remind Me | 2146 |
| 27. | I Don't Wanna Be | 2103 |
| 28. | I Dreamed a Dream | 2135 |
| 29. | I Finally Found Someone | 2136 |

10

-Page 11-
1/26/2007
Cease and Desist

| # | Song Title | Product # |
|---|---|---|
| 30. | I Have Nothing | 2141 |
| 31. | I Promise | 2123 |
| 32. | I'm With You | 2109 |
| 33. | In My Life | 2136 |
| 34. | Kiss Me | 2117 |
| 35. | Lily's Eyes | 2134 |
| 36. | Looking Through Your Eyes | 2133 |
| 37. | No Such Thing | 2103 |
| 38. | On My Knees | 2122 |
| 39. | On My Own | 2135 |
| 40. | One Moment in Time | 2144 |
| 41. | Power of the Dream | 2144 |
|  | **Song Title** | **Product #** |
| 42. | Prayer (The) | 2133 |
| 43. | Redneck Woman | 2121 |
| 44. | Respect | 2116 |
| 45. | Roxie | 2125 |
| 46. | Savin' Me | 2146 |
| 47. | Shake It Off | 2102 |
| 48. | Sixteen Going on Seventeen | 2134 |
| 49. | Sk8er Boi | 2110 |
| 50. | Soak Up The Sun | 2117 |
| 51. | Somebody Like You | 2106 |
| 52. | Somewhere | 2137 |
| 53. | Sound of Music (The) | 2134 |
| 54. | Strong Enough | 2117 |
| 55. | Take My Breath Away | 2111 |
| 56. | The Rose | 2137 |
| 57. | To Where You Are | 2114 |
| 58. | Under the Boardwalk | 2136 |
| 59. | We Can Make A Difference | 2122 |
| 60. | When I Think About Cheatin' | 2121 |
| 61. | When You're Good To Mama | 2125 |
| 62. | Why Not | 2112 |
| 63. | Wick | 2134 |
| 64. | Wind Beneath My Wings | 2137 |
| 65. | With You | 2111 |
| 66. | Woman In Love | 2138 |
| 67. | You're Still You | 2115 |

-Page 12-
1/26/2007
Cease and Desist

12