# EXHIBIT "C"

To

## DECLARATION OF PAUL HARRISON STACEY

Fax Memos from PRIDDIS

*MEDIOSTREAM, INC..*
vs.
*PRIDDIS MUSIC, INC., et al.*

Case No. C 07 2127

Judge Phyllis J. Hamilton

FROM :                             FAX NO. :                             Feb. 01 2007 11:56AM  P1



PRIDDIS MUSIC   P.O. BOX 345, PLEASANT GROVE, UT 84062, U.S.A.

# Fax

**To:** Paul Stacey                         **From:** Rick Priddis

**Date:** 01/31/07                          **Pages:** 1

**RE: Cease & Desist Letter Dated January 26, 2007**

I did not receive the fax you apparently attempted to send to me. I believe you have an incorrect fax number. My fax is 801-785-6705. Your letter is dated January 26th. I have been out of town the past week. I believe it is customary to give at least 10 days for a reply.

For your Information, I have decided to exit the Karaoke business. I have removed our CDG and DVD discs from our website and will no longer produce any music containing on-screen lyrics or printed lyrics. This includes songs from the publishers you represent as well as all other publishers. This includes product from Priddis Music, ProSound Karaoke in the UK and any other manufacturer who we may have carried in the past.

I will see that you have an accounting of the songs on your ProSound list within 2 weeks. I have no knowledge of Mediostreams dealings with the publishers.

Sincerely,

Rick Priddis
President

FROM :                              FAX NO. :                    Feb. 01 2007 12:28PM  P1



PRIDDIS MUSIC   P.O. BOX 345, PLEASANT GROVE, UT 84062, U.S.A.

# Fax

**To:** Paul Stacey              **From:** Rick Priddis

**Date:** 02/1/07                **Pages:** 1

**RE: Requested Accounting**

I have no knowledge of Mediostream's dealings with the publishers you represent, whether or not they have obtained licenses or paid on any licenses. Therefore, I cannot report anything regarding your Mediostream list.

Regarding the ProSound Karaoke company, Priddis Music does distribute discs made by ProSound Karaoke in the UK. All ProSound Karaoke discs are made in the UK under license from MCPS. The MCPS license gives worldwide distribution rights, including the United States, unless informed otherwise. If at any time a publisher informs MCPS otherwise, ProSound Karaoke discontinues distribution of those songs to the U.S.

After your cease and desist letter, Priddis Music has decided to no longer offer ProSound Karaoke product from the UK. All royalties are paid to MCPS by ProSound Karaoke Ltd

Sincerely,

Rick Priddis
President