# EXHIBIT "D"

### To

## <u>DECLARATION OF PAUL HARRISON STACEY</u>

**DECLARATION OF DOROTHY D. GIBBEY**
**(with Exhibits)**
(Filed June 15 , 2007 in the case of *WORD MUSIC, LLC.  et al*.
v*s*
*PRIDDIS MUSIC, INC. et al.,*  Case No. 3:07-cv-502 in the
United States District Court for the Middle District of Tennessee (Nashville)

*MEDIOSTREAM, INC..*
vs.
*PRIDDIS MUSIC, INC., et al.*

**Case No.  C 07 2127**

**Judge Phyllis J. Hamilton**

Dockets.Justia.com

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE, TENNESSEE

| | |
|---|---|
| WORD MUSIC, LLC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.  3:07-cv – 0502 |
| vs. ) | |
| ) | Judge Haynes |
| ) | |
| PRIDDIS MUSIC, INC., et al. ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

### <u>DECLARATION OF DOROTHY D. GIBBY</u>

I, Dorothy D. Gibby, declare under penalty of perjury under the laws of the United States of America, pursuant to 38 U.S.C.§ 1746, that the following is true and correct:

1.    I am over the age of 21 and am competent to testify to the matters set forth below.

2.    I am a paralegal at the Nashville law firm Bowen Riley Warnock & Jacobson, PLC.  I have personal knowledge of the matters set forth in this Declaration.

3.    On March 14, 2007, I purchased a custom CD containing five songs on Plaintiffs' Exhibit A to the Complaint fro the website www.priddis.com.  Those five songs are entitled:

> "The Prayer"
> "Goodbye to You"
> "Follow Through"
> "Savin' Me"
> "How You Remind Me"

Attached hereto as Exhibit A is a true and correct copy of the purchased document and CDG cover for products purchased from Priddis.

4.    On March 20, 2007, I purchased six *"PROSOUND"* karaoke CDGMs from the ProSing website (www.prosing.com).  Each CDGM contains a song from Plaintiffs' Exhibit A to the Complaint.  Those six songs are entitled:

> "MacArthur Park"
> "Lady"
> "Get Here"
> "Love's the Only House'
> "That's What Friends Are For"
> "True Love"

Attached hereto as Exhibit B are true and correct copies of purchased documents and copies of the CDGM covers for the products purchased from ProSing.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of June, 2007.

DOROTHY D. GIBBY

**Priddis Music**

| | |
|---|---|
| From: | dgibby@bowenriley.com |
| Sent: | Wednesday, March 14, 2007 12:50 PM |
| To: | sing@priddis.com |
| Cc: | sales@priddis.com |
| Subject: | Order number 4228 from John Jacobson for shoppriddis |

Store ID: shoppriddis
Date order placed: Wed Mar 14 14:49:44 2007 Order Number: 4228

ShopSite Transaction ID: 10246-1173898182

Billing Address:
------------------
Customer Name: John Jacobson
Company: Bowen Riley Warnock & Jacobson
Address: 1906 West End Avenue
City: Nashville
State/Province: Tennessee
Zip Code: 37203
Country: United States
Phone Number: 615-320-3700
Email: dgibby@bowenriley.com

Shipping Address:
------------------
Customer Name: DeDe Gibby
Company:
Address: 1906 West End Avenue
City: Nashville
State/Province: Tennessee
Zip Code: 37203
Country: United States
Phone Number: 615-320-3700

Comments / More Information

Ordering Instructions/ Name your Custom CD

| Qty | Name | SKU | Each | Subtotal |
|---|---|---|---|---|
| 1 | The Prayer - Josh Groban | CCD21151 | $5.00 | $5.00 |
| 1 | Goodbye to You - Michelle Branch | CCD21093 | $5.00 | $5.00 |
| 1 | Follow Through - Gavin DeGraw | CCD21036 | $5.00 | $5.00 |
| 1 | Savin' Me - Nickelback | CCD21461 | $5.00 | $5.00 |
| 1 | How You Remind Me -- Nickelback | CCD14561 | $5.00 | $5.00 |

|  |  |
|---|---|
| Subtotal | $25.00 |
| Shipping: UPS Ground | $6.70 |
| Tax Total | $0.00 |
| Grand Total | $31.70 |

**EXHIBIT**

tabbies

_A_

Payment type:    Visa

Order Processing Info:
ANET-SALES:130908355:011640,Y,M,This transaction has been approved

1





 **YOUR PRIDDIS CDG DISC**
Priddis Music CDs are the most professional
accompaniment music available today
Although you can enjoy the music on any
home CD player, the quality of this
uncommon music begs to be performed on
professional sound equipment.

To see the lyrics on a TV screen, the disc
must be played on a CDG compatible
player unless indicated otherwise

 **OTHER AVAILABLE SELECTIONS**
For a complete Priddis Music catalog,
write to:
Priddis Music
P.O. Box 345
Pleasant Grove, UT 84062-0345
or call 1-800-326-3062.

 Hear our latest releases right from your
home using a touch tone phone
Call the Hotline at 1-801-785-6666

 See our extensive web site (including our
complete catalog) at www.priddis.com
Also, e-mail us any time, 24 hours a day,
at sing@priddis.com.

Priddis Music

Custom - CD

DISC ON MAND

www.easykaraoke.com

PRO-BURN

easy karaoke

1) The Prayer - *Josh Groban,*
2) Goodbye To you - *Michelle Branch,*
3) Follow Through - *Gavin DeGraw.*
4) Savin' Me - *Nickelback,*
5) How You Remind Me - *Nickelback,*
6) Easy Karaoke theme - *EK*

```
SHIPPING DEPT
(801) 785-8949                    1 LBS
PRIDDIS MUSIC
790 N  200 E
LINDON  UT 84042

SHIP TO:
DEDE GIBBY
1906 WEST END AVE
NASHVILLE   TN 37203
```

TN 371 9-02

**UPS GROUND**

TRACKING #: 1Z 879 213 03 4793 6138

PROSING
6365 53rd Street North-Suite B
Pinellas Park, FL 33781
Phone:727-507-0660  FAX: 888-388-9740

| Page | Date | Order No. |
|------|------|-----------|
| 1 | 03/20/07 | 619478A |

## INVOICE 

**SOLD TO**
Dede Gibby
1906 West End Ave
Nashville, TN 37203

**SHIP TO**

| Customer No. | Sales I.D. | Reference # | Media Code | Terms |
|--------------|-----------|-------------|------------|-------|
| 425907 | JPS/JPS | | PS/INTERNET | XXXXXXXX6085 VISA |

| Credit Card Number | Type | Phone Number | Total Wt. | Zone | Packages | Ship Via |
|--------------------|------|--------------|-----------|------|----------|----------|
| | | (615) 320-3700 | 1.5 Lbs | 5 | 1 | UPS |

DUE TO THE NATURE OF CDG SALES AND COPYRIGHT LAWS CDG'S CAN NOT BE
RETURNED FOR ANYTHING OTHER THAN REPLACEMENT OF THE IDENTICAL ITEM
WITHIN 30 DAYS FROM DATE OF PURCHASE.

| Qty | B/O | Shipped | Item | Description | Unit Price | Disc | Extension |
|-----|-----|---------|------|-------------|------------|------|-----------|
| 1 | 0 | 1 | CDPD1004 | 1004G COUNTRY V. 1 PD-PROSOUND 5+5 SERIES | 12.990 | -- | 12.99 |
| 1 | 0 | 1 | CDPD1034 | 1034G POP HITS v.2 PD-PROSOUND 5+5 SERIES | 12.990 | -- | 12.99 |
| 1 | 0 | 1 | CDPD1042 | 1042G HITS of '91 PD-PROSOUND 5+5 SERIES | 12.990 | -- | 12.99 |
| 1 | 0 | 1 | CDPD1089 | 1089G MULTI-VOICE Songs PD-PROSOUND 5+5 SERIES | 12.990 | -- | 12.99 |
| 1 | 0 | 1 | CDPD1195 | 1195G ELTON JOHN (Duets) PD-PROSOUND 5+5 SERIES | 12.990 | -- | 12.99 |
| 1 | 0 | 1 | CDPD1359 | 1359G COUNTRY 2000 v.2 PD-PROSOUND 5+5 SERIES | 12.990 | -- | 12.99 |

|  |  |
|---|---|
| MERCHANDISE INVOICE TOTAL $ | 77.94 |
| SHIPPING & HANDLING $ | 8.11 |
| INVOICE TOTAL $ | 86.05 |
| CR. CARD: VS, APPR:027849 $ | -86.05 |



EXHIBIT
B



### ALL MY LIFE
### 1004 - 1
### Sing Like KENNY ROGERS
Range: E4-G5 • Kev: C • 8 Bar Intro

Are you sure I haven't loved you
Somewhere before
In another time, another place
Or some distant shore?
You know me so well
Better than I know myself

**Chorus:**
And you've loved me tonight
Like you've loved me all my life
All of my life
And with a touch of your hand
You took me farther than I've ever been
You loved me like
You've loved me all my life

Love like we made
Could have taken a lifetime to find
But you found the way to my heart
In a moment of time
You know how to care
Just like you've always been there
Just like you've always been there

**(CHORUS)**

**(6 Bar Guitar Solo)**

And with a touch of your hand
You took me farther than I've ever been
You loved me like

You've loved me all my life
You loved me like
You've loved me all my life

Copyright © 1982 Warner House of Music (BMI)
& WB Gold Music Corp. (ASCAP).
International Copyright Secured
All Rights Reserved. Used by Permission.

### ALWAYS ON MY MIND
### 1004 - 2
### Sing Like WILLIE NELSON
Range: B3-B4 • Key: D • 2 Bar Intro

Maybe I didn't love you
Quite as often as I could have
And maybe I didn't treat you
Quite as good as I should have
If I made you feel second best
Girl, I'm sorry I was blind
You were always on my mind
You were always on my mind

And maybe I didn't hold you
All those lonely, lonely times
And I guess I never told you
I'm so happy that you're mine

**Chorus:**
Little things I should have said and done
I just never took the time
You were always on my mind
You were always on my mind

Tell me, tell me that your sweet love hasn't died
Give me, give me one more chance
To keep you satisfied, I'll keep you satisfied

**(CHORUS)**

You were always on my mind
You were always on my mind

Copyright © 1971, 1979 Screen Gems-EMI Music Inc
& Rose Bridge Music Inc. International Copyright
Secured.  All Rights Reserved.  Used by Permission.

### THE CLOSER YOU GET
### 1004 - 3
### Sing Like ALABAMA
Range: C4-E5 • Key: G • 6 Bar Intro

**Chorus:**
The closer you get, The further I fall
I'll be over the edge now In no time at all
I'm falling faster And faster and faster
With no time to stall
The closer you get,  The further I fall

Could I be dreaming?
Is this really real?
'Cause there's something magic
The way that I feel
In your arms tonight

**(CHORUS)**

Keep falling, Oh ya, I'm falling
Ya, I'm falling, Oh ya, I'm falling
Yes, I'm falling
Yes, I'm falling, Yes, we're falling

**(CHORUS)**

**(CHORUS)**

Copyright © 1980 Irving Music Inc.,
Down 'N Dixie Music & Chinnichap Publishing Inc.
(BMI). Irving Music Inc. Administers on behalf of Down
'N Dixie Music in the U.S. and Canada.
International Copyright Secured. All Rights Reserved.
Used by Permission.

**LADY**
**1004 - 4**
**Sing Like KENNY ROGERS**
Range: D4-F5 • Key: Dm • 2 Bar Intro

Lady
I'm your knight in shining armor
And I love you
You have made me what I am
And I am yours

My love
There's so many ways I want to say
I love you
Let me hold you in my arms
Forever more

You have gone
And you made me such a fool
I'm so lost in your love
And oh, we belong together
Won't you believe in my song?

Lady
For so many years
I thought I'd never find you
You have come into my life
And made me whole

Forever
Let me wake to see you
Each and every morning
Let me hear you whisper
Softly in my ear

In my eyes
I see no one else but you
There's no other love like my love
And yes, oh yes
I'll always want you near me
I've waited for you For so long

Lady,
Your love's The only love I need
And beside me is where I want you to be
'Cause my love
There's something I want you to know
You're the love of my life
You're my lady

Copyright © 1980 Brockman Music.
Print Rights for Brockman Music Administered by
Cherry Lane Music Co., Inc.
International Copyright Secured.   All Rights Reserved.
Used by Permission.

**STRANGER IN MY HOUSE**
1004 - 5
**Sing Like RONNIE MILSAP**
Range: D4-F5 • Key: Dm • 8 Bar Intro

There's a silence here between us
I've never heard before
And I can't find the love
In her eyes anymore
There's some changes going on
I'm beginning to understand
When I'm holding her
I swear I feel The presence of another man

**Chorus:**
There's a stranger in my house
Somebody here that I can't see
A stranger in my house
Somebody here trying
To take her away from me

**(4 Bar Instrumental)**

She sits staring out the window
A million miles away
And when I asked if she's all right
She never has too much to say
Is it somebody we both know
Or somebody she just met?
Is she loving him in her mind
While she's lying here in my bed?

**(CHORUS)**

**(8 Bar Instrumental)**

Suspicions lead to questions
And questions to alibis
Is it just my imagination
Or has her love turned into lies?

**(CHORUS)**

Copyright © 1983 Lodge Hall Music, Inc. (ASCAP).
International Copyright Secured.  All Rights Reserved.
Used by Permission.

**CDG = MUSIC & LYRICS**
The 'G' stands for 'Graphics', meaning that, when played on a CDG karaoke player, the song lyrics are displayed on a TV screen and highlighted as you sing. Don't have a CDG player?  The disc plays just like any other CD on a regular CD player.  Just read the words from the printed lyric book (included).

**PERFORMANCE & REHEARSAL TRACKS**
This Priddis Music CD includes two versions of every song; a full stereo performance track (no singer), and a rehearsal version (with singer).  In the rehearsal version, the reference vocal is on the right channel of the recording and can be turned on and off with a balance, 'multiplex', or similar control on your player.

**WHERE TO FIND MORE SELECTIONS**
ON-DISC CATALOG:  This disc may contain a PDF file of our catalog.  Just insert the disc into your computer and open the file using Adobe Acrobat.  Don't have Acrobat?  Download a free copy at www.adobe.com.

PRINTED CATALOG:  For a printed catalog write to Priddis Music, P.O. Box 345, Pleasant Grove, UT 84062.  Or call 800-326-3062 (outside the U.S. call 801-785-0949).  Email us at sing@priddis.com.

WEBSITE:  Our most current catalog is at www.priddis.com

LOCAL DEALERS:  We encourage our customers to support our local dealers.  To locate a dealer near you, call 800-326-3062 or visit our website at www.priddis.com.

HEAR A SAMPLE.  Hear a sample of any song in our catalog by calling our Preview Line 801-785-6666.

Priddis Quality
Assured





**Pro Sound Country**

Sing **Country v.1**

**I004G**

**INSTRUMENTAL TRACKS**

1. **ALL MY LIFE** .......... Sing Like Kenny Rogers
   Key: C • Range: E4-G5 • Length 3:12 • Background Vocals: No

2. **ALWAYS ON MY MIND** .......... Sing Like Willie Nelson
   Key: D • Range: A3-D5 • Length 3:35 • Background Vocals: No

3. **THE CLOSER YOU GET** .......... Sing Like Alabama
   Key: G • Range: C4-D5 • Length 3:49 • Background Vocals: No

4. **LADY** .......... Sing Like Kenny Rogers
   Key: Bb • Range: A3-F5 • Length 3:35 • Background Vocals: No

5. **STRANGER IN MY HOUSE** .......... Sing Like Ronnie Milsap
   Key: Bm • Range: D4-F5 • Length 3:07 • Background Vocals: No

**REFERENCE VOCALS**

6. **ALL MY LIFE** .......... Sing Like Kenny Rogers
   Background Vocals: No

7. **ALWAYS ON MY MIND** .......... Sing Like Willie Nelson
   Background Vocals: No

8. **THE CLOSER YOU GET** .......... Sing Like Alabama
   Background Vocals: No

9. **LADY** .......... Sing Like Kenny Rogers
   Background Vocals: No

10. **STRANGER IN MY HOUSE** .......... Sing Like Ronnie Milsap
    Background Vocals: No

**About this CDG**

Sing your favorite songs with a live band, just like the original artists.

Song lyrics are displayed on your TV screen and are highlighted in color as you sing

**PERFORMANCE TRACKS:**
Sing with the band in full-stereo, professional accompaniment. You are the singer.

**REHEARSAL TRACKS:**
Rehearse the songs by singing along with the demonstration singer. Turn the vocals on and off with the balance control or "multiplex" button on your CD player.

7 19698 41004 5



**GALILEO**
**#1034 - 1**
**Sing Like AMY GRANT**
Range: G3-E5 • Key: Gb • 12 Bar Intro

In the year of fourteen ninety-two
When Columbus sailed the ocean blue
Had he landed on India's shore
You might never have come
To knock on my door

**Chorus:**
Who needs a rhyme or a reason
Some dreams were made to find
So I know that I must follow
Ask me just how much I love you
You are starlight; I'm Galileo
Even on the darkest night, oh
I will find the shining light of our love

Through the rain clouds, thundering nights
Mr. Franklin stood there holding his kite
He was crazy, always pressing his luck
But he got what he wanted
When lightning struck, yeah

**(CHORUS)**

Ask me just how much I love you
You are starlight; I'm Galileo
Even on the darkest night, oh
I will find the shining light of our love

I believe in you and
The special love we could share
And maybe one day, darling
You'll turn around

And all I really know is I will be there

**(CHORUS)**

Even on the darkest night, oh
I will find the shining light of our love

Written by A. Grant, M. Verner, L. Cole, M. Omartian
© 1991 Age to Age Music, Inc., Riverstone Music, Inc.,
Age to Age Music, Inc., Riverstone Music, Inc.
All Rights Reserved.

**GOOD FOR ME**
**#1034 - 2**
**Sing Like AMY GRANT**
Range: C4-E5 • Key: F • 8 Bar Intro

You like to dance and listen to the music
I like to sing with the band
You like your hands splashing in the ocean
Well I like me feet on the sand
Does anybody have it any better
Isn't it easy to see just how well we fit together

**Chorus:**
When I start to sing the blues
You pull out my dancing shoes
I think you could be so good for me
You get brave when I get shy

Just another reason why
I think you could be so good for me

So good

You like to drive like Mario Andretti
I like it taking my time
But let me say wherever you are going
You know it suits me just fine
Does anybody have it any better
Isn't it easy to see just how well we fit together

**(CHORUS)**

Could be so good for me
You could be so good
Could be so good
Could be so good for me

You get brave when I get shy
Another reason why
You could be so good for...
Good for me baby
Good for me baby
When I want to sing the blues
Good for me baby
Oh when I want to sing the blues
Good for me baby
Too good, you're so good
Good for me baby

Written by T. Snow, J. Gruska, A. Grant, W. Kirkpatrick
© J-88 Music, Tom Snow Music, Age To Age Music
All Rights Reserved.

**MacARTHUR PARK**
**#1034 - 3**
**Sing Like DONNA SUMMER**
Range: C4-B5 • Key: C • 2.5 Bar Intro

Spring was never waiting for us, girl
It ran one step ahead
As we followed in the dance

**(6 Bar Instrumental)**

Between the parted pages
And were pressed in love's hot fevered iron
Like a striped pair of pants

**(6 Bar Instrumental)**

**Chorus:**
MacArthur's Park is melting in the dark
All the sweet green icing flowing down
Someone left the cake out in the rain
I don't think that I can take it
'Cause it took so long to bake it
And I'll never have that recipe again, oh, no

**(14 Bar Instrumental)**

I recall the yellow cotton dress
Foaming like a wave
On the ground around your knees
The birds like tender babies in your hands
And the old man playing chinese checkers
By the trees

**(CHORUS)**
There will be another song for me

 For I will sing it
There will be another dream for me
Someone will bring it
I will drink the wine while it is warm
And never let you catch me looking at the
sun
And after all the loves of my life, oh
After all the loves of my life
You'll still be the one

I will take my life into my hands and I will use
it
I will win the worship in their eyes
And I will lose it
I will have the things that I desire
And my passions flow like rivers to the sky
And after all the loves of my life
Oh, after all the loves of my life
I'll be thinking of you and wondering why

**(13 Bar Instrumental)**

**(CHORUS)**

Written by J. Webb
© 1968, 1973 Canopy Music Inc.
All Rights Reserved.

**SOLITAIRE**
**#1034 - 4**
**Sing Like LAURA BRANNIGAN**
Range: E3-C5 ○ Key: A ● 8 Bar Intro

I still remember how much
I used to need you
Tried so much to please you
But you didn't need me
You knew I loved
You knew I always would be there
You just did what you wanted
You didn't care

All the cards were held by you
There was nothing I could do
All those nights I sat alone
Staring at the telephone
Wondering were you ever coming home

Solitaire, it's just so lonely
Solitaire, no one to hold me
Where were you when I played solitaire

It took some time
But I stopped thinking about you
Started living without you
Now look who's back here
You've had a change of heart
Well, mine just couldn't wait, no, no
You found out you loved me just a little too late
Once the cards were held by you
There was nothing you could do
All those nights you sit alone
Starin' at the telephone
Wondering if I'm ever comin' home

**Chorus:**
Solitaire, see what it's like now
Solitaire, to cry all night now
Solitaire, see how it feels to play
Solitaire, it gets so lonely
Solitaire, you wanna hold me
Don't wait up
'Cause babe I won't be there
Solitaire, solitaire, solitaire

**(8 Bar Instrumental)**

**(CHORUS)**

**(CHORUS)**

Written by Martine Clemenceau
© 1982 Youngster Musikverlag GMBH.
All Rights Reserved.

## WHAT HAVE YOU DONE FOR ME LATELY
### #1034 - 5
### Sing Like JANET JACKSON
Range: G3-C5 • Key: Ebm • 8 Bar Intro

Used to be a time
that you would pamper me
You still brag about it all the time
Your friends seem to think
That you're so peachy keen
But my friends think neglect is on your mind
Who's right

**Chorus:**
What have you done for me lately
Oo, oo yeah
What have you done for me lately
Oo, oo yeah

Used to go to dinner almost every night
Dancin' till I thought I'd lose my breath, ah
Now it seems your dancin' feet
Are always on my couch
Good thing I cook or else
We'd starve to death
Ain't that a shame

**(CHORUS)**

I never ask for more than I deserve
You know that's the truth
You seem to think you're
God's gift to this earth, o way

**Spoken:**
You ought to be thankful for the little things

But little things are all you seem to give
You're always putting off
What we could do today

Soap op'ra says
"You've got one life to live"
Who's right
Who's wrong

**(CHORUS)**

**(CHORUS)**

Written by Harris, Lewis
© 1986 Flyte Tyme Tunes (ASCAP).
All Rights Reserved.

## CDG = MUSIC & LYRICS
The 'G' stands for 'Graphics', meaning that, when played on a CDG karaoke player, the song lyrics are displayed on a TV screen and highlighted as you sing. Don't have a CDG player? The disc plays just like any other CD on a regular CD player. Just read the words from the printed lyric book (included).

## PERFORMANCE & REHEARSAL TRACKS
This Priddis Music CD includes two versions of every song; a full stereo performance track (no singer), and a rehearsal version (with singer). In the rehearsal version, the reference vocal is on the right channel of the recording and can be turned on and off with a balance, 'multiplex', or similar control on your player.

## WHERE TO FIND MORE SELECTIONS
CATALOG ON-DISC: This disc may contain a PDF file of our catalog. Just insert the disc into your computer and open the file using Adobe Acrobat. Don't have Acrobat? Download a free copy at www.adobe.com.

PRINTED CATALOG: For a printed catalog write to Priddis Music, P.O. Box 345, Pleasant Grove, UT 84062. Or call 800-326-3062 (outside the U.S. call 801-785-0949). Email us at sing@priddis.com.

WEBSITE: Our most current catalog is at www.priddis.com

LOCAL DEALERS: We encourage our customers to support our local dealers. To locate a dealer near you, call 800-326-3062 or visit our website at www.priddis.com.

HEAR A SAMPLE: Hear a sample of any song in our catalog by calling our Preview Line 801-785-6666.

Priddis Quality
Assured





**1034G**

Sing
**Pop Hits v.2**

**INSTRUMENTAL TRACKS**

1. **GALILEO** .................................................... *Sing Like Amy Grant*
   Key: Gb • Range: G3-E5 • Length: 4:20 • Background Vocals: Yes

2. **GOOD FOR ME** .............................................. *Sing Like Amy Grant*
   Key: F • Range: C4-E5 • Length: 3:55 • Background Vocals: No

3. **MAC ARTHUR PARK** ..................................... *Sing Like Donna Summer*
   Key: C • Range: C4-B5 • Length: 5:37 • Background Vocals: No

4. **SOLITAIRE** .............................................. *Sing Like Laura Brannigan*
   Key: A • Range: E3-C5 • Length: 3:49 • Background Vocals: No

5. **WHAT HAVE YOU DONE FOR ME LATLEY** .......... *Sing Like Janet Jackson*
   Key: Ebm • Range: G3-C5 • Length: 2:50 • Background Vocals: No

**REFERENCE VOCALS**

6. **GALILEO** .................................................... *Sing Like Amy Grant*
   Key: Gb • Range: G3-E5 • Length: 4:20 • Background Vocals: Yes

7. **GOOD FOR ME** .............................................. *Sing Like Amy Grant*
   Key: F • Range: C4-E5 • Length: 3:55 • Background Vocals: No

8. **MAC ARTHUR PARK** ..................................... *Sing Like Donna Summer*
   Key: C • Range: C4-B5 • Length: 5:37 • Background Vocals: No

9. **SOLITAIRE** .............................................. *Sing Like Laura Brannigan*
   Key: A • Range: E3-C5 • Length: 3:49 • Background Vocals: No

10. **WHAT HAVE YOU DONE FOR ME LATLEY** .......... *Sing Like Janet Jackson*
    Key: Ebm • Range: G3-C5 • Length: 2:50 • Background Vocals: No

**About this CDG**
Sing your favorite songs
with a live band, just like
the original artists.

Song lyrics are
displayed on your
TV screen
and are highlighted
in color as you sing

**PERFORMANCE TRACKS:**
Sing with the band in full-stereo,
professional accompaniment.
You are the singer.

**REHEARSAL TRACKS:**
Rehearse the songs by singing
along with the demonstration
singer. Turn the vocals on and
off with the balance control
or "multiplex" button on your
CD player.

Printed lyric booklet included.
Music can be played on any
CD player.
Special player required for
On-Screen Lyrics.

Copyright © 2002 Priddis Music

7 19698 41034 2



### RUSH, RUSH
#### #1042-1
### Sing Like PAULA ABDUL
Range: F3-B4 • Key: E • 2 Bar Intro

Oo, na na na, na na na
Oo, na na na
You're the whisper of a summer breeze
You're the kiss that puts my soul at ease
What I'm saying is, "I'm into you"
Here's my story, and the story goes
You give love, you get love
And more than heaven knows

**Chorus:**
You're gonna see. I'm gonna run
I'm gonna try
I'm gonna take this love right to ya
All my heart, all the joy
Oh, baby, baby, please
Hurry, hurry, lover come to me
I wanna see
i wanna see ya get free with me
I can feel it, I can feel you all through me
Ooh, what you do to me

All I want from you is what you are
And even if you're right next to me
You're still too far away
If I'm not inside your arms
I get dramatic baby, yes, I know
I need you, I want you
Ooh man, I love you so

**(CHORUS)**

Hurry, hurry, lover come to me
I wanna see
I wanna see ya get free with me
I can feel it, I can feel you all through me
Ooh, what you do to me

When you kiss me up and down
You turn my senses all around
Oh, baby, oh, baby
I don't know just how or why
No one else has touched me so deep
So deep, so deep inside

**(8 Bar Instrumental)**

**(CHORUS)**

Hurry, hurry, baby come to me
I wanna see
I wanna see ya get free with me
I can feel it, I can feel you all through me
Ooh, what you do to me

Written by Peter Lord
© 1991 EMI April Music Inc., Leosun Music.
All Rights Reserved.

### GET HERE
#### #1042-2
### Sing Like OLETA ADAMS
Range: F3-A4 • Key: Bb • 5 Bar intro

You can reach me by railway
You can reach me by trailway
You can reach me on an airplane
You can reach me with your mind
You can reach me by caravan
Cross the desert like an Arab man
I don't care how you get here
Just get here if you can

You can reach me by sailboat
Climb a tree and swing rope to rope
Take a sled and slide down slope
Into these arms of mine
You can jump on a speedy colt
Cross the border in a blaze of hope
I don't care how you get here
Just get here if you can

There are hills and mountains between us
Always something to get over
If I had my way
Surely you would be closer
I need you closer

**(Instrumental Break)**

There are hills and mountains between us
Always something to get over
If I had my way

Surely you would be closer
I need you closer

You can windsurf into my life
Take me up on a carpet ride
You can make it in a big balloon
But you better make it soon
You can reach me by caravan
Cross the desert like an Arab man
I don't care how you get here
Just get here if you can
I don't care how you get here
Just get here if you can

Written by B. Russell
© 1988, 1991 WB Music Corp., Rutland Road Music.
All Rights Reserved.

**I'M NOT IN LOVE**
**#1042-3**
**Sing Like WILL TO POWER**
Range: C4-D5 • Key: E • 8 Bar Intro

I'm not in love, so don't forget it
It's just a simple phase I'm goin' through
And just because I call you up,
Don't get me wrong
Don't think you've gotten me
I'm not in love, oh no

I'd like to see you, but then again
That doesn't mean you mean that much to me
So if I call you, don't make a fuss
Don't tell your friends about the two of us
I'm not in love, no, no

Ooh, you wait a long time for me
Ooh, you wait a long time

(Instrumental Break)

Ooh, you wait a long time for me
Ooh, you wait a long time

I keep your picture upon the wall
It hides a messy stain that's lyin' there
But don't you ask me to give it back
I know you know
It doesn't mean that much to me
I'm not in love, I'm not in love

Written by E Stewart, G. Gouldman
© 1920, 1947 Miller Music Corporation.
All Rights Reserved.

**LOVE WILL NEVER DO WITHOUT YOU**
**#1042 - 4**
**Sing Like JANET JACKSON**
Range: F3-F5 • Key: Ab • 14 Bar Intro

Our friends think we're opposites
Falling in and out of love
They all said we'd never last
Still, we manage to stay together
There's no easy explanation for it
But whenever there's a problem
We always work it out somehow
Work it out somehow

**Chorus:**
They said it wouldn't last
We had to prove 'em wrong
'Cause I've learned in the past
That love would never do without you

(4 Bar Instrumental)

Other guys have tried before
To replace you as my lover
Never did I have a doubt
Boy, it's you I can't do without
I feel better when I have you near me
'Cause no other love around has quite the same
Oo, oh, like you do, do, do, babe

(CHORUS)

Do without you, love will never do without you
Ooh, do without you

**(3 Bar Instrumental)**

They said it, they said it wouldn't last
They said it, they said it wouldn't last
They said it, they said it wouldn't last
They said it wouldn't last
Love will never do
Love will never do without you

**WHERE DOES MY HEART BEAT NOW**
**#1042-5**
**Sing Like CELINE DION**
Range: F3-D5 • Key: Bb • 4 Bar Intro

So much to believe in, we were lost in time
Everything I needed I felt into your eyes
Always thought of keepin' your
Heart next to mine
But now that seems so far away
Don't know how love could leave
Without a trace

Where do silent hearts go
Where does my heart beat now
Where is the sound
That only echoes through the night
Where does my heart beat now
I can't live without, without feeling it inside
Where do all the lonely hearts go

Candle in the water, drifting helplessly
Hiding from the thunder, come and rescue me
Driven by the hunger of the endless dream
I'm searchin' for the hand that I can hold
I'm reachin' for the arms that let me know

Where do silent hearts go
Where does my heart beat now
Where is the sound
That only echoes through the night
Where does my heart beat now
I can't live without
Without feeling it inside

Where do all the lonely hearts go
Where do all the lonely hearts go

**(4 Bar Instrumental)**

Then one touch overcomes the silence
Love still survives
Two hearts a needing one another
Give me wings to fly

Where do silent hearts go
Where does my heart beat now
Where is the sound
That only echoes through the night
Where does my heart beat now
I can't live without
Without feeling it inside
Where do all the lonely hearts go

I need someone to give my heart to
I feel it getting stronger, stronger, stronger

Written by J. Harris III, T. Lewis
© 1989 Flyte Tyme Tunes (ASCAP).
All Rights Reserved.

Written by R. W Johnson, T. Rhoads
1988, 1990 Dejamus California, Inc..
Taylor Rhodes Music. Hit List Music.
All Rights Reserved.

**CDG = MUSIC & LYRICS**
The 'G' stands for 'Graphics', meaning that, when played on a CDG karaoke player, the song lyrics are displayed on a TV screen and highlighted as you sing. Don't have a CDG player? The disc plays just like any other CD on a regular CD player. Just read the words from the printed lyric book (included).

**PERFORMANCE & REHEARSAL TRACKS**
This Priddis Music CD includes two versions of every song; a full stereo performance track (no singer), and a rehearsal version (with singer). In the rehearsal version, the reference vocal is on the right channel of the recording and can be turned on and off with a balance, 'multiplex', or similar control on your player.

**WHERE TO FIND MORE SELECTIONS**
ON-DISC CATALOG: This disc may contain a PDF file of our catalog. Just insert the disc into your computer and open the file using Adobe Acrobat. Don't have Acrobat? Download a free copy at www.adobe.com.

PRINTED CATALOG: For a printed catalog write to Priddis Music. P.O. Box 345. Pleasant Grove, UT 84062. Or call 800-326-3062 (outside the U.S. call 801-785-0949). Email us at sing@priddis.com.

WEBSITE: Our most current catalog is at www.priddis.com

LOCAL DEALERS: We encourage our customers to support our local dealers. To locate a dealer near you, call 800-326-3062 or visit our website at www.priddis.com.

HEAR A SAMPLE: Hear a sample of any song in our catalog by calling our Preview Line 801-785-6666.

Priddis Quality
Assured



Product Number ☐ ☐ ☐ ☐

DATE / / ☐ MR. ☐ MRS. ☐ MS.

NAME _____

ADDRESS _____

CITY _____

STATE _____ ZIP CODE _____

( _____ ) PHONE

YOUR AGE ☐ ☐ ☐ PURCHASE IS A GIFT
☐ FOR MY COLLECTION

**TITLE>>>**
MUSIC REPLACEMENT
www.entitle.com/priddis

*By registering your product, you qualify for a replacement at minimal cost if your product should become damaged or worn in any way. Entitle offers damage replacement and format upgrade services for this product*

**Where Did You Buy Your Priddis Music Product?**
☐ Music Store ☐ Online Store ☐ Chain Store
☐ Other:_____ Store Name:_____

**Why Did You Choose This Priddis Music Product?**
☐ Quality ☐ Recommendation ☐ Price ☐ Salesperson
☐ Instore Display ☐ Repeat Buy ☐ Selection

**What Is Your Product To Be Used for?**
☐ Voice Lessons ☐ Practice ☐ Just For Fun
☐ Profit Performance ☐ Free Performances

**What Do You Like About This Product :**
_____
_____
_____

**List The Songs You Would Like Made Available:**
_____
_____

☐ I would like to receive new release and special offer information, via email.
Email account:_____





**Pro Sound** Pop/Rock

Sing
# Hits Of '91

**1042G**

### INSTRUMENTAL TRACKS

**1. RUSH, RUSH** . . . . . . . . . . . . . . . . . . . . . . . Sing Like Paula Abdul
Key: E • Range: F3-B4 • Length: 4:30 • Background Vocals: Yes

**2. GET HERE** . . . . . . . . . . . . . . . . . . . . . . . Sing Like Oleta Adams
Key: Bb • Range: F3-B4 • Length: 4:15 • Background Vocals: No

**3. I'M NOT IN LOVE** . . . . . . . . . . . . . . . . . Sing Like Will To Power
Key: E • Range: C4-D5 • Length: 4:37 • Background Vocals: No

**4. LOVE WILL NEVER DO WITHOUT YOU** . . . Sing Like Janet Jackson
Key: Ab • Range: F3-F5 • Length: 4:10 • Background Vocals: Yes

**5. WHERE DOES MY HEART BEAT NOW** . . . Sing Like Celine Dion
Key: Bb • Range: F4-D5 • Length: 4:20 • Background Vocals: Yes

### REFERENCE VOCALS

**6. RUSH, RUSH** . . . . . . . . . . . . . . . . . . . . . . . Sing Like Paula Abdul
Key: E • Range: F3-B4 • Length: 4:30 • Background Vocals: Yes

**7. GET HERE** . . . . . . . . . . . . . . . . . . . . . . . Sing Like Oleta Adams
Key: Bb • Range: F3-B4 • Length: 4:15 • Background Vocals: No

**8. I'M NOT IN LOVE** . . . . . . . . . . . . . . . . . Sing Like Will To Power
Key: E • Range: C4-D5 • Length: 4:37 • Background Vocals: No

**9. LOVE WILL NEVER DO WITHOUT YOU** . . . Sing Like Janet Jackson
Key: Ab • Range: F3-F5 • Length: 4:10 • Background Vocals: Yes

**10. WHERE DOES MY HEART BEAT NOW** . . . Sing Like Celine Dion
Key: Bb • Range: F4-D5 • Length: 4:20 • Background Vocals: Yes

*Lyrics Not Included For These Songs.

### About this CDG
Sing your favorite songs
with a live band, just like
the original artists.

Song lyrics are
displayed on your
TV screen
and are highlighted
in color as you sing

**PERFORMANCE TRACKS:**
Sing with the band in full-stereo,
professional accompaniment.
You are the singer.

**REHEARSAL TRACKS:**
Rehearse the songs by singing
along with the demonstration
singer. Turn the vocals on and
off with the balance control
or "multiplex" button on your
CD player.

Printed lyric booklet included.
Music can be played on any
CD player.
Special player required for
On-Screen Lyrics.

Copyright © 2002 ProDisc Music

7  19698 41042  7



## WE ARE THE WORLD
### #1089-1
### Sing Like "USA FOR AFRICA"
Range: E4-D5 • Key: E • 8 Bar Intro

Unfortunately, the lyrics to this song are
unavailable due to publisher restrictions.
To learn the lyrics to this song, please
listen to the vocal demo version of the song.
Some lyrics can be found on the internet.
Try searching by entering "We are the World"
with "AND Lyrics."   We are sorry
for the inconvenience.

Written by M. Jackson, L. Richie
© Mijac Music, Brockman Music
All Rights Reserved.

## VOICES THAT CARE
### #1089-2
### Sing Like "VOICES THAT CARE"
Range: A3-C5 • Key: Eb • 4 Bar Intro

Lonely fear lights up the sky
Can't help but wonder why you're so far away
There you had to take a stand
In someone else's land
Life can be so strange
I wish we never had to choose
To either win or lose
That we could find a way
But I won't turn my back again
Your honor I'll defend
So hurry home
Till then, till then

**Chorus:**

Stand tall, stand proud
Voices that care are crying out loud
And when you close your eyes tonight
Feel in your heart how our love burns bright

I'm not here to justify the cause
Or to count up all the loss
That's all been done before
I just can't let you feel alone
When there's so much love at home
We're sending out to you

All the courage that you've known
The bravery you've shown clearly lights the way
We pray to make the future bright
To make the wrong things

Right or wrong, we're all praying
You remain strong
That's why we're all here and singing along

**(CHORUS)**

And when you close your eyes tonight
Feel in your heart how our love burns bright
You are the voice
You are the light

**(CHORUS)**

**(CHORUS)**

You are the voice and the guiding light
Feel in your heart how our love burns bright

Written by Foster, Catera, Jenner
© Warner-Tamerlane Publ. Corp., Air Bear Music,
Linda's Boys Music, Fall Line Orange Music.
All Rights Reserved.

## THAT'S WHAT FRIENDS ARE FOR
### #1089-3
### Sing Like DION WARWICK & FRIENDS
Range: G3-B5 • Key: Eb • 4 Bar Intro

And I never thought I'd feel this way
And as far as I'm concerned
I'm glad I got the chance to say
That I do believe I love you
And if I should ever go away
Well then, close your eyes and try to feel
The way we do today
And then, if you can remember

**Chorus:**
Keep smiling, keep shining
Knowing you can always
Count on me for sure
That's what friends are for
For good times and bad times
I'll be on your side forever more
That's what friends are for

Well, you came and opened me
And now there's so much more I see
And so, by the way, I thank you
And then for the times when we're apart
Well then, close  your eyes
And know these words
Are coming from my heart
And then, if you can  remember

**(CHORUS)**

**(CHORUS)**

Keep smiling, keep shining
Knowing you can always
Count on me for sure
That's what friends are for
For good times and bad times
I'll be on your side forever more
That's what friends are for
Keep smiling, keep shining
Call on me for sure
Call on me for sure

Written by Bacharach, Sager
© WB Music Corp., Warneratamerlane Pub. Corp., New
Hidden Valley Music, Carole Bayer Sager Music.
All Rights Reserved.

## I'D LIKE TO TEACH THE WORLD TO SING
### #1089-4
### Sing Like THE NEW SEEKERS
Range: C4-C5 • Key: F • 2 Bar Intro

**Chorus:**
I'd like to build the world a home
And furnish it with love
Grow apple trees and honey bees
And snow white turtle doves
I'd like to teach the world to sing
In perfect harmony
I'd like to hold it in my arms
And keep it company

I'd like to see the world for once
All standing hand in hand
And hear them echo through the hills
For peace throughout the land

That's the song that i hear
Let the world sing today
A song of peace
That echos on and never goes away

(CHORUS)

I'd like to see the world for once
All standing hand in hand
And hear them echo through the hills
For peace throughout the land
For peace throughout the land

Written by Backer, Davis, Cook, Greenaway
© Shoda Music.
All Rights Reserved.

**EASE ON DOWN THE ROAD**
**#1089-5**
**Sing "THE WIZ"**
Range: D4-B5 • Key: G • 4 Bar Intro

Come on, ease on down
Ease on down the road
Come on, ease on down
Ease on down the road
Don't you carry nothin'
That might be a load
Come on, ease on down
Ease on down the road

Come on ease on down
Ease on down the road
Come on, ease on down
Ease on down the road
Don't you carry nothin'

That might be a load
Come on, ease on down
Ease on down the road

Pick your left foot up
When your right foot's down
Come on legs, keep movin'
'Don't you lose no ground
You just keep on keepin'
On the road that you choose
Don't you give up walkin'
'Cause you gave up shoes, no

Ease on down
Ease on down the road
Come on,othin'
That might be a load
Come on, ease on down
Ease on down the road

'Cause there may be times
When you think you lost your mind
And the steps you're takin'
Leave you three, four steps behind
But the road you're walkin'
Might be long sometimes
You just keep on truckin'
And you'll be just fine, yeah

Ease on down
Ease on down the road
Come on, ease on down
Ease on down the road
Don't you carry nothin'
That might be a load

Come on, ease on down
Ease on down the road

Written by C. Smalls
© Fox Fanfare Music Inc., Warner-Tamerlane Pub Corp.
All Rights Reserved.

**CDG = MUSIC & LYRICS**
The 'G' stands for 'Graphics', meaning that, when played on a CDG karaoke player, the song lyrics are displayed on a TV screen and highlighted as you sing. Don't have a CDG player? The disc plays just like any other CD on a regular CD player. Just read the words from the printed lyric book (included).

**PERFORMANCE & REHEARSAL TRACKS**
This Priddis Music CD includes two versions of every song; a full stereo performance track (no singer), and a rehearsal version (with singer). In the rehearsal
version, the reference vocal is on the right channel of the recording and can be turned on and off with a balance, 'multiplex', or similar control on your player.

**WHERE TO FIND MORE SELECTIONS**
ON-DISC CATALOG: This disc may contain a PDF file of our catalog. Just insert the disc into your computer and open the file using Adobe Acrobat. Don't have Acrobat? Download a free copy at www.adobe.com.

PRINTED CATALOG: For a printed catalog write to Priddis Music, P.O. Box 345, Pleasant Grove, UT 84062. Or call 800-326-3062 (outside the U.S. call 801-785-0949). Email us at sing@priddis.com.

WEBSITE: Our most current catalog is at www. priddis.com

LOCAL DEALERS: We encourage our customers to support our local dealers. To locate a dealer near you, call 800-326-3062 or visit our website at www.priddis.com.



Product
Number

/ /
DATE    MR.    MRS.    MS.

NAME

ADDRESS

CITY

STATE                    ZIP CODE
( )
                              PHONE
YOUR AGE    | PURCHASE IS A GIFT
            | FOR MY COLLECTION

**TITLE >>>**
MUSIC REPLACEMENT
www.entitle.com/priddis

**Where Did You Buy Your Priddis Music Product?**
☐ Music Store ☐ Online Store ☐ Chain Store
☐ Other:_____ Store Name:_____

**Why Did You Choose This Priddis Music Product?**
☐ Quality ☐ Recommendation ☐ Price ☐ Salesperson
☐ Instore Display ☐ Repeat Buy ☐ Selection

**What Is Your Product To Be Used for?**
☐ Voice Lessons ☐ Practice ☐ Just For Fun
☐ Profit Performance ☐ Free Performances

**What Do You Like About This Product :**
_____
_____

**List The Songs You Would Like Made Available:**
_____
_____

☐ **I would like to receive new release and special**
offer information, via email.
**Email account:** _____

*By registering your product, you qualify for a replacement at minimal cost if your product*
*should become damaged or worn in any way. Entitle offers damage*
*replacement and format upgrade services for this product.*



*Sing* **Multi-Voice**                    #1089G

**INSTRUMENTAL TRACKS**                   **REFERENCE VOCALS**

1. We Are The World*                      6. We Are The World*

2. Voice That Care                        7. Voice That Care

3. That's What Friends                    8. That's What Friends
   Are For                                   Are For

4. I'd Like To Teach The                  9. I'd Like To Teach The
   World To Sing                             World To Sing

5. Ease On Down                           10. Ease On Down
   The Road                                   The Road

**CDG**
KARAOKE

**CATALOG**
PC & MAC COMPATIBLE

Customer Service (801) 785-0949
℗©2003 Priddis Music • Made In The U.S.A.



**Pro Sound** *Pop/Rock*

1089G

Sing
**Multi-Voice Songs**

**INSTRUMENTAL TRACKS**

1. **WE ARE THE WORLD**\*
   Key: E • Range: E4-D5 • Length: 4:32 • Background Vocals: No
2. **VOICES THAT CARE**
   Key: E • Range: B3-C5 • Length: 5:00 • Background Vocals: Yes
3. **THAT'S WHAT FRIENDS ARE FOR**
   Key: Bb • Range: G3-B5 • Length: 3:51 • Background Vocals: No
4. **I'D LIKE TO TEACH THE WORLD TO SING**
   Key: F • Range: C4-C5 • Length: 2:00 • Background Vocals: No
5. **EASE ON DOWN THE ROAD**
   Key: G • Range: D4-B5 • Length: 1:49 • Background Vocals: No

**REFERENCE VOCALS**

6. **WE ARE THE WORLD**\*
   Key: E • Range: E4-D5 • Length: 4:32 • Background Vocals: No
7. **VOICES THAT CARE**
   Key: E • Range: B3-C5 • Length: 5:00 • Background Vocals: Yes
8. **THAT'S WHAT FRIENDS ARE FOR**
   Key: Bb • Range: G3-B5 • Length: 3:51 • Background Vocals: No
9. **I'D LIKE TO TEACH THE WORLD TO SING**
   Key: F • Range: C4-C5 • Length: 2:00 • Background Vocals: No
10. **EASE ON DOWN THE ROAD**
    Key: G • Range: D4-B5 • Length: 1:49 • Background Vocals: No

*Lyrics Not Included For This Song.*

**About this CDG**
Sing your favorite songs with a live band, just like the original artists.

Song lyrics are displayed on your TV screen and are highlighted in color as you sing

**PERFORMANCE TRACKS:**
Sing with the band in full-stereo, professional accompaniment. You are the singer.

**REHEARSAL TRACKS:**
Rehearse the songs by singing along with the demonstration singer. Turn the vocals on and off with the balance control or "multiplex" button on your CD player.

Printed lyric booklet included. Music can be played on any CD player. Special player required for On-Screen lyrics.

Copyright © 2002 Priddis Music

7  19698 41089  2



**I'M YOUR PUPPET**
#1195-1
Sing Like ELTON JOHN & PAUL YOUNG
Range: F3-A4 • Key: Bb • 4 Bar Intro

**Both:** Pull the sting and I'll wink at you
I'm your puppet
I'll do funny things if you want me to
I'm your puppet

**1:** I'm yours to have and to hold darlin'
you've got full control

**Both:** I'm your puppet
pull another string and I'll kiss your lips
I'm your puppet
Snap your fingers and I'll turn you some flips
I'm your puppet

**2:** Your every wish is my command
All you gotta do is wiggle your little hand

**Both:** I'm your puppet, I'm your puppet

**1:** I'm just a toy
**2:** Just a funny boy
That makes you laugh when your blue
**1:** I'll be wonderful
**2:** Do just what I'm told
**1:** I'll be waiting there for you

**Both:** I'm your puppet, I'm your puppet
Pull them little strings and I'll sing you a song
I'm your puppet

**1:** Oh Baby
**Both:** Make me do right or make me do wrong
I'm your puppet
**2:** Mmmm treat me good and I'll do anything
**1:** I'm just a puppet and you hold my strings

**Both:** I'm your puppet, I'm your puppet
**1:** Walkin', talkin', livin', lovin' puppet
**2:** Hangin' on a string  I'll do anything now
Come on now, come on now ooh woah

**Both:** I'm your puppet
**1:** Ooh Walkin', talkin', livin', lovin' puppet
**2:** I'm a smiling
Happy face when you want me to make you
Happy when you feel blue
**1:** Come on baby, come on baby, don't you know
I'm your puppet

Written by Linden Oldham, Dan Penn
©Screen Gems, EMI
All Rights Reserved.

**AIN'T NOTHIN' LIKE THE REAL THING**
#1195-2
Sing Like E. JOHN & MARCELLA DETROIT
Range: E3-G5 • Key: E • 2 Bar Intro

**Chorus: (Both)**
Ain't nothin' like the real thing baby
Ain't nothin' like the real thing
Ain't nothin' like the real thing baby
Ain't nothin' like the real thing

**Female:**
I got your picture hangin' on my wall
But it can't seem to come to me
When I call your name
I realize it's just a picture in a frame

**Male:**
I read your letters but your not here
They don't move me, they don't grove me
Like when I hear your sweet voice
Whispering in my ear

**(CHORUS)**

**Female:**
I play my games of fantasy
I pretend I don't see reality
I need the shelter of your arms to comfort me

**Male:**
I got some memories to look back on
Though they help me when your gone
I'm well aware that nothin' can take the place
Of you being there

**Both:**
No other sound is quite the same as your
name,
No touch can do half as much

**Female:**
To make me feel better

**Both:** Lets stay together

**(CHORUS)**

**Male:** I'm so

**Both:**
So glad we got the real thing baby
So glad we got the real thing
Ain't nothin' like the real thing baby
Ain't nothin' like the real, real, real thing

Written by Nickolas Ashford, Valerie Simpson
© Jobete Music
All Rights Reserved.

**LOVE LETTERS**
**#1195-3**
**Sing Like E. JOHN & BONNIE RAITT**
Range: C3-B4 • Key: Gb • 8 Bar Intro

**Male:**
Love letters straight from your heart
Keep us so near while apart
I'm not alone every night
When I can hear all the love you write

**Female:**
I memorize every line
And I kiss the name that you sign
And darlin', then
I read again right from the start

**Both:**
Love letters straight from your heart

**(33 Bar Instrumental)**

**Male:**
I memorize every little line
And I kiss the name that you sign

**Both:**
and darlin', then I read again
Right from the start
Love letters straight from your heart
And darlin', then I read again
Right from the start
Love letters straight from your heart

Written by Victor Young, Edward Heyman
© Famous Music Corp.
All Rights Reserved.

**DON'T GO BREAKING MY HEART**
**#1195-4**
**Sing Like ELTON JOHN & RUPAUL**
Range: G3-C5 • Key: C • 16 Bar Intro

**1:** Don't go breakin' my heart
**2:** I couldn't if I tried.
**1:** Oh honey if I get restless
**2:** Baby you're not that kind
**1:** Don't go breakin' my heart
**2:** You take the weight off of me.
**1:** Oh honey when you knocked on my door
**2:** I gave you my key

**Chorus:**
**1:** Oooh, hoo nobody know it when I was down
**2:** I was your clown
**1:** Oooh, hoo nobody know it right from the start
**2:** I gave you my heart
**Both:** Ooh, hoo I gave you my heart
**1:** So don't go breakin' my heart
**2:** I won't go breakin' your heart
**Both:** Don't go breakin' my heart

**1:** And nobody told us
**2:** 'Cause nobody showed us
**1:** And now it's up to us baby
**2:** Oh I think we can make it
**1:** So don't misunderstand me
**2:** You put the light in my life
**1:** Oh you put the spark to the flame
**2:** I got you hot in my sight

**(CHORUS)**

**(18 Bar Instrumental)**

Reproduced by Ruling Music Corp

**1:** Ooh, hoo nobody know it when I was down
**2:** I was our clown
**1:** Right from the start
**2:** I gave you my heart
**Both:** Ooh, hoo, I gave you my heart
**1:** So don't go breakin' my heart
**2:** I won't go breakin' your heart
**Both:** Don't go breakin' your heart
**2:** I won't go breakin' your heart
**1:** Don't go breakin' my, don't go breakin' my
**2:** I won't go breakin' your heart

**1:** Don't go breakin' my heart
Breakin' my, breakin' my heart
**2:** i won't go breakin' your heart
**1:** Don't go breakin' my heart
Breakin' my, breakin' my heart
**2:** I won't go breakin' your heart
**1:** Don't go breakin' my heart
Breakin' my, breakin' my heart
**2:** I won't go breakin' your heart
**1:** Don't go breakin' my heart
Breakin' my, breakin' my heart
**2:** I won't go breakin' your heart
**Both:** Don't go breaking my heat
Don't go breakin' my heart

### TRUE LOVE
### #1195-5
### Sing Like ELTON JOHN & KEEKEE DEE
Range: G3-D5 • Key: Db • 8 Bar Intro

Sun tanned wind blown
Honey mooner at last alone
Feeling far above par
Oh, how lucky we are
While I give to you and you give to me
True love, true love
So, on and on it will always be
True love, true love

**Chorus:**
For you and I have have a guardian angel
On high with nothing to do
But to give to you as you give to me
Love forever true, love forever true

**(CHORUS)**

Give me your true love...oh yeah, true love
True love, got to give me your true love, oh yeah
Oh yeah true love, true love
For you and I have have a guardian angel
On high with nothing to do
But to give to you as you give to me
Love forever true
Love forever
True love

Written by Carte Blanche, Ann Orson
© Intersong USA C/O Warner Bros. Music.
All Rights Reserved.

Written by Cole Porter
©1955, 1956 Chappell and Co.
All Rights Reserved.

**CDG = MUSIC & LYRICS**
The 'G' stands for 'Graphics', meaning that, when played on a CDG karaoke player, the song lyrics are displayed on a TV screen and highlighted as you sing. Don't have a CDG player? The disc plays just like any other CD on a regular CD player. Just read the words from the printed lyric book (included).

**PERFORMANCE & REHEARSAL TRACKS**
This Priddis Music CD includes two versions of every song; a full stereo performance track (no singer), and a rehearsal version (with singer). In the rehearsal version, the reference vocal is on the right channel of the recording and can be turned on and off with a balance, 'multiplex', or similar control on your player.

**WHERE TO FIND MORE SELECTIONS**
CATALOG ON-DISC: This disc may contain a PDF file of our catalog. Just insert the disc into your computer and open the file using Adobe Acrobat. Don't have Acrobat? Download a free copy at www.adobe.com.

PRINTED CATALOG: For a printed catalog write to Priddis Music, P.O. Box 345, Pleasant Grove, UT 84062. Or call 800-326-3062 (outside the U.S. call 801-785-0949). Email us at sing@priddis.com.

WEBSITE: Our most current catalog is at www.priddis.com

LOCAL DEALERS: We encourage our customers to support our local dealers. To locate a dealer near you, call 800-326-3062 or visit our website at www.priddis.com.

HEAR A SAMPLE: Hear a sample of any song in our catalog by calling our Preview Line 801-785-6666.

Priddis Quality
Assured



Product Number

/ / DATE   MR.   MRS.   MS.

NAME

ADDRESS

CITY

STATE          ZIP CODE

(    )          PHONE

YOUR AGE
☐ PURCHASE IS A GIFT
☐ FOR MY COLLECTION

ENTITLE >>>
MUSIC REPLACEMENT
www.entitle.com/priddis

**Where Did You Buy Your Priddis Music Product?**
☐ Music Store ☐ Online Store ☐ Chain Store
☐ Other:_____ Store Name:_____

**Why Did You Choose This Priddis Music Product?**
☐ Quality ☐ Recommendation ☐ Price ☐ Salesperson
☐ Instore Display ☐ Repeat Buy ☐ Selection

**What Is Your Product To Be Used for?**
☐ Voice Lessons ☐ Practice ☐ Just For Fun
☐ Profit Performance ☐ Free Performances

**What Do You Like About This Product :**
_____
_____
_____

**List The Songs You Would Like Made Available:**
_____
_____

☐ I would like to receive new release and special
offer information, via email.
Email account: _____

*By registering your product, you qualify for a replacement at minimal cost if your product
should become damaged or worn in any way. Entitle offers damage
replacement and format upgrade services for this product*





Pro Sound
Pop/Rock

Sing Like
**Elton** John **(Duets)**

1195G

**INSTRUMENTAL TRACKS**

1. **I'M YOUR PUPPET**
Key: Bb • Range: F3-A4 • Length: 3:35 • Background Vocals: No

2. **AIN'T NOTHIN' LIKE THE REAL THING**
Key: E • Range: E3-G5 • Length: 4:35 • Background Vocals: No

3. **LOVE LETTERS**
Key: Gb • Range: G3-B4 • Length: 4:05 • Background Vocals: No

4. **DON'T GO BREAKING MY HEART**
Key: C • Range: G3-C5 • Length: 5:00 • Background Vocals: No

5. **TRUE LOVE**
Key: Db • Range: G3-D5 • Length: 3:35 • Background Vocals: Yes

**REFRENCE VOCALS**

6. **I'M YOUR PUPPET**
Key: Bb • Range: F3-A4 • Length: 3:35 • Background Vocals: No

7. **AIN'T NOTHIN' LIKE THE REAL THING**
Key: E • Range: E3-G5 • Length: 4:35 • Background Vocals: No

8. **LOVE LETTERS**
Key: Gb • Range: G3-B4 • Length: 4:05 • Background Vocals: No

9. **DON'T GO BREAKING MY HEART**
Key: C • Range: G3-C5 • Length: 5:00 • Background Vocals: No

10. **TRUE LOVE**
Key: Db • Range: G3-D5 • Length: 3:35 • Background Vocals: Yes

**About this CDG**
Sing your favorite songs with a live band, just like the original artists.

Song lyrics are displayed on your TV screen and are highlighted in color as you sing

**PERFORMANCE TRACKS:**
Sing with the band in full-stereo, professional accompaniment. You are the singer.

**REHEARSAL TRACKS:**
Rehearse the songs by singing along with the demonstration singer. Turn the vocals on and off with the balance control or "multiplex" button on your CD player.

Printed lyric booklet included.
Music can be played on any CD player.
Special player required for On-Screen Lyrics.
Copyright © 2000 Priddis Music

7 19698 41195 0



**LOVE'S THE ONLY HOUSE**
**#1359-1**
**Sing Like MARTINA MCBRIDE**
Range: A3-C#5 • Key: A • 8 Bar Intro

I was standing in the grocery store line
The one they marked express
When this woman came through
With about 25 things
And I said don't you know that more is less
She said this world is movin' so fast
I just get more behind every day
And every mornin' when I make my coffee
I can't believe my life's turned out this way
All I could say was

**Chorus:**
Love's the only house big enough
For all the pain in the world
Love's the only house big enough
For all the pain

He was walkin' by the other day and i said
Hey baby...how you been
Yeah I got me a little girl now
And she's four years old
And she's got her daddy's little grin
And you only wanted what you can't have
And baby you can't have me now
I gave my heart to another
Yeah I'm a mother and he's a father and
We're a family and we got each other
And I found out the hard way that

**(CHORUS)**

You drive three miles from all this prosperity
Down across the river and you see a ghetto there
And we got children walking around with guns
And they got knives and drugs and pain to spare
And here I am in my clean white shirt
With a little money in my pocket
And a nice warm home
And we got teenagers walkin'
Around in a culture of darkness
Livin' together alone...all I can say is

**(CHORUS)**

And I can't explain it and I can't understand
But I'll come down and get my hands dirty
And together we'll make a stand
Somewhere 'cross the parking lot
Some bands playin' out of tune
City streets are gonna burn
If we don't do something soon
And señorita can't quit cryin
Baby's due now any day
Don Juan left got sick of trying
No one there to show him the way
She came down to the grocery store
And she said I, i wanna buy
A little carton of milk but I don't have any money
I said hey I'll cover you honey
So come on down to my house
Don't you know that

**(CHORUS)**

Don't you know that

**(CHORUS)**

Yeah

**THE WAY YOU LOVE ME**
**#1359-2**
**Sing Like FAITH HILL**
Range: A3-B4 • Key: C • 10 Bar Intro

If I could grant you one wish
I wish you could see the way you kiss
Oooh I love watching you baby
When you're driving me crazy

**Chorus:**
Ooh I love the way you love the way you love me
There's nowhere else I'd rather be
Ooh to feel the way I feel
With your arms around me
I only wish that you could see
The way you love me
Whoa, oh oh, the way you love me

It's not right, it's not fair
What you're missing over there
Someday I'll find a way to show you
Just how lucky I am to know you

**(CHORUS)**

You're the million reasons why
There's the love reflecting in my eyes

**(CHORUS)**

Written by T. Douglas, B. Cason
© Sony (ATV) Tree, Buzz Cason, Southern Writers Group
All Rights Reserved

Whoa, oh oh, the way you love me
Whoa, oh oh, the way you love me
Oh the way love me
The way you love me
Oh yeah
Oh the way you love me

Written by Keith Follese, Michael Delaney
© Encor Entertainment, Famous Music,
Airstreem Dreams Music, Coyote House Music
All Rights Reserved

**YOU'RE WHERE I BELONG**
**#1359-3**
**Sing Like TRISHA YEARWOOD**
Range: A3-B4 • Key: D • 4 Bar Intro

I am home now
Home now
I've been waiting for forever to find you
To find you
I'm not alone now
Alone now
'Cause you've taken in my heart
From the cold

All I know is everytime I look into your eyes
I'm home, I know

**Chorus:**
You're where I belong
I belong with you
You're where I belong
And I know it's the truth
You're part of my heart
There's nothin' I can do
Oh you're the one who keeps me warm
Oh baby you're where I belong

You're my first taste, my first taste
Of the sweetest feeling I've ever know
That I've known
You're my safe place, my safe place
From a world that can be so cruel and cold
You're my harbor you're my shelter
You're that welcome smile that lets me know
I'm home

(CHORUS)

Don't you know that

(CHORUS)

Yeah

---

**THE WAY YOU LOVE ME**
**#1359-2**
**Sing Like FAITH HILL**
Range: A3-B4 • Key: C • 10 Bar Intro

If I could grant you one wish
I wish you could see the way you kiss
Oooh I love watching you baby
When you're driving me crazy

**Chorus:**
Ooh I love the way you love the way you love me
There's nowhere else I'd rather be
Ooh to feel the way I feel
With your arms around me
I only wish that you could see
The way you love me
Whoa, oh oh, the way you love me

It's not right, it's not fair
What you're missing over there
Someday I'll find a way to show you
Just how lucky I am to know you

**(CHORUS)**

You're the million reasons why
There's the love reflecting in my eyes

**(CHORUS)**

Whoa, oh oh, the way you love me
Whoa, oh oh, the way you love me
Oh the way love me
The way you love me
Oh yeah
Oh the way you love me

Written by T. Douglas, B. Cason
© Sony (ATV) Tree, Buzz Cason, Southern Writers Group
All Rights Reserved

---

**YOU'RE WHERE I BELONG**
**#1359-3**
**Sing Like TRISHA YEARWOOD**
Range: A3-B4 • Key: D • 4 Bar Intro

I am home now
Home now
I've been waiting for forever to find you
To find you
I'm not alone now
Alone now
'Cause you've taken in my heart
From the cold

All I know is everytime I look into your eyes
I'm home, I know

**Chorus:**
You're where I belong
I belong with you
You're where I belong
And I know it's the truth
You're part of my heart
There's nothin' I can do
Oh you're the one who keeps me warm
Oh baby you're where I belong

You're my first taste, my first taste
Of the sweetest feeling I've ever know
That I've known
You're my safe place, my safe place
From a world that can be so cruel and cold
You're my harbor you're my shelter
You're that welcome smile that lets me know
I'm home

Written by Keith Follese, Michael Delaney
© Encor Entertainment, Famous Music,
Airstream Dreams Music, Coyote House Music
All Rights Reserved

