# EXHIBIT "E"

To

## DECLARATION OF PAUL HARRISON STACEY

### MOTION FOR PRELIMINARY INJUNCTION AND [PROPOSED] ORDER

(Filed July 2, 2007 in the case of *WORD MUSIC, LLC. et al. vs PRIDDIS MUSIC, INC. et al.*, Case No. 3:07-cv-502 in the
United States District Court for the Middle District of Tennessee (Nashville)

*MEDIOSTREAM, INC..*
vs.
*PRIDDIS MUSIC, INC., et al.*

Case No. C 07 2127

**Judge Phyllis J. Hamilton**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

WORD MUSIC, LLC., a Tennessee Limited
Liability company, DAYSPRING MUSIC, LLC,
a Tennessee Limited Liability Company,
WORDSPRING MUSIC, LLC., a Tennessee
Limited Liability company, UNICHAPPELL
MUSIC, INC., a Delaware corporation,
CHAPPELL & CO., INC., a Delaware
corporation, COTILLION MUSIC, INC., a
Delaware Corporation, RIGHTSONG MUSIC,
INC., a Delaware Corporation, WALDEN
MUSIC, INC., a New York Corporation,
WARNER/TAMERLANE PUBLISHING
CORP., a California corporation, and WB
MUSIC CORP., a California corporation,

                Plaintiff,

    vs.-

PRIDDIS MUSIC, INC., a Nevada corporation,
RICHARD L. PRIDDIS, individually,
PROSOUND KARAOKE LTD., a United
Kingdom corporation, MEDIOSTREAM, INC., a
California corporation, d/b/a "K SUPERSTAR,"
D.J. MILLER MUSIC DISTRIBUTORS, INC., a
Colorado corporation, d/b/a "PROSING," and
DALE S. MILLER, Individually

                Defendants.

Case No. 3:07-cv-502

**JURY DEMAND**

**Judge Haynes**

**PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, WORD MUSIC, LLC., a Tennessee Limited Liability Company, DAYSPRING MUSIC, LLC, a Tennessee Limited Liability Company, WORDSPRING MUSIC, LLC., a Tennessee Limited Liability company, UNICHAPPELL MUSIC, INC., a Delaware corporation, CHAPPELL & CO., INC., a Delaware

corporation, COTILLION MUSIC, INC., a Delaware Corporation, RIGHTSONG MUSIC, INC., a Delaware Corporation, WALDEN MUSIC, INC., a New York Corporation, WARNER/TAMERLANE PUBLISHING CORP., a California corporation, and WB MUSIC CORP., a California corporation, ("Plaintiffs"), by and through their attorneys, Paul Harrison Stacey, Law Offices of Paul Harrison Stacey, P.C. and Timothy L. Warnock, Bowen, Riley, Warnock & Jacobson, PLC, move the Court to enter a Preliminary injunction enjoining the Defendants from manufacturing, distributing, advertising, selling or otherwise exploiting a musical compositions owned or administered by Plaintiffs without first obtaining a license authorizing the exploitation. As the Complaint, Declarations and Exhibits demonstrate, Plaintiffs are the owners and/or administrators of copyrights in numerous musical compositions. Copies of the Certificates of Copyright Registration or the applications for registration for these musical compositions are attached as Exhibit "A" to the DECLARATION OF KELLY L. ISENBERG filed contemporaneously herewith in support hereof.

Plaintiffs have never authorized Defendants to exploit these copyrighted musical compositions. In fact, notwithstanding repeated demands to cease and desist, the Defendants have manufactured, distributed, advertised and sold "karaoke" recordings which infringe Plaintiffs' rights and continue to do so at this time.

For the reasons set forth in the accompanying Memorandum, as well as the filed declarations of Kelly L. Isenberg, Dorothy D. Gibby, Paul Harrison Stacey, and Supplemental Declarations of Dorothy D. Gibby and Paul Harrison Stacey, Plaintiffs request that the Court enter a Preliminary Injunction prohibiting any further infringement of Plaintiffs' compositions.

Respectfully submitted,

By:    s/ Timothy L. Warnock
Timothy L. Warnock (BPR #12844)
Bowen, Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Ph.: 615-320-3700

and

Paul Harrison Stacey
Law Offices of Paul Harrison Stacey, P.C.
Wyoming Bar No. 5-2615
7225 N. Spring Gulch Road
P.O. Box 4157
Jackson, WY 83001
Ph:    307-733-7333
Fax:   307-733-7360

*Illinois Office:
202 W. Willow Avenue, Suite 103
Wheaton, Illinois 60187
Ph:    630-462-1949
Fax:   630-462-9293

*Attorneys for Plaintiffs,*
*WORD MUSIC, LLC et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically upon:

Jeff T. Goodson
Law Offices of John Cobb Rochford, PLLC
2200 Abbot Martin Road, Suite 201
Nashville, TN 37215

And via Federal Express upon:

James C. Bradshaw III, BPR # 13170
Michael D. Hornback, BPR # 22128
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
615.244.0020
Facsimile: 615.256.1726
(jbradshaw@wyattfirm.com)


Owen Borum
Caplan & Ernest, LLC
One Boulder Plaza
1800 Broadway, Suite 200
Boulder, Colorado 80302-6737

Frear Stephen Schmid
177 Post Street, Suite 890
San Francisco, California 94108


this the 2nd day of July, 2007.

                                                         s/ Timothy L. Warnock

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

WORD MUSIC, LLC., a Tennessee Limited
Liability company, DAYSPRING MUSIC,
LLC, a Tennessee Limited Liability
Company, WORDSPRING MUSIC, LLC., a
Tennessee Limited Liability company,
UNICHAPPELL MUSIC, INC., a Delaware
corporation, CHAPPELL & CO., INC., a
Delaware corporation, COTILLION MUSIC,
INC., a Delaware Corporation, RIGHTSONG
MUSIC, INC., a Delaware Corporation,
WALDEN MUSIC, INC., a New York
Corporation, WARNER/TAMERLANE
PUBLISHING CORP., a California
corporation, and WB MUSIC CORP., a
California corporation,

                Plaintiff,

vs.-

PRIDDIS MUSIC, INC., a Nevada
corporation,
RICHARD L. PRIDDIS, individually,
PROSOUND KARAOKE LTD., a United
Kingdom corporation, MEDIOSTREAM,
INC., a California corporation, d/b/a "K
SUPERSTAR," D.J. MILLER MUSIC
DISTRIBUTORS, INC., a Colorado
corporation,     d/b/a "PROSING," and DALE
S. MILLER, Individually

                Defendants.

Case No. 3:07-cv-502

**JURY DEMAND**

**Judge Haynes**

{PROPOSED}
<u>ORDER FOR PRELIMINARY
INJUNCTION</u>

This is an action for copyright infringement. Plaintiffs have moved for an order

granting Plaintiffs a preliminary injunction pursuant to Rule 65 F.R.C.P., enjoining and

restraining Defendants from the infringement of Plaintiffs' copyrights pending the trial

1

and determination of the action and until further Order of this Court, the Court havingconsidered the pleadings, declarations and exhibits on file,

IT IS THEREFORE ORDERED:

1. That Defendants, their agents, servants, employees, and attorneys and all persons in active concert and participation with them are preliminarily enjoined from copying or otherwise using in any manner the subject matter of Plaintiffs' copyrights, including those identified in Exhibit "A" attached hereto.

2. That Defendants, their agents, servants, and employees, and all persons in active concert and participation with them shall, within three days of the entry of this Order, take all necessary steps to notify any of Defendants' distributors, retailers, internet sellers, warehouse facilities and any and all other commercial entities in possession of any copies of materials utilizing in any manner the subject matter of Plaintiffs' copyrights of the entry of this Order (including providing each such person or entity with a copy of this Order) and that no further copying, sales, distribution, advertising, "file sharing" or use of any kind or nature whatsoever of such materials shall be permitted until further Order of this Court.

3. That within ten days of the entry of this Order the Defendants shall provide Plaintiffs' counsel with a listing of all distributors, retailers, internet sellers, warehouse facilities and any and all other commercial entities in possession of any copies of materials utilizing in any manner the subject matter of Plaintiffs' copyrights and confirm in writing, as applicable, that each such person or entity has been notified and provided with a copy of this Order of its obligations pursuant to this Order and has complied with said obligation. The Defendants shall provide Plaintiffs' counsel with a

Declaration that the Defendants have complied with this obligation and a copy of the notice sent by Defendants hereunder, including therewith a copy of such notification and the manner in which each such notification was served.

**ENTERED** this the _____ day of July, 2007.

_____
WILLIAM J. HAYNES, JR.
United States District Judge

APPROVED FOR ENTRY:

s/ Timothy L. Warnock
Timothy L. Warnock (BPR #12844)
Bowen, Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Ph.: 615-320-3700

and

s/ Paul Harrison Stacey
Paul Harrison Stacey
Law Offices of Paul Harrison Stacey, P.C.
Wyoming Bar No. 5-2615
7225 N. Spring Gulch Road
P.O. Box 4157
Jackson, WY 83001
Ph:    307-733-7333
Fax:   307-733-7360

*Illinois Office:
202 W. Willow Avenue, Suite 103
Wheaton, Illinois 60187
Ph:    630-462-1949
Fax:   630-462-9293

*Attorneys for Plaintiffs, WORD MUSIC, LLC et al*