# EXHIBIT "F"

To

# DECLARATION OF PAUL HARRISON STACEY

**AGREED ORDER FOR PRELIMINARY INJUNCTION AND MEDIATION**
(Filed July 13, 2007 in the case of *WORD MUSIC, LLC. et al. vs PRIDDIS MUSIC, INC. et al.,* Case No. 3:07-cv-502 in the
United States District Court for the Middle District of Tennessee (Nashville)

*MEDIOSTREAM, INC..*
vs.
*PRIDDIS MUSIC, INC., et al.*

Case No. C 07 2127

Judge Phyllis J. Hamilton

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

WORD MUSIC, LLC., a Tennessee Limited
Liability company, DAYSPRING MUSIC, LLC,
a Tennessee Limited Liability Company,
WORDSPRING MUSIC, LLC., a Tennessee
Limited Liability company, UNICHAPPELL
MUSIC, INC., a Delaware corporation,
CHAPPELL & CO., INC., a Delaware
corporation, COTILLION MUSIC, INC., a
Delaware Corporation, RIGHTSONG MUSIC,
INC., a Delaware Corporation, WALDEN
MUSIC, INC., a New York Corporation,
WARNER/TAMERLANE PUBLISHING
CORP., a California corporation, and WB
MUSIC CORP., a California corporation,

       Plaintiff,

vs.-

PRIDDIS MUSIC, INC., a Nevada corporation,
RICHARD L. PRIDDIS, individually,
PROSOUND KARAOKE LTD., a United
Kingdom corporation, MEDIOSTREAM, INC., a
California corporation, d/b/a "K SUPERSTAR,"
D.J. MILLER MUSIC DISTRIBUTORS, INC., a
Colorado corporation, d/b/a "PROSING," and
DALE S. MILLER, Individually

       Defendants.

Case No. 3:07-cv-502

**JURY DEMAND**

**Judge Haynes**

**AGREED ORDER FOR
PRELIMINARY INJUNCTION
AND MEDIATION**

This is an action for copyright infringement. In lieu of contesting the Plaintiffs' motion for an order granting Plaintiffs a preliminary injunction pursuant to Rule 65 F.R.C.P., enjoining and restraining Defendants from the infringement of Plaintiffs' copyrights pending the trial and determination of the action and until further Order of this Court, the Plaintiffs and Defendants D.J. MILLER MUSIC DISTRIBUTORS, INC., a Colorado corporation, d/b/a "PROSING," and

DALE S. MILLER, Individually, ("MILLER Defendants") have agreed to the entry of this preliminary injunction.

It is therefore ORDERED:

1) That MILLER Defendants, their agents, servants, employees, and attorneys and all persons in active concert and participation with them are preliminarily enjoined from copying, recording, manufacturing, distributing, selling or offering for sale, or otherwise using in any manner the subject matter of Plaintiffs' copyrights, including those identified in Exhibit "A" to the **COMPLAINT FOR INJUNCTION AND DAMAGES**.

2) That MILLER Defendants, their agents, servants, employees, and attorneys and all persons in active concert and participation with them shall, within three days of the entry of this Order, take all necessary steps to notify any of MILLER Defendants' manufacturers, distributors, retailers, internet sellers, warehouse facilities, television stations/channels, internet download services/software providers and any and all other commercial entities in possession of any copies of materials utilizing in any manner the subject matter of Plaintiffs' copyrights of the entry of this Order (including providing each such person or entity with a copy of this Order) and that no further copying, sales, distribution, advertising, "sampling" or use of any kind or nature whatsoever of such materials shall be permitted until further Order of this Court;

5) That within ten days of the entry of this Order, the MILLER defendants shall provide Plaintiff's counsel with a listing of all manufacturers, distributors, retailers, internet sellers, warehouse facilities and any and all other commercial entities in possession of any copies of materials utilizing in any manner the subject matter of Plaintiffs' copyrights and confirm in writing, as applicable, that each such person or entity has been notified and provided with a copy of this Order of its obligations pursuant to this Order and has complied with said obligation,

which confirmation to Plaintiffs shall include a copy of such notification and any documents evidencing the manner of notification.

6. The parties shall submit to formal mediation with an approved mediator within 60 days from the entry of this Order.

ENTERED: *[signature]*
WILLIAM J. HAYNES, JR.
United States District Judge

DATED: 7-13-07

AGREED AND APPROVED FOR ENTRY:

s/ Paul Harrison Stacey
Paul Harrison Stacey
Law Offices of Paul Harrison Stacey, P.C.*
Attorney for Plaintiffs
7225 N. Spring Gulch Road
P.O. Box 4157
Jackson, WY 83001
Ph:   307-733-7333
Fax:  307-733-7360
Wy. Atty. No. 5-2615

*Illinois Office:
202 W. Willow Avenue, Suite 103
Wheaton, Illinois 60187
Ph:   630-462-1949
Fax:  630-462-9293
Email: PStacey151@msn.com

3