# EXHIBIT "G"

To

## DECLARATION OF PAUL HARRISON STACEY

### CIVIL DOCKET FOR CASE NO# 3:07-CV-00502
*WORD MUSIC, LLC. et al. vs PRIDDIS MUSIC, INC. et al.,* Case No. 3:07-cv-502
in the
United States District Court for the Middle District of Tennessee (Nashville)

*MEDIOSTREAM, INC..*
vs.
*PRIDDIS MUSIC, INC., et al.*

Case No.  C 07 2127

**Judge Phyllis J. Hamilton**

# U.S. District Court
## Middle District of Tennessee (Nashville)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00502

| | |
|---|---|
| Word Music, LLC et al v. Priddis Music, Inc. et al | Date Filed: 05/08/2007 |
| Assigned to: District Judge William J. Haynes, Jr | Jury Demand: Both |
| Demand: $50,000,000 | Nature of Suit: 820 Copyright |
| Cause: 17:0101 Copyright Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Word Music, LLC**  represented by  **Paul Harrison Stacey**
*a Tennessee Limited Liability Company*

Law Offices of Paul Harrison Stacey, P.C.
P O Box 4157
7225 N Spring Gulch Road
Jackson, WY 83001
(307) 733-7333
Email: pstacey151@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy L. Warnock**
Bowen, Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
Email: twarnock@bowenriley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dayspring Music, LLC**  represented by  **Paul Harrison Stacey**
*a Tennessee Limited Liability Company*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy L. Warnock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wordspring Music, LLC**  represented by  **Paul Harrison Stacey**
*a Tennessee Limited Liability Comapny*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy L. Warnock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Unichappell Music, Inc.**  represented by  **Paul Harrison Stacey**
*a Delaware Corporation*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Timothy L. Warnock**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chappell & Co., Inc.**  represented by  **Paul Harrison Stacey**
*a Delaware Corporation*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Timothy L. Warnock**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cotillion Music, Inc.**  represented by  **Paul Harrison Stacey**
*a Delaware Corporation*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Timothy L. Warnock**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rightsong Music, Inc.**  represented by  **Paul Harrison Stacey**
*a Delaware Corporation*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Timothy L. Warnock**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Walden Music, Inc.**  represented by  **Paul Harrison Stacey**
*a New York Corporation*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Timothy L. Warnock**
  (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Warner/Tamerlane Publishing Corp.**
*a California Corporation*

represented by **Paul Harrison Stacey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy L. Warnock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WB Music Corp.**
*a California Corporation*

represented by **Paul Harrison Stacey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy L. Warnock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Priddis Music, Inc.**
*a Nevada Corporation*

represented by **Jeffrey Todd Goodson**
Law Office of John Cobb Rochford, PLLC
2200 Abbott Martin Road
Suite 201
Nashville, TN 37215
US
(615) 269-7676
Fax: (615) 269-7675
Email: jgoodson@rochfordlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard L. Priddis**
*individually*

represented by **Jeffrey Todd Goodson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Prosound Karaoke LTD**
*a United Kingdom Corporation*

represented by **Jeffrey Todd Goodson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mediostream, Inc.**
*a California Corporation*
*doing business as*
"K Superstar"

represented by **J. Owen Borum**
Caplan & Earnest, LLC
1800 Broadway
Suite 200
Boulder, CO 80302-5289
US
(303) 443-8010
Fax: (303) 440-3967
Email: oborum@celaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C. Bradshaw, III**
Wyatt, Tarrant & Combs
2525 West End Avenue
Suite 1500
Nashville, TN 37203-1423
(615) 244-0020
Email: jbradshaw@wyattfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Hornback**
Wyatt, Tarrant & Combs
2525 West End Avenue
Suite 1500
Nashville, TN 37203-1423
(615) 251-6754
Email: mhornback@wyattfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**D.J. Miller Music Distributors, Inc.**
*a Colorado Corporation*
*doing business as*
"Prosing"

represented by **J. Owen Borum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C. Bradshaw, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Hornback**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dale S. Miller**
*individually*

represented by **J. Owen Borum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C. Bradshaw, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Hornback**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2007 | 1 | COMPLAINT against Priddis Music, Inc., Richard L. Priddis, Prosound Karaoke LTD, Mediostream, Inc., D.J. Miller Music Distributors, Inc., Dale S. Miller, filed by Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., WB Music Corp., Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC.Filing fee paid $350.Summons issued. (Attachments: # 1 Exhibit A# 2 summons)(eh, ) (Entered: 05/09/2007) |
| 05/08/2007 | 2 | NOTICE from USDC Clerk regarding Corporate Disclosure Statement requirement (eh) (Entered: 05/09/2007) |
| 05/08/2007 | 3 | CORPORATE DISCLOSURE STATEMENT filed by Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., WB Music Corp., Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC. (eh) (Entered: 05/09/2007) |
| 05/08/2007 | 4 | MOTION for attorney Paul Harrison Stacey to Appear Pro Hac Vice by Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., WB Music Corp., Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC.Fee paid $75. (Attachments: # 1 Proposed Order)(eh) (Entered: 05/09/2007) |
| 05/08/2007 | 5 | CERTIFICATE OF GOOD STANDING from USDC/Northern District of Illinois filed by Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., WB Music Corp., Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC. (eh) (Entered: 05/09/2007) |
| 05/08/2007 | 6 | DECLARATION of Paul Harrison Stacey filed by Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., WB Music Corp., Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC. (eh) (Entered: 05/09/2007) |
| 05/10/2007 | 7 | NOTICE of Initial Case Management Conference set for Monday 7/2/2007 at 02:00 PM in Courtroom A859 before District Judge William J. Haynes Jr. (eh) (Entered: 05/10/2007) |
| 05/11/2007 | 8 | MOTION to Continue *Initial Case Management Conference* by Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., WB Music Corp., Word |

| | | |
|---|---|---|
| | | Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC. (Warnock, Timothy) (Entered: 05/11/2007) |
| 05/14/2007 | 9 | ORDER granting 8 Motion to Continue *Initial Case Case Management Conference. Conference reset for 7/9/2007 at 02:00 PM.* Signed by Judge William J. Haynes Jr. on 5/14/07. (gi, ) (Entered: 05/14/2007) |
| 05/14/2007 | 10 | ORDER granting 4 Motion for Atty Paul Harrison Stacey to Appear Pro Hac Vice. Signed by Judge William J. Haynes Jr. on 5/14/07. (gi, ) (Entered: 05/14/2007) |
| 05/16/2007 | 11 | WAIVER OF SERVICE Returned Executed by Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., WB Music Corp., Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC. D.J. Miller Music Distributors, Inc. waiver sent on 5/11/2007; Dale S. Miller waiver sent on 5/11/2007. (Warnock, Timothy) (Entered: 05/16/2007) |
| 05/17/2007 | 12 | SUMMONS returned executed by Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., WB Music Corp., Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC. Priddis Music, Inc. served on 5/14/2007; Richard L. Priddis served on 5/14/2007; Prosound Karaoke LTD served on 5/14/2007. (Warnock, Timothy) (Entered: 05/17/2007) |
| 06/01/2007 | 13 | MOTION to Dismiss by Priddis Music, Inc., Richard L. Priddis, Prosound Karaoke LTD. (Goodson, Jeffrey) (Entered: 06/01/2007) |
| 06/01/2007 | 14 | *Memorandum in Support of* by Priddis Music, Inc., Richard L. Priddis, Prosound Karaoke LTD. (Goodson, Jeffrey) Modified text on 6/4/2007 (hv). (Entered: 06/01/2007) |
| 06/01/2007 | 15 | Additional Attachments (CASE LAW) to Main Document re: 14 MOTION to Dismiss *Memorandum in Support of*. (Goodson, Jeffrey) Modified on 6/4/2007 (hv). (Entered: 06/01/2007) |
| 06/01/2007 | 16 | Additional Attachments (CASE LAW) to Main Document re: 14 MOTION to Dismiss *Memorandum in Support of*. (Goodson, Jeffrey) Modified on 6/4/2007 (hv). (Entered: 06/01/2007) |
| 06/01/2007 | 17 | Additional Attachments (CASE LAW) to Main Document re: 14 MOTION to Dismiss *Memorandum in Support of*. (Goodson, Jeffrey) Modified on 6/4/2007 (hv). (Entered: 06/01/2007) |
| 06/01/2007 | 18 | Additional Attachments (CASE LAW) to Main Document re: 14 MOTION to Dismiss *Memorandum in Support of*. (Goodson, Jeffrey) Modified on 6/4/2007 (hv). (Entered: 06/01/2007) |
| 06/01/2007 | 19 | Additional Attachments (CASE LAW) to Main Document re: 14 MOTION to Dismiss *Memorandum in Support of*. (Goodson, Jeffrey) Modified on 6/4/2007 (hv). (Entered: 06/01/2007) |
| 06/01/2007 | 20 | Additional Attachments (CASE LAW) to Main Document re: 14 MOTION to Dismiss *Memorandum in Support of*. (Goodson, Jeffrey) Modified on 6/4/2007 (hv). (Entered: 06/01/2007) |
| 06/01/2007 | 21 | Additional Attachments (CASE LAW) to Main Document re: 14 MOTION to Dismiss *Memorandum in Support of*. (Goodson, Jeffrey) Modified on 6/4/2007 (hv). (Entered: 06/01/2007) |

| | | |
|---|---|---|
| 06/04/2007 | | NOTE TO FILER re entry nos. 14-21: Re Memo in Support (#14) - wrong event, correct event Memorandum in Support, Other Documents. Re Additioanl Attachments (#15-21) - Each entry should have been an attachment to the Memorandum in Support (see Chapter 5(II)(B) of the User Manual). The Clerk's Office terminated the second motion (#14) as pending and modified the text of the entries; these documents do not need to be re-filed. (hv) (Entered: 06/04/2007) |
| 06/08/2007 | 22 | WAIVER OF SERVICE Returned Executed by Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., WB Music Corp., Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC. Mediostream, Inc. waiver sent on 5/15/2007. (Warnock, Timothy) (Entered: 06/08/2007) |
| 06/15/2007 | 23 | RESPONSE in Opposition re 13 MOTION to Dismiss, 14 MOTION to Dismiss *Memorandum in Support of to Priddis Defendants' Motion to Dismiss* filed by Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., WB Music Corp., Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC. (Attachments: # 1 Case Law)(Warnock, Timothy) (Entered: 06/15/2007) |
| 06/15/2007 | 24 | DECLARATION of Paul Harrison Stacey filed by Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., WB Music Corp., Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC re: 23 Response in Opposition to Motion,. (Attachments: # 1 Exhibit A - Correspondence & Song List# 2 Exhibit B - Faxed correspondence# 3 Exhibit C - Complaint (N.D. Calif.)# 4 Exhibit D - 1st Amended Complaint (N.D. Calif.))(Warnock, Timothy) (Entered: 06/15/2007) |
| 06/15/2007 | 25 | DECLARATION of Dorothy D. Gibby filed by Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., WB Music Corp., Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC re: 23 Response in Opposition to Motion,. (Attachments: # 1 Exhibit A# 2 Exhibit B (1 of 2)# 3 Exhibit B (2 of 2))(Warnock, Timothy) (Entered: 06/15/2007) |
| 06/15/2007 | 26 | MOTION Oral Argument re 13 MOTION to Dismiss, 14 MOTION to Dismiss *Memorandum in Support of* by Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., WB Music Corp., Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC. (Warnock, Timothy) (Entered: 06/15/2007) |
| 06/18/2007 | | NOTE TO FILER re Declaration (#25): please use the mandatory description field on the attachment screen to accurately describe the content of your exhibits (labeling them Exhibit A, B, C or Exhibit 1, 2, 3 is not sufficient). This document does not need to be refiled unless directed by the Court. (hv) (Entered: 06/18/2007) |
| 06/27/2007 | 27 | ORDER denying without prejudice 26 Motion for Oral Argument; the court will set an oral argument if necessary. Signed by Judge William J. Haynes Jr. on 6/26/07. (hv) (Entered: 06/27/2007) |
| 06/27/2007 | 28 | MOTION for Leave to File Reply re 23 Response in Opposition to Motion, by Priddis Music, Inc., Richard L. Priddis, Prosound Karaoke LTD. (Goodson, Jeffrey) (Reply already filed at #29) Modified text on 6/28/2007 (hv). (Entered: |

| | | |
|---|---|---|
| | | 06/27/2007) |
| 06/27/2007 | 29 | REPLY to Response to Motion re 28 MOTION for Leave to File Reply re 23 Response in Opposition to Motion, filed by Priddis Music, Inc., Richard L. Priddis, Prosound Karaoke LTD. (Attachments: # 1 Supplement Case Law# 2 Supplement Case Law# 3 Supplement Case Law# 4 Supplement Case Law) (Goodson, Jeffrey) (Entered: 06/27/2007) |
| 06/29/2007 | 30 | ORDER granting 28 Motion for Leave to File Reply. Signed by Judge William J. Haynes Jr. on 6/28/07. (jb) (Entered: 06/29/2007) |
| 07/02/2007 | 31 | MOTION for Preliminary Injunction by the pltfs. (Attachment: (1) Proposed Order)(Warnock, Timothy) Modified Text on 7/3/07 (jb). (Entered: 07/02/2007) |
| 07/02/2007 | 32 | MEMORANDUM in Support of 31 MOTION for Preliminary Injunction filed by the pltfs. (Warnock, Timothy) Modified on 7/3/07 (jb). (Entered: 07/02/2007) |
| 07/02/2007 | 33 | SUPPLEMENTAL DECLARATION of Dorothy D. Gibby filed by the pltfs re: 31 MOTION for Preliminary Injunction. (Attachments: (1) Exhibit A - Printout from Priddis website (2) Exhibit B - Printout of ProSing website)(Warnock, Timothy) Modified on 7/3/07 (jb). (Entered: 07/02/2007) |
| 07/02/2007 | 34 | SUPPLEMENTAL DECLARATION (NOT SIGNED-ATTY REFILED-SEE DE #38) of Paul Harrison Stacey filed by the pltfs re: 31 MOTION for Preliminary Injunction. (Attachments: #(1) Exhibit A - KSuperstar printout (1 of 3)# 2 Exhibit A continued - KSuperstar printout (2 of 3)# 3 Exhibit A continued - KSuperstar printout (3 of 3)# 4 Exhibit B - January 26, 2007 correspondence# 5 Exhibit C - Facsimile responses# 6 Exhibit D - web site printouts)(Warnock, Timothy) Modified Text on 7/3/07 (jb). (Entered: 07/02/2007) |
| 07/02/2007 | 35 | DECLARATION of Kelly L. Isenberg filed by the pltfs re: 31 MOTION for Preliminary Injunction. (Attachments: # 1 Exhibit A - Copyright Registrations (1 of 14)# 2 Exhibit A continued - Copyright Registrations (2 of 14)# 3 Exhibit A continued - Copyright Registrations (3 of 14)# 4 Exhibit A continued - Copyright Registrations (4 of 14)# 5 Exhibit A continued - Copyright Registrations (5.1 of 14)# 6 Exhibit A Continued - Copyright Registrations (5.2 of 14)# 7 Exhibit A continued - Copyright Registrations (6 of 14)# 8 Exhibit A continued - Copyright Registrations (7 of 14)# 9 Exhibit A continued - Copyright Registrations (8 of 14) # 10 Exhibit A continued - Copyright Registrations (9 of 14)# 11 Exhibit A continued - Copyright Registrations (10 of 14)# 12 Exhibit A continued - Copyright Registrations (11 of 14)# 13 Exhibit A continued - Copyright Registrations (12 of 14)# 14 Exhibit A continued - Copyright Registrations (13 of 14)# 15 Exhibit A continued - Copyright Registrations (14 of 14))(Warnock, Timothy) Modified Text on 7/3/07 (jb). (Entered: 07/02/2007) |
| 07/02/2007 | 36 | Additional Attachments to Main Document re: 35 Declaration,,,,,. (Attachments: # 1 Exhibit A continued - Copyright Registrations (15 of 35)# 2 Exhibit A continued - Copyright Registrations (16 of 35)# 3 Exhibit A continued - Copyright Registrations (17 of 35)# 4 Exhibit A continued - Copyright Registrations (18 of 35)# 5 Exhibit A continued - Copyright Registrations (19 of 35)# 6 Exhibit A continued - Copyright Registrations (20 of 35)# 7 Exhibit A continued - Copyright Registrations (21 of 35)# 8 Exhibit A continued - Copyright Registrations (22 of 35)# 9 Exhibit A continued - Copyright Registrations (23 of 35)# 10 Exhibit A continued - Copyright Registrations (24 of 35)# 11 Exhibit A continued - Copyright Registrations (25 of 35)# 12 Exhibit A continued - Copyright Registrations (26 of 35)# 13 Exhibit A continued - Copyright Registrations (27 of |

| | | |
|---|---|---|
| | | 35)# 14 Exhibit A continued - Copyright Registrations (28 of 35)# 15 Exhibit A continued - Copyright Registrations (29 of 35)# 16 Exhibit A continued - Copyright Registrations (30 of 35)# 17 Exhibit # 18 Exhibit A continued - Copyright Registrations (32 of 35)# 19 Exhibit A continued - Copyright Registrations (33 of 35)# 20 Exhibit A continued - Copyright Registrations (34 of 35)# 21 Exhibit A continued - Copyright Registrations (35 of 35))(Warnock, Timothy) (Entered: 07/02/2007) |
| 07/02/2007 | 37 | Additional Attachments to Main Document re: 35 Declaration,,,,. (Attachments: # 1 Exhibit A continued - Copyright Registrations (36 of 51)# 2 Exhibit A continued - Copyright Registrations (37 of 51)# 3 Exhibit A continued - Copyright Registrations (38 of 51)# 4 Exhibit A continued - Copyright Registrations (39 of 51)# 5 Exhibit A continued - Copyright Registrations (40 of 51)# 6 Exhibit A continued - Copyright Registrations (41 of 51)# 7 Exhibit A continued - Copyright Registrations (42 of 51)# 8 Exhibit A continued - Copyright Registrations (43 of 51)# 9 Exhibit A continued - Copyright Registrations (44 of 51)# 10 Exhibit A continued - Copyright Registrations (45 of 51)# 11 Exhibit A continued - Copyright Registrations (47 of 51)# 12 Exhibit A continued - Copyright Registrations (48 of 51)# 13 Exhibit A continued - Copyright Registrations (49 of 51)# 14 Exhibit A continued - Copyright Registrations (50 of 51)# 15 Exhibit A continued - Copyright Registrations (51 of 51)# 16 Exhibit B - Song Slip Sheets)(Warnock, Timothy) (Entered: 07/02/2007) |
| 07/03/2007 | | Note to Filer re DE #34-The Supplemental Declaration of Paul Harrison Stacey is not signed. This document needs to be RE-FILED. (jb) (Entered: 07/03/2007) |
| 07/03/2007 | 38 | SUPPLEMENTAL DECLARATION of Paul Harrison Stacey filed by the pltfs re: 31 MOTION for Preliminary Injunction. (Attachments: # 1 Exhibit A - KSuperstar web site printout (1 of 3)# 2 Exhibit A continued - KSuperstar web site printout (2 of 3)# 3 Exhibit A continued - KSuperstar web site printout (3 of 3)# 4 Exhibit B - January 26, 2007 correspondence# 5 Exhibit C - Facsimile responses# 6 Exhibit D - printouts from Acekaraoke.com and Karaokewarehouse.com)(Warnock, Timothy) Modified on 7/3/07 (jb). (Entered: 07/03/2007) |
| 07/03/2007 | 39 | PROPOSED CASE MANAGEMENT ORDER *of Priddis Defendants* filed by Priddis Music, Inc., Richard L. Priddis, Prosound Karaoke LTD. (Goodson, Jeffrey) (Entered: 07/03/2007) |
| 07/05/2007 | 40 | NOTICE of Appearance by James C. Bradshaw, III on behalf of Mediostream, Inc. (Bradshaw, James) (Entered: 07/05/2007) |
| 07/05/2007 | 41 | NOTICE of Appearance by James C. Bradshaw, III on behalf of D.J. Miller Music Distributors, Inc., Dale S. Miller (Bradshaw, James) (Entered: 07/05/2007) |
| 07/05/2007 | 42 | PROPOSED CASE MANAGEMENT ORDER filed by the parties. (Warnock, Timothy) Modified Text on 7/6/07 (jb). (Entered: 07/05/2007) |
| 07/06/2007 | | Note to Filer re DE Nos. 40 & 41-These documents have been scanned. Scanning should be used only for documents that are not created on your computer. These documents do not need to be re-filed unless otherwise directed by the Court.(jb) (Entered: 07/06/2007) |
| 07/06/2007 | 43 | Letter from Deputy Clerk to J. Owen Borum re: Compliance with Local Rule 83.01. (jb) (Entered: 07/06/2007) |
| 07/09/2007 | 44 | Joint MOTION for Preliminary Injunction by Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., |

| | | |
|---|---|---|
| | | Warner/Tamerlane Publishing Corp., WB Music Corp., Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC. (Attachments: # 1 Proposed Order Agreed Order for Preliminary Injunction and Mediation)(Warnock, Timothy) (Entered: 07/09/2007) |
| 07/09/2007 | 45 | Minute Entry for proceedings held before Judge William J. Haynes Jr.: Case Management Conference held on 7/9/2007. Because motion to dismiss is pending, the Court will not set a trial date. (Court Reporter : Peggy Turner.) (hv) (Entered: 07/09/2007) |
| 07/13/2007 | 46 | ORDER granting 44 Joint Motion for Agreed Preliminary Injunction. Signed by Judge William J. Haynes Jr. on 7/13/07. (hv) (Entered: 07/16/2007) |
| 07/13/2007 | 47 | AGREED ORDER FOR PRELIMINARY INJUNCTION AND MEDIATION signed by Judge William J. Haynes Jr. on 7/13/07. (hv) (Entered: 07/16/2007) |
| 07/16/2007 | 48 | NOTICE of Appearance by J. Owen Borum on behalf of D.J. Miller Music Distributors, Inc., Dale S. Miller (hv) (Entered: 07/16/2007) |
| 07/16/2007 | 49 | MOTION for attorney J. Owen Borum to Appear Pro Hac Vice by D.J. Miller Music Distributors, Inc., Dale S. Miller. (Attachments: # 1 Proposed Order)(PHV fee paid)(hv) Modified on 7/18/2007 (hv). (Entered: 07/16/2007) |
| 07/16/2007 | 50 | CERTIFICATE OF GOOD STANDING from USDC District of Colorado filed by D.J. Miller Music Distributors, Inc., Dale S. Miller. (hv) (Entered: 07/16/2007) |
| 07/17/2007 | 51 | RECEIPT #115633 in the amount of $75.00 posted by D.J. Miller Music Distributors, Inc., Dale S. Miller re 49 Motion to Appear Pro Hac Vice for Owen Borum. (hv) (Entered: 07/17/2007) |
| 07/17/2007 | 52 | RESPONSE in Opposition re 31 MOTION for Preliminary Injunction filed by Priddis Music, Inc., Richard L. Priddis, Prosound Karaoke LTD. (Goodson, Jeffrey) (Entered: 07/17/2007) |
| 07/17/2007 | 53 | MEMORANDUM in Support of 52 Response in Opposition to Motion filed by Priddis Music, Inc., Richard L. Priddis, Prosound Karaoke LTD. (Attachments: # 1 Supplement Case Law# 2 Supplement Case Law# 3 Supplement Case Law# 4 Supplement Case Law)(Goodson, Jeffrey) (Entered: 07/17/2007) |
| 07/17/2007 | 54 | NOTICE of Filing by Priddis Music, Inc., Richard L. Priddis, Prosound Karaoke LTD re 52 Response in Opposition to Motion (Goodson, Jeffrey) (Entered: 07/17/2007) |
| 07/17/2007 | 55 | **DISREGARD ENTRY - DUPLICATE ENTRY OF #56*** DECLARATION of Richard L. Priddis filed by Priddis Music, Inc., Richard L. Priddis, Prosound Karaoke LTD re: 52 Response in Opposition to Motion. (Attachments: # 1 Exhibit Exhibit B - Cue Sheets)(Goodson, Jeffrey) Modified on 7/18/2007 (hv). (Entered: 07/17/2007) |
| 07/17/2007 | 56 | DECLARATION of Richard L. Priddis filed by Priddis Music, Inc., Richard L. Priddis, Prosound Karaoke LTD re: 52 Response in Opposition to Motion. (Attachments: # 1 Exhibit Exhibit A - License List# 2 Exhibit Exhibit B - Cue Sheets)(Goodson, Jeffrey) (Entered: 07/17/2007) |
| 07/17/2007 | 57 | ORDER granting 49 Motion for J. Owen Borum to Appear Pro Hac Vice. Signed by Judge William J. Haynes Jr. on 7/17/07. (hv) (Entered: 07/18/2007) |
| 07/18/2007 | | NOTE re Declaration (#55): disregard this entry; it is a duplicate of docket entry |


CM/ECF - DC V2.5 (October 2005) - Docket Report  Case 3:07-cv-02127-PJH  Document 14-8  Filed 08/03/2007  Page 12 of 12  Page 11 of 11

| | | |
|---|---|---|
| | | no. 56. (hv) (Entered: 07/18/2007) |
| 07/23/2007 | 58 | ORDER granting 49 MOTION for Attorney J. Owen Borum to Appear Pro Hac Vice. Signed by Judge William J. Haynes Jr. on 7/20/07. (gi, ) (Entered: 07/23/2007) |
| 07/26/2007 | 59 | ANSWER to Complaint with Jury Demand by Mediostream, Inc..(Bradshaw, James) (Entered: 07/26/2007) |
| 07/27/2007 | 60 | MOTION to Dismiss by Mediostream, Inc.. (Bradshaw, James) (Entered: 07/27/2007) |
| 07/31/2007 | 61 | MOTION for Leave to to File a Supplemental Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction by Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., WB Music Corp., Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC. (Attachments: # 1 Exhibit A - Supplemental Memorandum# 2 Proposed Order)(Warnock, Timothy) (Entered: 07/31/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/02/2007 18:53:30 | | | |
| PACER Login: | ms0272 | Client Code: | 30833-00028 Warner |
| Description: | Docket Report | Search Criteria: | 3:07-cv-00502 |
| Billable Pages: | 8 | Cost: | 0.64 |


https://ecf.tnmd.uscourts.gov/cgi-bin/DktRpt.pl?944475920088891-L_923_0-1  8/2/2007
