1  MARC E. MAYER (SBN 190969), mem@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
2  11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
3  Telephone: (310) 312-2000
   Facsimile: (310) 312-3100
4
   Attorneys for Defendants Warner/Chappell Music, Inc.
5  Word Music, LLC, Dayspring Music, LLC, Wordspring Music,
   LLC, Unichappell Music, Inc., Chappell & Co., Inc., Cotillion
6  Music, Inc., Rightsong Music, Inc., Walden Music, Inc.,
   Warner/Tamerlane Publishing Corp., and WB Music Corp.
7

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | MEDIOSTREAM, INC.,                     | CASE NO. C 07 2127 PJH
12 |           Plaintiff,                   | **AMENDED NOTICE OF MOTION OF THE WARNER PUBLISHERS TO DISMISS AMENDED COMPLAINT OR, ALTERNATIVELY, TO TRANSFER OR STAY THE ACTION**
13 |           v.                           |
14 | PRIDDIS MUSIC, INC. AND                |
   | WARNER/CHAPPELL MUSIC, INC., et al.,   |
15 |           Defendants.                  | [Fed. R. Civ. P. 12(b)(3); 28 U.S.C. § 1404]
16 |                                        | Hon. Phyllis J. Hamilton

17                                           Date: **September 26, 2007**
18                                           Time: 9:00 a.m.
                                             Ctrm: 3, 17th Floor
19

20      **TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

21

22      **PLEASE TAKE NOTICE** that, on *September 26, 2007*, in the courtroom of The

23 Honorable Phyllis J. Hamilton of the United States District Court for the Northern District of

24 California, 450 Golden Gate Avenue, San Francisco, California, 94102, at 9:00 a.m. or as soon

25 thereafter as the matter may be heard, Defendants Warner/Chappell Music, Inc., Word Music,

26 LLC, Dayspring Music, LLC, Wordspring Music, LLC, Unichappell Music, Inc., Chappell & Co.,

27 Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane

28 Publishing Corp., and WB Music Corp. (the "Warner Publishers") shall, and hereby do, move the

Mitchell
Silberberg &
Knupp LLP
1487702.1
                                        1                    CASE NO. C 07 2127 PJH
                  AMENDED NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT

Dockets.Justia.com

Court pursuant to Federal Rule of Civil Procedure 12(b)(3), 28 U.S.C. § 1404, and the Court's inherent authority, to dismiss this action, or alternatively to transfer the action to the United States District Court for the Middle District of Tennessee or to stay the action pending the resolution of a related, parallel action in the Middle District of Tennessee, <u>Word Music LLC et. al. v. Priddis Music, Inc. et. al.</u>, Case No. 3:07-0502 (M.D. Tenn.) (the "Nashville Action"), which was filed on May 8, 2007.

This Motion is made on the following grounds:

(1)     This action is subject to dismissal or transfer in deference to the parallel Nashville Action.  In the Nashville Action, the Warner Publishers (with the exception of Warner/Chappell Music, Inc., which does not own any of the copyrights at issue) have asserted claims for copyright infringement against Mediostream, Inc. and others, including co-defendant Priddis Music, Inc. ("Priddis") and various related companies.  In this action, Mediostream seeks merely a declaration of non-infringement of the Warner Publishers' copyrights.  Thus, it is the mirror image of the Nashville Action, but this action does not contain all of the parties to or claims asserted in the Nashville Action.  Proceedings in Tennessee have proceeded much further than proceedings in this Court.  Considerations of efficiency, equity, and wise judicial administration mandate dismissal.

(2)     The surrounding facts, including the timing of the filing of this action and the course of dealings between the parties, lead to the inescapable conclusion that this action was filed in a "race to the courthouse" and in an effort to preempt the Warner Publishers' parallel affirmative lawsuit.  Further, this action was filed after Mediostream deliberately, and in bad faith, purported to engage the Warner Publishers in discussions concerning its acceptance of a Waiver of Service – knowing that such discussions would delay the filing of the Warner Publishers' lawsuit while it prepared and filed its own anticipatory complaint for "Declaratory Judgment."

1      (3) Alternatively, this action should be transferred to the United States District Court for the Middle District of Tennessee, pursuant to 28 U.S.C. § 1404 in the interests of justice and for the convenience of the parties. In light of the fact that Mediostream has appeared in the Nashville Action and that the case is proceeding apace in Middle District of Tennessee, interests in judicial economy and efficiency, as well as in avoiding inconsistent rulings, mandate that this action be heard by that Court. Additionally, none of the "private" or "public" "convenience" factors justify upsetting the Warner Publishers' choice of forum as a copyright plaintiff. To the contrary, all of these considerations support transfer of this action to the Middle District of Tennessee, to be consolidated with the Nashville Action.

    (4) At a minimum, in the event the Court elects not to dismiss or transfer this action, the Court, in the exercise of its discretion, should stay this action pending the resolution of the Nashville Action. Such a stay would further interests of judicial economy and efficiency and is necessary to avoid the risk of inconsistent district court (and/or appellate court) rulings. See Wilton v. Seven Falls Co., 515 U.S. 277, 288 (1995).

    This motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the accompanying Declarations of Paul Harrison Stacey and Kelly Isenberg, all pleadings and papers on file in this action, any facts of which the Court may take judicial notice, and any oral argument that the Court may entertain.

    This Amended Notice of Motion is being filed in order to reschedule the previously noticed hearing date of September 19, 2007, to the new date of September 26, 2007 (one week later). Following the filing of Defendants' prior Notice of Motion, Defendants were informed by the Court Clerk that the Court will not be hearing any motions on September 19, 2007. Accordingly, Defendants have amended the hearing date to September 26, 2007.

| | |
|---|---|
| DATED: August 9, 2007 | MARC E. MAYER<br>MITCHELL SILBERBERG & KNUPP LLP |
| | By: /s/ Marc E. Mayer<br>    Marc E. Mayer<br>    Attorneys for Defendants |