MARC E. MAYER (SBN 190969), mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants Warner/Chappell Music, Inc.
Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC, Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., and WB Music Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PRIDDIS MUSIC, INC. AND WARNER/CHAPPELL MUSIC, INC., et. al.<br><br>Defendants. | CASE NO.  C 07 2127 PJH<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF RE: A FOUR-WEEK CONTINUANCE OF THE SEPTEMBER 27, 2007 CASE MANAGEMENT CONFERENCE**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH** |

[N.D. Cal. Local Rule 7-11]

Pursuant to L.R. 7-11 and 7-12, Plaintiff Mediostream, Inc. ("Mediostream") and Defendants Priddis Music, Inc. ("Priddis"), Warner/Chappell Music, Inc., Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC, Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., and WB Music Corp. (the defendants other than Priddis collectively are referred to hereafter as the "Warner Defendants") through their respective counsel, hereby jointly request that the Court continue the case management conference, currently scheduled for September 27, 2007, until October 25, 2007 (approximately four weeks).

1  This Motion is based on the attached joint stipulation, all pleadings and papers on file in
2  this action, and any facts of which the Court may take judicial notice.
3
4  As set forth in the attached joint stipulation, the parties believe that a four-week
5  continuance of the case management conference, to October 25, 2007, is in the interests of judicial
6  economy and efficiency, including because there currently is a pending dispute concerning venue
7  (and a pending motion to dismiss and/or transfer this action), the resolution of which will impact
8  the status of this action.  Additionally, the parties have agreed to conduct a mediation of this
9  dispute in October 2007.  Accordingly, a four-week continuance of the case management
10 conference will provide the Court and the parties with more certainty concerning the status of this
11 case, and enable a more productive case management conference.
12
13 DATED: September 12, 2007            MARC E. MAYER
                                       MITCHELL SILBERBERG & KNUPP LLP
14
15
                                       By: /s/ Marc E. Mayer_____
16                                         Marc E. Mayer
                                           Attorneys for the Warner Defendants
17
18 DATED: September 12, 2007            FREAR STEPHEN SCHMID
                                       ATTORNEY AT LAW
19
20                                     By: /s/ Frear Stephen Schmid_____
21                                         Frear Stephen Schmid
                                           Attorneys for Plaintiff Mediostream, Inc.
22
   DATED: September 12, 2007            DANIEL R. RICHARDSON
23                                     LAW OFFICES OF DANIEL RICHARDSON
24
25                                     By: /s/ Daniel R. Richardson_____
                                           Daniel R. Richardson
26                                         Attorneys for Defendant
                                           Priddis Music, Inc.
27
28