MARC E. MAYER (SBN 190969), mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants Warner/Chappell Music, Inc.
Word Music, LLC, Dayspring Music, LLC, Wordspring Music, LLC, Unichappell Music, Inc., Chappell & Co., Inc., Cotillion Music, Inc., Rightsong Music, Inc., Walden Music, Inc., Warner/Tamerlane Publishing Corp., and WB Music Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIOSTREAM, INC., | CASE NO. C 07 2127 PJH |
| Plaintiff, | [PROPOSED] ORDER RE CONTINUANCE OF THE SEPTEMBER 27, 2007 CASE MANAGEMENT CONFERENCE |
| v. | |
| PRIDDIS MUSIC, INC. AND WARNER/CHAPPELL MUSIC, INC., | |
| Defendants. | |

The Court has read and considered the Parties' Joint Motion, Joint Stipulation and Request for A Four-Week Continuance of the September 27, 2007, Case Management Conference.

Good cause appearing, the Court hereby GRANTS the Parties' request. The September 27, 2007, Case Management Conference is re-set for October 25, 2007, at 2:30 p.m.

DATED: 9/13/07       By: _____
                         Judge, United States District Court
                         Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Mitchell Silberberg & Knupp LLP

1457392.1

CASE NO. C 07 2127 PJH

[PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE