**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 25, 2007

United States District Court
Middle District of Tennessee
801 Broadway
Nashville, TN 37203

RE: **CV-07-2127 PJH, Mediostream Inc. V. Priddis Music Inc., et al.**

Dear Clerk,

　　Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

　　　　(X)　　Certified copy of docket entries

　　　　(X)　　Certified copy of TRANSFERRAL ORDER

　　　　(X)　　Original case file documents

　　　　(X)　　Please be advised that the above entitled action was previously designated to the Electronic Case Filing program. You can access electronically filed documents through PACER referencing the Northern District of California case number at https://ecf.cand.uscourts.gov

　　Please acknowledge receipt of the above documents on the attached copy of this letter.

　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　by: Felicia Reloba
　　　　　　　　　　　　　　　　　Case Systems Administrator

Enclosures
Copies to counsel of record